## JURISDICTION OF THE MAGISTRATE JUDGE
## OPPORTUNITY TO CONSENT OR REQUEST CASE REASSIGNMENT

Your case has been directly assigned to a magistrate judge. Under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, you are hereby notified that a magistrate judge for the District of Utah may conduct any or all proceedings in this case, including a jury or bench trial and entry of a final judgment. Exercise of this jurisdiction by the magistrate judge is permitted only if all parties voluntarily sign and return the attached form.

There are good reasons to consent to the jurisdiction of a magistrate judge. Magistrate judges have experience with nearly all types of civil matters, and their cases are usually resolved more quickly than cases before a district judge. A magistrate judge's trial dates are more certain because magistrate judges do not preside over felony criminal matters, which take priority over civil jury trials.

Plaintiffs have 28 days from the date the Clerk's Office mails the form to return the signed form to the Clerk's Office. Defendants have 7 days from the date of filing the Answer or other responsive pleading to return the consent form or to request reassignment. If the case has been removed from State Court, the parties have 14 days from the date the action is removed to return the form. If all parties consent to the assignment of this case to a magistrate judge, then the form will be filed in the case.

A party may, without adverse consequences, decline to consent and request that the case be reassigned to a district judge. If any party does not consent, the party's identity will not be communicated to any magistrate judge or to any district judge to whom the case has been assigned. If a party requests case reassignment, the form will not be filed in the case. When a party fails to return the form, the case will be reassigned to a district judge. Parties are reminded that each district judge may, and regularly do, refer civil matters to the magistrates judges in this district under 28 U.S.C. § 636(b)(1)(A) or § 636(b)(1)(B).

An appeal from a judgment entered by a United States magistrate judge will be made directly to the United States Court of Appeals for the Tenth Circuit in the same manner as an appeal from any other judgment of this court. 28 U.S.C. § 636(c); Fed. R. Civ. P. 73.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| *Defendant* | ) | |

**CONSENT TO MAGISTRATE JUDGE JURISDICTION OR REQUEST FOR CASE REASSIGNMENT**

A United States magistrate judge of this court is available to conduct all proceedings in this civil action, including a jury or nonjury trial and the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to the jurisdiction of the magistrate judge, or you may decline to consent without any adverse consequences. The name of any party declining to consent will not be communicated to any judge assigned to this case.

Please complete the following section to indicate your choice:

| *Consent* | *Reassign* | *Printed names of parties* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**Do not electronically file this form in the case.** The completed form should be returned to the Clerk's Office within the time specified below:

- Plaintiffs have 28 days from the date the Clerk's Office mails the form;
- Defendants have 7 days from the date of filing the Answer or other responsive pleading; and
- Parties in a removed action have 14 days from the date the action is removed.

**After completing this form, do not electronically file it in the case.** Email this form in PDF format to consents@utd.uscourts.gov or mail it to the following address:

United States District Court
District of Utah
Orrin G. Hatch United States Courthouse
Attention: Consent Clerk
351 S. West Temple Street
Salt Lake City, Utah 84101

If all parties consent, then the clerk will file the form in the case. If the case is reassigned, the clerk will not file the form in the case.