SECOND DISTRICT COURT - OGDEN
                    WEBER COUNTY, STATE OF UTAH


                 RALAND J BRUNSON vs. ALMA S ADAMS et al.
CASE NUMBER 210903303 Miscellaneous
_____

CURRENT ASSIGNED JUDGE
         CAMILLE NEIDER

PARTIES
         Petitioner - RALAND J BRUNSON

         Defendant - ALMA S ADAMS

         Defendant - PETE AGUILAR

         Defendant - COLLIN Z ALLRED

         Defendant - MARK E AMODEI

         Defendant - KELLY ARMSTRONG

         Defendant - JAKE AUCHINCLOSS

         Defendant - CYNTHIA ANXE

         Defendant - DON BACON

         Defendant - TROY BALDERSON

         Defendant - ANDY BARR

         Defendant - NANETTE DIAZ BARRAGAN

         Defendant - KAREN BASS

         Defendant - JOYCE BEATTY

         Defendant - AMI BERA

         Defendant - DONALD S BEYER JR

         Defendant - GUS M ILIRAKIS

         Defendant - SANFORD D BISHOP JR

         Defendant - EARL BLUMENAUER

         Defendant - LISA BLUNT ROCHESTER

         Defendant - SUZANNE BONAMICI

Defendant - CAROLYN BOURDEAUX

Defendant - JAMAAL BOWMAN

Defendant - BRENDAN F BOYLE

Defendant - KEVIN BRADY

Defendant - ANTHONY G BROWN

Defendant - JULIA BROWNLEY

Defendant - VERN BUCHANAN

Defendant - KEN BUCK

Defendant - LARRY BUCSHON

Defendant - CORI BUSH

Defendant - CHERI BUSTOS

Defendant - GK BUTTERFIELD

Defendant - SALUD O CARBAJAL

Defendant - TONY CARDENAS

Defendant - ANDRE CARSON

Defendant - MATT CARTWRIGHT

Defendant - ED CASE

Defendant - SEAN CASTEN

Defendant - KATHY CASTOR

Defendant - JOAQUIN CASTRO

Defendant - LIZ CHENEY

Defendant - JUDY CHU

Defendant - DAVID N CICILLINE

Defendant - KATHERINE M CLARK

Defendant - YVETTE D CLARKE

Defendant - EMANUEL CLEAVER

```
Defendant - JAMES CLYBURN

Defendant - STEVE COHEN

Defendant - JAMES COMER

Defendant - GERALD E CONNOLLY

Defendant - JIM COOPER

Defendant - J LUIS CORREA

Defendant - JIM COSTA

Defendant - JOE COURTNEY

Defendant - ANGIE CRAIG

Defendant - DAN CRENSHAW

Defendant - CHARLIE CRIST

Defendant - JASON CROW

Defendant - HENRY CUELLAR

Defendant - JOHN R CURTIS

Defendant - SHARICE DAVIDS

Defendant - DANNY K DAVIS

Defendant - RODNEY DAVIS

Defendant - MADELEINE DEAN

Defendant - PETER A DEFAZIO

Defendant - DIANA DEGETTE

Defendant - ROSAL DELAURO

Defendant - SUZAN K DELBENE

Defendant - ANTONIO DELGADO

Defendant - VAL BUTLER DEMINGS

Defendant - MARK DESAULINER

Defendant - THEODORE E DEUTCH
```

