Raland J Brunson
4287 South Harrison Blvd., Apt 132
Ogden, Utah 84403
Phone: 385-492-4898
Email: thedreamofthecentury@gmail.com
Pro Se

IN THE DISTRICT COURT OF UTAH

SECOND JUDICIAL DISTRICT WEBER COUNTY

| | |
|---|---|
| RALAND J BRUNSON, | [PROPOSED] ORDER ON PLAINTIFF'S EX PARTE FOR SERVICE OF PROCESS |
| Plaintiff, | |
| vs. | |
| ALMA S. ADAMS ; et al., | Case No. 210903303 |
| Defendants. | Judge: CAMILLE NEIDER |
| | TRIAL BY JURY DEMANDED |

Before the court is Plaintiff's *Ex Parte for Service Of Process* ("Motion") in which Plaintiff requests the United States Marshall Service serve the Defendants without costs to Plaintiff. After careful consideration of Plaintiff's Motion it is hereby GRANTED and ORDERS that the United States Marshall Service shall serve the Defendants a summons and complaint of this case, and that they are to provide to this court proof of service of each Defendant served without any charge to Plaintiff.

Dated this the 28th of June, 2021.

_____
Honorable Judge Camille Neider

1