
**Raland J Brunson**
4287 South Harrison Blvd., Apt 132
Ogden, Utah 84403
Phone: 385-492-4898
Email: thedreamofthecentury@gmail.com
Pro Se



FILED
JUL 07 2021
SECOND
DISTRICT COURT

# IN THE DISTRICT COURT OF UTAH
## SECOND JUDICIAL DISTRICT WEBER COUNTY

| | |
|---|---|
| RALAND J BRUNSON,<br><br>Plaintiff,<br><br>vs.<br>ALMA S. ADAMS ; et al.,<br><br>Defendants. | **EMERGENCY EX PARTE**<br>—<br>**SECOND REQUEST**<br><br>Case No. 210903303<br><br>Judge: CAMILLE NEIDER<br><br>TRIAL BY JURY DEMANDED |

Plaintiff Raland J Brunson, ("Brunson") hereby moves this court with this *Emergency Ex Parte — Second Request* and states:

Pursuant to Rule 7(c)(1) and Rule 5(a)(1) of the Utah Rules of Civil Procedure Brunson hereby submits this motion without the requirement of giving notice to any party, and without the requirement of giving a memorandum. Furthermore the Defendants have not been served with Brunson's summons and complaint and as such there exists no party to the action to be served with any certificate of service.

This court is delaying Brunson's due process right to have his summons and complaint served upon the Defendants. "It is the banal but brutal fact that justice delayed is justice denied." <u>Gamble v. Pope & Talbot, Inc.</u>, 307 F. 2d 729. "As courts are fond of repeating, "[j]ustice delayed is justice denied." *See e.g. Stottlemyer v. Stottlemyer*, 458 Pa. 503, 522, 329

1

A.2d 892, 901 (1974)." *Muhammad v. STRASSBURGER*, et al., 587 A. 2d 1346

On or about June 21, 2021 Brunson filed his complaint and then on or about June 28, 2021 Brunson filed w an ex parte requesting that his summons and complaint be served upon the Defendants, this said ex parte included a proposed order for the court to sign. This proposed order has not been addressed and now Brunson moves the court to address it now as a matter of justice; justice delayed is justice denied, therefore in the protection of justice so that there is no more delay an emergency exists to have the said order addressed immediately without any more delay. The court must address this said order so that there is no more delay in allowing Brunson's summons and complaint to be served upon the Defendants.

A copy of this said proposed order is presented with this pleading.

Humbly submitted this the 7th day of July, 2021.

_____
Raland J Brunson
Plaintiff