Raland J Brunson
4287 South Harrison Blvd., Apt 132
Ogden, Utah 84403
Phone: 385-492-4898
Email: thedreamofthecentury@gmail.com
Pro Se



FILED
JUL 2 7 2021
SECOND DISTRICT COURT

## IN THE DISTRICT COURT OF UTAH
## SECOND JUDICIAL DISTRICT WEBER COUNTY

| | |
|---|---|
| RALAND J BRUNSON,<br><br>　　　　Plaintiff,<br>vs.<br><br>ALMA S. ADAMS et al.,<br>Defendants.　　Defendants. | **Proof Of Completed Service**<br>(Utah Rule of Civil Procedure 4)<br><br>Case No. 210903303<br><br>Judge: CAMILLE NEIDER<br><br>TRIAL BY JURY DEMANDED. |

　　　The Defendant President Joseph Biden has been served with a summons and complaint of this case. This service was effectuated by me mailing the said summons and complaint with a signature confirmation request to Defendant President Joseph Biden through the United States Postal Service, who then collected a signature from an authorized individual on Friday, July 23rd, 2021 for and behalf of Defendant which is attached to this proof of service.

　　　I am over the age of 18. I am a party to this action. I have not been convicted of a felony violation of a sex offense (listed in Utah Code §77-41-102(16)), I am not a respondent in a protective order proceeding (Utah Code § 78B-7-101 et seq.).

　　　I declare under criminal penalty of the law of Utah that everything stated in this document is true.

　　　Signed at Ogden, UT
　　　Dated: July 26th, 2021　　　　　　　　_Raland J Brunson_ (signature)
　　　　　　　　　　　　　　　　　　　　　　Raland J Brunson

*Joe Biden*



July 26, 2021

Dear Raland Brunson:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8112 0601 5896 4452 17**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | July 23, 2021, 3:56 am |
| **Location:** | WASHINGTON, DC 20500 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Actual Recipient Name:** | A S |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

**Weight:** 2lb, 0.0oz

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten address]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004