Raland J Brunson
4287 South Harrison Blvd., Apt 132
Ogden, Utah 84403
Phone: 385-492-4898
Email: thedreamofthecentury@gmail.com
Pro Se



# IN THE DISTRICT COURT OF UTAH
## SECOND JUDICIAL DISTRICT WEBER COUNTY

| RALAND J BRUNSON, <br> Plaintiff, <br> vs. <br> ALMA S. ADAMS et al., <br> Defendants.  Defendants. | **Proof Of Completed Service** <br> (Utah Rule of Civil Procedure 4) <br><br> Case No. 210903303 <br><br> Judge: CAMILLE NEIDER <br><br> TRIAL BY JURY DEMANDED. |
|---|---|

    The Defendant Honorable Nancy Pelosi has been served with a summons and complaint of this case. This service was effectuated by me mailing the said summons and complaint with a signature confirmation request to Defendant Pelosi through the United States Postal Service, who then collected a signature from an authorized individual on Monday July 19, 2021 for and behalf of Defendant which is attached to this proof of service.

    I am over the age of 18. I am a party to this action. I have not been convicted of a felony violation of a sex offense (listed in Utah Code §77-41-102(16)), I am not a respondent in a protective order proceeding (Utah Code § 78B-7-101 et seq.).

    I declare under criminal penalty of the law of Utah that everything stated in this document is true.

Signed at Ogden, UT
Dated: July 26th, 2021

_____
Raland J Brunson

*Nancy Pelosi*


**UNITED STATES POSTAL SERVICE**

July 26, 2021

Dear Raland Brunson:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8112 0601 5896 9716 62**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | July 19, 2021, 5:31 am |
| **Location:** | WASHINGTON, DC 20515 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Recipient Name:** | Nancy Pelosi |
| **Actual Recipient Name:** | E GREEN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

### Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 0.0oz |

### Recipient Signature

Signature of Recipient: X E Green
Printed Name: E Green

Address of Recipient: Delivery Address: 20515 20510 20559

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004