Defendant - DEBBIE DINGELL

Defendant - LLOYD DOGGETT

Defendant - MICHAEL F DOYLE

Defendant - TOM EMMER

Defendant - VERONICA ESCOBAR

Defendant - ANNA G ESHOO

Defendant - ADRIANO ESPAILLAT

Defendant - DWIGHT EVANS

Defendant - A DREW FERGUSON IV

Defendant - RANDY FEENSTRA

Defendant - BRIAN K FITZPATRICK

Defendant - LIZZIE LETCHER

Defendant - JEFF FORTENBERRY

Defendant - BILL FOSTER

Defendant - LOIS FRANKEL

Defendant - MARICA L FUDGE

Defendant - MIKE GALLAGHER

Defendant - RUBEN GALLEGO

Defendant - JOHN GARAMENDI

Defendant - ANDREW R GARBARINO

Defendant - SYLVIA R GARCIA

Defendant - JESUS G GARCIA

Defendant - JARED F GODLEN

Defendant - JIMMY GOMEZ

Defendant - TONY GONZALEZ

Defendant - ANTHONY GONZALEZ

Defendant - VICENTE GONZALEZ

Defendant - JOSH GOTTHEIMER

Defendant - KAY GRANGER

Defendant - AL GREEN

Defendant - RAUL M GRIJALVA

Defendant - GLENN GROTHMAN

Defendant - BRETT GUTHRIE

Defendant - DEBRA A HAALAND

Defendant - JOSH HARDER

Defendant - ALCEE L HASTINGS

Defendant - JAHANA HAYES

Defendant - JAIME HERRERA BEUTLER

Defendant - BRIAN HIGGINS

Defendant - J FRENCH HILL

Defendant - JAMES A HIMES

Defendant - ASHLEY HINSON

Defendant - TREY HOLLINGSWORTH

Defendant - STEVEN HORSFORD

Defendant - CHRISSY HOULAHAN

Defendant - STENY H HOYER

Defendant - JARED HUFFMAN

Defendant - BILL HUIZENGA

Defendant - SHEILA JACKSON LEE

Defendant - SARA JACOBS

Defendant - PRAMILA JAYAPAL

Defendant - HAKEEM S JEFRIES

Defendant - DUSTY JOHNSON

Defendant - EDDIE BERNICE JOHNSON

Defendant - HENRY C JOHNSON JR

Defendant - MONDAIRE JONES

Defendant - DAVID P JOYCE

Defendant - KAIALI'L KAHELE

Defendant - MARCY KAPTUR

Defendant - JOHN KATKO

Defendant - WILLIAM R KEATING

Defendant - RO KHANNA

Defendant - DANIEL T KILDEE

Defendant - DEREK KILMER

Defendant - ANDY KIM

Defendant - YOUNG KIM

Defendant - RON KIND

Defendant - ADAM KINZINGER

Defendant - ANN KIRKPATRICK

Defendant - RAJA KRISHNAMOORTHI

Defendant - ANN M KUSTER

Defendant - DARIN LAHOOD

Defendant - CONOR LAMB

Defendant - JAMES R LANGEVIN

Defendant - RICK LARSEN

Defendant - JOHN B LARSON

Defendant - ROBERT E LATTA

Defendant - JAKE LATURNER

```
Defendant - BRENDA L LAWRENCE

Defendant - AL LAWSON JR

Defendant - BARBARA LEE

Defendant - SUSIE LEE

Defendant - TERESA LEGER FERNANDEZ

Defendant - ANDY LEVIN

Defendant - MIKE LEVIN

Defendant - TED LIEU

Defendant - ZOE LOFGREN

Defendant - ALAN S SLOWENTHAL

Defendant - ELAINE G LURIA

Defendant - STEPEHN F LYNCH

Defendant - NANCY MACE

Defendant - TOM MALINOWSKI

Defendant - CAROLYN B MALONEY

Defendant - SEAN PATRICK MALONEY

Defendant - KATHY E MANNING

Defendant - THOMAS MASSIE

Defendant - DORIS O MATSUI

Defendant - LUCY MCBATH

Defendant - MICHAEL T MCCAUL

Defendant - TOM MCCLINTOCK

Defendant - BETTY MCCOLLUM

Defendant - LUCY ADONALD MCEACHIN

Defendant - JAMES P MCGOVERN

Defendant - PATRICK T MCHENRY
```

Defendant - DAVID B MCKINLEY

Defendant - JERRY MCNERNEY

Defendant - GREGORY W MEEKS

Defendant - PETER MEIJER

Defendant - GRACE MENG

Defendant - KWEISI MFUME

Defendant - MARIANNETTE MILLER-MEEKS

Defendant - JOHN R MOOLENAAR

Defendant - BLAKE D MOORE

Defendant - GWEN MOORE

Defendant - JOSEPH D MORELLE

Defendant - SETH MOULTON

Defendant - FRANK J MRVAN

Defendant - STEPHANIE N MURPHY

Defendant - JERROLD NADLER

Defendant - GRACE F NAPOLITANO

Defendant - RICHARD E NEAL

Defendant - JOE NEGUSE

Defendant - JOHN DOE

Defendant - DAN NEWHOUSE

Defendant - JANE DOE

Defendant - MARIE NEWMAN

Defendant - DONALD NORCROSS

Defendant - ALEXANDRIA OCASIO-CORTEZ

Defendant - TOM O'HALLERAN

Defendant - ILHAN OMAR

Defendant - FRANK PALLONE JR

Defendant - JJIMMY PANETTA

Defendant - CHRIS PAPPAS

Defendant - BILL PASCRELL JR

Defendant - DONALD M PAYNE JR

Defendant - NANCY PELOSI

Defendant - ED PERLMUTTER

Defendant - SCOTT H PETERS

Defendant - DEAN PHILLIPS

Defendant - CHELLIE PINGREE

Defendant - MARK POCAN

Defendant - KATIE PORTER

Defendant - AYANNA PRESSLEY

Defendant - DAVID E PRICE

Defendant - MIKE QUIGLEY

Defendant - JAMIE RASKIN

Defendant - TOM REED

Defendant - KATHLEEN M RICE

Defendant - CATHY MCMORRIS RODGERS

Defendant - DEBORAH K ROSS

Defendant - CHIP ROY

Defendant - LUCILLE ROYBAL-ALLARD

Defendant - RAUL RUIZ

Defendant - CA DUTCH RUPPERSBERGER

Defendant - BOBBY L RUSH

Defendant - TIM RAYN

Defendant - LINDA T SANCHEZ

Defendant - JOHN P SARBANES

Defendant - MARY GAY SCANLON

Defendant - JANICE D SCHAKOWSKY

Defendant - ADAM B SCHIFF

Defendant - BRADLEY SCOTT SCHNEIDER

Defendant - KURT SCHRADER

Defendant - KIM SCHRIER

Defendant - AUSTIN SCOTT

Defendant - DAVID SCOTT

Defendant - ROBERT C SCOTT

Defendant - TERRI A SEWELL

Defendant - BRAD SHERMAN

Defendant - MIKIE SHERRILL

Defendant - MICAHEL K SIMPSON

Defendant - ALBIO SIRES

Defendant - ELISSA SLOTKIN

Defendant - ADAM SMITH

Defendant - CHRISTOPHER H SMITH

Defendant - DARREN SOTO

Defendant - ABIGAIL DAVIS SPANBERGER

Defendant - VICTORIA SPARTZ

Defendant - JACKIE SPEIER

Defendant - GREG STANTON

Defendant - PETE STAUBER

Defendant - MICHELLE STEEL

```
Defendant - BRYAN STEIL

Defendant - HALEY M STEVEN

Defendant - STEVE STIVERS

Defendant - MARILYN STRICKLAND

Defendant - THOMAS R SUOZZI

Defendant - ERIC SWALWELL

Defendant - MARK TAKANO

Defendant - VAN TAYLOR

Defendant - BENNIE G THOMAS

Defendant - MIKE THOMPSON

Defendant - DINA TITUS

Defendant - RASHIDA TLAIB

Defendant - PAUL TONKO

Defendant - NORMA J TORRES

Defendant - RITCHIE TORRES

Defendant - DINA TRAHAN

Defendant - DAVID J TRONE

Defendant - MICAHEL R TURNER

Defendant - LAUREN UNDERWOOD

Defendant - FRED UPTON

Defendant - JUAN VARGAS

Defendant - MARC A VEASEY

Defendant - FILEMON VELA

Defendant - FRED VELAZQUEZ

Defendant - ANN WAGNER

Defendant - MICAHEL WALTZ
```

```
Defendant - DEBBIE WASSERMAN SHULTZ

Defendant - MAXINE WATERS

Defendant - BONNIE WATSON COLEMAN

Defendant - PETER WELCH

Defendant - BRAD R WENSTRUP

Defendant - BRUCE WESTERMAN

Defendant - JENNIFER WEXTON

Defendant - SUSAN WILD

Defendant - NIKEMA WILLIAMS

Defendant - FREDERICA S WILSON

Defendant - STEVE WOMACK

Defendant - JOHN A YARMUTH

Defendant - DON YOUNG

Defendant - TAMMY BALDWIN

Defendant - JOHN BARRASSO

Defendant - MICHAEL F BENNET

Defendant - MARSHA BLACKBURN

Defendant - RICHARD BLUMENTHAL

Defendant - ROY BLUNT

Defendant - CORY A BOOKER

Defendant - JOHN BOOZMAN

Defendant - MIKE BRAUN

Defendant - SHERROD BROWN

Defendant - RICHARD BURR

Defendant - MARIA CANTWELL

Defendant - SHELLEY CAPITO
```

Defendant - BENJAMIN L CARDIN

Defendant - THOMAS R CARPER

Defendant - ROBERT P CASEY JR

Defendant - BILL CASSIDY

Defendant - SUSAN M COLLINS

Defendant - CHRISTOPHER A COONS

Defendant - JOHN CORNYN

Defendant - CATHERINE CORTEZ MASTO

Defendant - TOM COTTON

Defendant - KEVIN CRAMER

Defendant - MIKE CRAPO

Defendant - STEVE DAINES

Defendant - TAMMY DUCKWORTH

Defendant - RICHARD J DURBIN

Defendant - JONI ERNST

Defendant - DIANNE FEINSTEIN

Defendant - DEB FISCHER

Defendant - KIRSTEN E GILLIBRAND

Defendant - LINDSEY GRAHAM

Defendant - CHICK GRASSLEY

Defendant - BILL HAGERTY

Defendant - MAGGIE HASSAN

Defendant - MARTIN HEINRICH

Defendant - JOHN HICKENLOOPER

Defendant - MAZIE HIRONO

Defendant - JOHN HOEVEN

Defendant - JAMES INHOFE

Defendant - RON JOHNSON

Defendant - TIM KAINE

Defendant - MARK KELLY

Defendant - ANGUS S KING JR

Defendant - AMY KLOBUCHAR

Defendant - JAMES LANKFORD

Defendant - PATRICK LEAHY

Defendant - MIKE LEE

Defendant - BEN LUJAN

Defendant - CYNTHIA M LUMMIS

Defendant - JOE MANCHIN III

Defendant - EDWARD J MARKEY

Defendant - MITCH MCCONNELL

Defendant - ROBERT MENENDEZ

Defendant - JEFF MERKLEY

Defendant - JERRY MORAN

Defendant - LISA MURKOWSKI

Defendant - CHRISTOPHER MURPHY

Defendant - PATTY MURRAY

Defendant - JON OSSOFF

Defendant - ALEX PADILLA

Defendant - RAND PAUL

Defendant - GARY C PETERS

Defendant - ROB PORTMAN

Defendant - JACK REED

Defendant - JAMES E RISCH

Defendant - MITT ROMNEY

Defendant - JACKY ROSEN

Defendant - MIKE ROUNDS

Defendant - MARCO RUBIO

Defendant - BERNARD SANDERS

Defendant - BEN SASSE

Defendant - BRIAN SCHATZ

Defendant - CHARLES E SCHUMER

Defendant - RICK SCOTT

Defendant - TIM SCOTT

Defendant - JEANNE SHAHEEN

Defendant - RICHARD C SHELBY

Defendant - KYRSTEN SINEMA

Defendant - TINA SMITH

Defendant - DEBBIE STABENOW

Defendant - DAN SULLIVAN

Defendant - JON TESTER

Defendant - JOHN THUNE

Defendant - THOM TILLIS

Defendant - PATRICK J TOOMEY

Defendant - HOLLEN VAN

Defendant - MARK R WARNER

Defendant - RAPHAEL G WARNOCK

Defendant - ELIZABETH WARREN

Defendant - SHELDON WHITEHOUSE

```
        Defendant - ROGER F WICKER

        Defendant - RON WYDEN

        Defendant - TODD YOUNG

        Defendant - JOSEPH ROBINETTE BIDEN JR

        Defendant - MICHAEL RICHARD PENCE

        Defendant - KAMALA HARRIS


ACCOUNT SUMMARY
                Total Revenue Amount Due:         625.00
                             Amount Paid:         625.00
                           Amount Credit:           0.00
                                 Balance:           0.00
        REVENUE DETAIL - TYPE: COMPLAINT 10K-MORE
                     Original Amount Due:         375.00
                      Amended Amount Due:         375.00
                             Amount Paid:         375.00
                           Amount Credit:           0.00
                                 Balance:           0.00

        REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                     Original Amount Due:         250.00
                      Amended Amount Due:         250.00
                             Amount Paid:         250.00
                           Amount Credit:           0.00
                                 Balance:           0.00


CASE NOTE


PROCEEDINGS
06-21-2021  Case filed by trinaf
06-21-2021  Judge CAMILLE NEIDER assigned.
06-21-2021  Note: Tier initially set to 3
06-21-2021  Filed: Complaint
06-21-2021  Filed: Demand Civil Jury
06-21-2021  Fee Account created Total Due: 375.00
06-21-2021  Fee Account created Total Due: 250.00
06-21-2021  COMPLAINT 10K-MORE Payment Received:  375.00
06-21-2021  JURY DEMAND - CIVIL Payment Received:  250.00
            Note: Code Description: COMPLAINT 10K-MORE, JURY DEMAND - CIVIL
06-23-2021  Filed: Summons - Kevin Cramer
06-23-2021  Filed: Summons - Steve Daines
06-23-2021  Filed: Summons - Mike Crapo
06-23-2021  Filed: Summons - John Barrasso
06-23-2021  Filed: Summons - Michael F. Bennet
```

```
06-23-2021   Filed: Summons - Marsha Blackburn
06-23-2021   Filed: Summons - Richard Blumenthal
06-23-2021   Filed: Summons - Roy Blunt
06-23-2021   Filed: Summons - Cory A. Booker
06-23-2021   Filed: Summons - John Boozman
06-23-2021   Filed: Summons - Mike Braun
06-23-2021   Filed: Summons - Sherrod Brown
06-23-2021   Filed: Summons - Richard Burr
06-23-2021   Filed: Summons - Maria Cantwell
06-23-2021   Filed: Summons - Shelley Capito
06-23-2021   Filed: Summons - Benjamin L. Cardin
06-23-2021   Filed: Summons - Thomas R. Carper
06-23-2021   Filed: Summons - Robert P. Casey Jr.
06-23-2021   Filed: Summons - Bill Cassidy
06-23-2021   Filed: Summons - Susan M. Collins
06-23-2021   Filed: Summons - Christopher A. Coons
06-23-2021   Filed: Summons - John Cornyn
06-23-2021   Filed: Summons - Cortez Masto
06-23-2021   Filed: Summons - Tom Cotton
06-23-2021   Filed: Summons - Cynthia M. Lummis
06-23-2021   Filed: Summons - Joe Manchin III.
06-23-2021   Filed: Summons - Edward J. Markey
06-23-2021   Filed: Summons - Mitch McConnell
06-23-2021   Filed: Summons - Robert Menendez
06-23-2021   Filed: Summons - Jeff Merkley
06-23-2021   Filed: Summons - Jerry Moran
06-23-2021   Filed: Summons - Lisa Murkowski
06-23-2021   Filed: Summons - Christopher Murphy
06-23-2021   Filed: Summons - Patty Murray
06-23-2021   Filed: Summons - Jon Ossoff
06-23-2021   Filed: Summons - Alex Padilla
06-23-2021   Filed: Summons - Rand Paul
06-23-2021   Filed: Summons - Gary C. Peters
06-23-2021   Filed: Summons - Rob Portman
06-23-2021   Filed: Summons - Jack Reed
06-23-2021   Filed: Summons - James E. Risch
06-23-2021   Filed: Summons - Mitt Romney
06-23-2021   Filed: Summons - Jacky Rosen
06-23-2021   Filed: Summons - Mike Rounds
06-23-2021   Filed: Summons - Marco Rubio
06-23-2021   Filed: Summons - Elissa Slotkin
06-23-2021   Filed: Summons - Adam Smith
06-23-2021   Filed: Summons - Christoher H.Smith
06-23-2021   Filed: Summons - Darren Soto
06-23-2021   Filed: Summons - Abigail Davis Spanberger
06-23-2021   Filed: Summons - Bernard Sanders
06-23-2021   Filed: Summons - Ben Sasse
06-23-2021   Filed: Summons - Brian Schatz
06-23-2021   Filed: Summons - Charles E. Schumer
06-23-2021   Filed: Summons - Rick Scott
06-23-2021   Filed: Summons - Tim Scott
06-23-2021   Filed: Summons - Jeanne Shaheen
```

```
06-23-2021   Filed: Summons - Richard C. Shelby
06-23-2021   Filed: Summons - Kyrsten Sinema
06-23-2021   Filed: Summons - Victoria Spartz
06-23-2021   Filed: Summons - Jackie Speier
06-23-2021   Filed: Summons - Greg Stanton
06-23-2021   Filed: Summons - Pete Stauber
06-23-2021   Filed: Summons - Michelle Steel
06-23-2021   Filed: Summons - Bryan Steil
06-23-2021   Filed: Summons - Haley M. Stevens
06-23-2021   Filed: Summons - Steve Stivers
06-23-2021   Filed: Summons - Marilyn Strickland
06-23-2021   Filed: Summons - Thomas R Suozzi
06-23-2021   Filed: Summons - Eric Swalwell
06-23-2021   Filed: Summons - Mark Takano
06-23-2021   Filed: Summons - Van Taylor
06-23-2021   Filed: Summons - Bennie G Thompson
06-23-2021   Filed: Summons - Mike Thompson
06-23-2021   Filed: Summons - Dina Titus
06-23-2021   Filed: Summons - Rashida Tlaib
06-23-2021   Filed: Summons - Paul Tonko
06-23-2021   Filed: Summons - Norma J Torres
06-23-2021   Filed: Summons - Ritchie Torres
06-23-2021   Filed: Summons - Lori Trahan
06-23-2021   Filed: Summons- Tina Smith
06-23-2021   Filed: Summons- Debbie Stabenow
06-23-2021   Filed: Summons- Dan Sullivan
06-23-2021   Filed: Summons- Jon Tester
06-23-2021   Filed: Summons- John Thune
06-23-2021   Filed: Summons- Thom Tillis
06-23-2021   Filed: Summons- Patrick J. Toomey
06-23-2021   Filed: Summons- Hollen Van
06-23-2021   Filed: Summons- Mark R. Warner
06-23-2021   Filed: Summons- Raphael G. Warnock
06-23-2021   Filed: Summons- Elizabeth Warren
06-23-2021   Filed: Summons- Sheldon Whitehouse
06-23-2021   Filed: Summons- Roger F. Wicker
06-23-2021   Filed: Summons- Ron Wyden
06-23-2021   Filed: Summons- Todd Young
06-23-2021   Filed: Summons- Blank
06-23-2021   Filed: Summons- Dan Newhouse
06-23-2021   Filed: Summons- Marie Newman
06-23-2021   Filed: Summons- Donald Norcross
06-23-2021   Filed: Summons- Alexandria Ocasio- Cortez
06-23-2021   Filed: Summons- Tom O'Halleran
06-23-2021   Filed: Summons- Ilhan Omar
06-23-2021   Filed: Summons- Frank Pallone Jr.
06-23-2021   Filed: Summons- Jimmy Panetta
06-23-2021   Filed: Summons- Chris Pappas
06-23-2021   Filed: Summons- Bill Pascrell Jr.
06-23-2021   Filed: Summons- Donald M. Payne Jr.
06-23-2021   Filed: Summons- Nancy Pelosi
06-23-2021   Filed: Summons- Ed Perlmutter
```

```
06-23-2021   Filed: Summons- Scott H. Perers
06-23-2021   Filed: Summons- Dean Phillips
06-23-2021   Filed: Summons- Chellie Pingree
06-23-2021   Filed: Summons- Mark Pocan
06-23-2021   Filed: Summons - David J Trone
06-23-2021   Filed: Summons - Michael R Turner
06-23-2021   Filed: Summons - Lauren Underwood
06-23-2021   Filed: Summons - Fred Upton
06-23-2021   Filed: Summons - Juan Vargas
06-23-2021   Filed: Summons - Marc A Veasey
06-23-2021   Filed: Summons - Filemon Vela
06-23-2021   Filed: Summons - Nydia M Velazquez
06-23-2021   Filed: Ex Parte Motion for Service of Process
                Filed by: RALAND J BRUNSON
06-23-2021   Filed: Summons - Ann Wagner
06-23-2021   Filed: Summons - Michael Waltz
06-23-2021   Filed: Summons - Debbie Wasserman Schultz
06-23-2021   Filed: Summons - Maxine Waters
06-23-2021   Filed: Summons - Bonnie Watson Coleman
06-23-2021   Filed: Summons - Peter Welch
06-23-2021   Filed: Summons - Brad R Wenstrup
06-23-2021   Filed: Summons - Bruce Westerman
06-23-2021   Filed: Summons - Jennifer Wexton
06-23-2021   Filed: Summons - Susan Wild
06-23-2021   Filed: Summons - Nikema Williams
06-23-2021   Filed: Summons - Frederica S Wilson
06-23-2021   Filed: Summons - Steve Womack
06-23-2021   Issued: Summons- Tammy Baldwin
                Judge CAMILLE NEIDER
06-23-2021   Filed: Summons - John a Yarmuth
06-23-2021   Filed: Summons - Don Young
06-23-2021   Filed: Summons - Mariannette Miller-Meeks
06-23-2021   Filed: Summons - Kweisi Mfume
06-23-2021   Filed: Summons - Grace Meng
06-23-2021   Filed: Summons - Peter Meijer
06-23-2021   Filed: Summons - Gregory W Meeks
06-23-2021   Filed: Summons - Jerry McNerney
06-23-2021   Filed: Summons - David B McKinley
06-23-2021   Filed: Summons - Patrick T McHenry
06-23-2021   Filed: Summons - James P McGovern
06-23-2021   Filed: Summons- Ayanna Pressley
06-23-2021   Filed: Summons- Katie Porter
06-23-2021   Filed: Summons- David E. Price
06-23-2021   Filed: Summons- Mike Quigley
06-23-2021   Filed: Summons- Jamie Raskin
06-23-2021   Filed: Summons- Tammy Duckworth
06-23-2021   Filed: Summons- Tom Reed
06-23-2021   Filed: Summons- Kathleen M. Rice
06-23-2021   Filed: Summons- Richard J. Durbin
06-23-2021   Filed: Summons- Cathy McMorris Rodgers
06-23-2021   Filed: Summons- Deborah K. Ross
06-23-2021   Filed: Summons- Chip Roy
```

```
06-23-2021   Filed: Summons- Lucille Roybal-Allard
06-23-2021   Filed: Summons- Raul Ruiz
06-23-2021   Filed: Summons- C.A. Dutch Ruppersberger
06-23-2021   Filed: Summons- Bobby L. Rush
06-23-2021   Filed: Summons- Tim Ryan
06-23-2021   Filed: Summons- Linda T. Sanchez
06-23-2021   Filed: Summons- John P. Sarbanes
06-23-2021   Filed: Summons- Mary Gay Scanlon
06-23-2021   Filed: Summons- Janice D. Schakowsky
06-23-2021   Filed: Summons- Adam B. Schiff
06-23-2021   Filed: Summons- Bradley Scott Schneider
06-23-2021   Filed: Summons- Kurt Schrader
06-23-2021   Filed: Summons- Kim Schrier
06-23-2021   Filed: Summons- Austin Scott
06-23-2021   Filed: Summons- David Scott
06-23-2021   Filed: Summons- Robert C. Bobby Scott
06-23-2021   Filed: Summons- Terri A. Sewell
06-23-2021   Filed: Summons- Brad Sherman
06-23-2021   Filed: Summons- Mikie Sherrill
06-23-2021   Filed: Summons- Michael K. Simpson
06-23-2021   Filed: Summons- Albio Sires
06-23-2021   Filed: Summons- Joni Ernst
06-23-2021   Filed: Summons- Dianne Feinstein
06-23-2021   Filed: Summons- Deb Fischer
06-23-2021   Filed: Summons- Kirsten E. Gillibrand
06-23-2021   Filed: Summons- Lindsey Graham
06-23-2021   Filed: Summons- Chuck Grassley
06-23-2021   Filed: Summons - Bill Hagerty
06-23-2021   Filed: Summons- Maggie Hassan
06-23-2021   Filed: Summons- Martin Heinrich
06-23-2021   Filed: Summons- John Hickenlooper
06-23-2021   Filed: Summons- Mazie Hirono
06-23-2021   Filed: Summons- John Hoeven
06-23-2021   Filed: Summons- James Inhofe
06-23-2021   Filed: Summons- Ron Johnson
06-23-2021   Filed: Summons- Tim Kaine
06-23-2021   Filed: Summons- Mark Kelly
06-23-2021   Filed: Summons- Angus S. King, Jr.
06-23-2021   Filed: Summons- Amy Klobuchar
06-23-2021   Filed: Summons- James Lankford
06-23-2021   Filed: Summons- Patrick Leahy
06-23-2021   Filed: Summons - Ben Lujan
06-23-2021   Filed: Summons- Mike Lee
06-24-2021   Filed: Summons - Val Butler Demings
06-24-2021   Filed: Summons - Antonio Delgado
06-24-2021   Filed: Summons - Suzan K. DelBene
06-24-2021   Filed: Summons - Rosa L. DeLauro
06-24-2021   Filed: Summons - Diana DeGette
06-24-2021   Filed: Summons - Peter A. Defazio
06-24-2021   Filed: Summons - Madeleine Dean
06-24-2021   Filed: Summons - Rodney Davis
06-24-2021   Filed: Summons - Danny K. Davis
```

```
06-24-2021   Filed: Summons - Sharice Davids
06-24-2021   Filed: Summons - John R. Curtis
06-24-2021   Filed: Summons - Henry Cuellar
06-24-2021   Filed: Summons - Jason Crow
06-24-2021   Filed: Summons - Charlie Crist
06-24-2021   Filed: Summons - Dan Crenshaw
06-24-2021   Filed: Summons - Angie Craig
06-24-2021   Filed: Summons - Joe Courtney
06-24-2021   Filed: Summons - Jim Costa
06-24-2021   Filed: Summons - J. Luis Correa
06-24-2021   Filed: Summons - Jim Cooper
06-24-2021   Filed: Summons - Gerald E. Connolly
06-24-2021   Filed: Summons - James Comer
06-24-2021   Filed: Summons - Steve Cohen
06-24-2021   Filed: Summons - James E. Clyburn
06-24-2021   Filed: Summons - Emanuel Cleaver
06-24-2021   Filed: Summons - Yvette D. Clarke
06-24-2021   Filed: Summons - Katherine M. Clark
06-24-2021   Filed: Summons - David N. Cicilline
06-24-2021   Filed: Summons - Judy Chu
06-24-2021   Filed: Summons - Liz Cheney
06-24-2021   Filed: Summons - Joaquin Castro
06-24-2021   Filed: Summons - Kathy Castor
06-24-2021   Filed: Summons - Sean Casten
06-24-2021   Filed: Summons - Ed Case
06-24-2021   Filed: Summons - Matt Carteright
06-24-2021   Filed: Summons - Adre Carson
06-24-2021   Filed: Summons - Tony Cardenas
06-24-2021   Filed: Summons - Salud O. Carbajal
06-24-2021   Filed: Summons - G. K. Butterfield
06-24-2021   Filed: Summons - Cheri Bustos
06-24-2021   Filed: Summons - Cori Bush
06-24-2021   Filed: Summons - Larry Bucshon
06-24-2021   Filed: Summons - Ken Buck
06-24-2021   Filed: Summons - Vern Buchanan
06-24-2021   Filed: Summons - Julia Brownley
06-24-2021   Filed: Summons - Anthony G. Brown
06-24-2021   Filed: Summons - Kevin Brady
06-24-2021   Filed: Summons - Brendan F. Boyle
06-24-2021   Filed: Summons - Jamaal Bowman
06-24-2021   Filed: Summons - Carolyn Bourdeaux
06-24-2021   Filed: Summons - Suzanne Bonamici
06-24-2021   Filed: Summons - Lisa Blunt Rochester
06-24-2021   Filed: Summons - A. Donald McEachin
06-24-2021   Filed: Summons - Betty McCollum
06-24-2021   Filed: Summons - Tom McClintock
06-24-2021   Filed: Summons - Michael T. McCaul
06-24-2021   Filed: Summons-Earl Blumenauer
06-24-2021   Filed: Summons- Sanford D. Bishop Jr.
06-24-2021   Filed: Summons- Gus M. Bilirakis
06-24-2021   Filed: Summons- Donald S. Beyer Jr.
06-24-2021   Filed: Summons- Ami Bera
```

```
06-24-2021   Filed: Summons- Joyce Beatty
06-24-2021   Filed: Summons- Karen Bass
06-24-2021   Filed: Summons- Nanette Diaz Barragan
06-24-2021   Filed: Summons- Andy Barr
06-24-2021   Filed: Summons- Troy Balderson
06-24-2021   Filed: Summons- Don Bacon
06-24-2021   Filed: Summons- Cynthia Axne
06-24-2021   Filed: Summons- Jake Auchincloss
06-24-2021   Filed: Summons- Kelly Armstrong
06-24-2021   Filed: Summons- Mark E. Amodei
06-24-2021   Filed: Summons- Colin Z. Allred
06-24-2021   Filed: Summons- Pete Aguilar
06-24-2021   Filed: Summons- Alma S. Adams
06-24-2021   Filed: Summons - Lucy McBath
06-24-2021   Filed: Summons - Doris O. Matsui
06-24-2021   Filed: Summons - Thomas Massie
06-24-2021   Filed: Summons - Kathy E. Manning
06-24-2021   Filed: Summons - Sean Patrick Maloney
06-24-2021   Filed: Summons - Carolyn B. Maloney
06-24-2021   Filed: Summons - Tom Malinowski
06-24-2021   Filed: Summons - Nancy Mace
06-24-2021   Filed: Summons - Stephen F. Lynch
06-24-2021   Filed: Summons - Elaine G. Luria
06-24-2021   Filed: Summons - Alan S. Lowenthal
06-24-2021   Filed: Summons - Zoe Lofgren
06-24-2021   Filed: Summons - Ted Lieu
06-24-2021   Filed: Summons - Mike Levin
06-24-2021   Filed: Summons - Andy Levin
06-24-2021   Filed: Summons - Teresa Leger Fernandez
06-24-2021   Filed: Summons - Susie Lee
06-24-2021   Filed: Summons - Barbara Lee
06-24-2021   Filed: Summons - Al Lawson Jr.
06-24-2021   Filed: Summons - Brenda L. Lawrence
06-24-2021   Filed: Summons - Jake LaTurner
06-24-2021   Filed: Summons - Robert E. Latta
06-24-2021   Filed: Summons - John B. Larson
06-24-2021   Filed: Summons - Rick Larsen
06-24-2021   Filed: Summons - James R. Langevin
06-24-2021   Filed: Summons - Conor Lamb
06-24-2021   Filed: Summons - Darin LaHood
06-24-2021   Filed: Summons - Ann M. Kuster
06-24-2021   Filed: Summons - Raja Krishnamoorthi
06-24-2021   Filed: Summons - Ann Kirkpatrick
06-24-2021   Filed: Summons - Adam Kinzinger
06-24-2021   Filed: Summons - Ron Kind
06-24-2021   Filed: Summons - Young Kim
06-24-2021   Filed: Summons - Andy Kim
06-24-2021   Filed: Summons - Derek Kilmer
06-24-2021   Filed: Summons - Daniel T. Kildee
06-24-2021   Filed: Summons - Ro Khanna
06-24-2021   Filed: Summons - William R. Keating
06-24-2021   Filed: Summons - John Katko
```

```
06-24-2021   Filed: Summons - Marcy Kaptur
06-24-2021   Filed: Summons - Kaiali'i Kahele
06-24-2021   Filed: Summons - David P. Joyce
06-24-2021   Filed: Summons - Mondaire Jones
06-24-2021   Filed: Summons - Henry C. Hank Johnson Jr.
06-24-2021   Filed: Summons - Eddie Bernice Johnson
06-24-2021   Filed: Summons - Dusty Johnson
06-24-2021   Filed: Summons - Hakeem S. Jeffries
06-24-2021   Filed: Summons - Parmila Jayapal
06-24-2021   Filed: Summons - Sara Jacobs
06-24-2021   Filed: Summons - Shelia Jackson Lee
06-24-2021   Filed: Summons - Jared Huffman
06-24-2021   Filed: Summons - Bill Huizenga
06-24-2021   Filed: Summons - Steny H. Hoyer
06-24-2021   Filed: Summons - Chrissy Houlahan
06-24-2021   Filed: Summons - Steven Horsford
06-24-2021   Filed: Summons--Joe Neguse
06-24-2021   Filed: Summons--Richard E Neal
06-24-2021   Filed: Summons--Grace F Napolitano
06-24-2021   Filed: Summons--Jerrold Nadler
06-24-2021   Filed: Summons--Stephanie N Murphy
06-24-2021   Filed: Summons-Frank J Mrvan
06-24-2021   Filed: Summons- Seth Moulton
06-24-2021   Filed: Summons- Joseph D Morelle
06-24-2021   Filed: Summons-Gwen Moore
06-24-2021   Filed: Summons- Blake D Moore
06-24-2021   Filed: Summons- John R Moolenaar
06-24-2021   Filed: Summons - Trey Hollingsworth
06-24-2021   Filed: Summons - Ashley Hinson
06-24-2021   Filed: Summons - James A. Himes
06-24-2021   Filed: Summons - J. French Hill
06-24-2021   Filed: Summons - Brian Higgins
06-24-2021   Filed: Summons - Jaime Herrera Beutler
06-24-2021   Filed: Summons - Jahana Hayes
06-24-2021   Filed: Summons - Alcee L. Hastings
06-24-2021   Filed: Summons - Josh Harder
06-24-2021   Filed: Summons - Debra A. Haaland
06-24-2021   Filed: Summons - Brett Guthrie
06-24-2021   Filed: Summons - Glenn Grothman
06-24-2021   Filed: Summons - Al Green
06-24-2021   Filed: Summons - Raul M. Grijalva
06-24-2021   Filed: Summons - Kay Granger
06-24-2021   Filed: Summons - Josh Gottheimer
06-24-2021   Filed: Summons - Vicente Gonzalez
06-24-2021   Filed: Summons - Anthony Gonzales
06-24-2021   Filed: Summons - Tony Gonzales
06-24-2021   Filed: Summons - Jimmy Gomez
06-24-2021   Filed: Summons - Jared F. Golden
06-24-2021   Filed: Summons - Jesus G. Chuy Garcia
06-24-2021   Filed: Summons - Sylvia R. Garcia
06-24-2021   Filed: Summons - Andrew R. Garbarino
06-24-2021   Filed: Summons - John Garamendi
```

```
06-24-2021   Filed: Summons - Ruben Gallego
06-24-2021   Filed: Summons - Mike Gallagher
06-24-2021   Filed: Summons - Marcia L. Fudge
06-24-2021   Filed: Summons - Lois Frankel
06-24-2021   Filed: Summons - Bill Foster
06-24-2021   Filed: Summons - Jeff Fortenberry
06-24-2021   Filed: Summons - Lizzie Fletcher
06-24-2021   Filed: Summons - Brian K. Fitzpatrick
06-24-2021   Filed: Summons - A. Drew Ferguson IV
06-24-2021   Filed: Summons - Randy Feenstra
06-24-2021   Filed: Summons - Dwight Evans
06-24-2021   Filed: Summons - Adriano Espaillat
06-24-2021   Filed: Summons - Anna G. Eshoo
06-24-2021   Filed: Summons - Veronica Escobar
06-24-2021   Filed: Summons - Tom Emmer
06-24-2021   Filed: Summons - Michael F. Doyle
06-24-2021   Filed: Summons - Lloyd Doggett
06-24-2021   Filed: Summons - Debbie Dingell
06-24-2021   Filed: Summons - Theodore E. Deutch
06-24-2021   Filed: Summons - Mark DeSaulnier
06-28-2021   Filed: **PROPOSED** Order On Plaintiff's Ex Parte For Service
             of Process
06-28-2021   Note: Proposed Order on Plaintiff's Ex Parte for Service of
             Process to CLN for review.
07-07-2021   Filed: Emergency Ex Parte - Second Request
07-07-2021   Filed: Order on Plaintiff's Ex Parte for Service of Process
             (Proposed)
07-07-2021   Note: sent Order on Plaintiff's Ex Parte for Service of Process
             to CLN clerks.
07-07-2021   Note: Proposed Order on Plaintiff's Ex Parte for Service of
             Process to CLN for review.
07-27-2021   Filed: Proof of Completed Service--Joseph Biden
07-27-2021   Filed: Proof of Completed Service--Nancy Pelosi
07-27-2021   Filed: Proof of Completed Service--Kamala Harris
08-05-2021   Filed: Notice of Removal of action to US District Court
08-05-2021   Filed: Copy of Notice of Removal filed in Federal Court
```