Raland J Brunson
4287 South Harrison Blvd., Apt 132
Ogden, Utah 84403
Phone: 385-492-4898
Email: thedreamofthecentury@gmail.com
Pro Se



FILED
JUL 27 2021
SECOND
DISTRICT COURT

## IN THE DISTRICT COURT OF UTAH

## SECOND JUDICIAL DISTRICT WEBER COUNTY

| | |
|---|---|
| RALAND J BRUNSON,<br><br>Plaintiff,<br>vs.<br><br>ALMA S. ADAMS et al.,<br>Defendants.   Defendants. | **Proof Of Completed Service**<br>(Utah Rule of Civil Procedure 4)<br><br>Case No. 210903303<br><br>Judge: CAMILLE NEIDER<br><br>TRIAL BY JURY DEMANDED. |

    The Defendant Vice President Kamala Harris has been served with a summons and complaint of this case. This service was effectuated by me mailing the said summons and complaint with a signature confirmation request to Defendant Vice President Kamala Harris through the United States Postal Service, who then collected a signature from an authorized individual on Friday, July 23rd, 2021 for and behalf of Defendant which is attached to this proof of service.

    I am over the age of 18. I am a party to this action. I have not been convicted of a felony violation of a sex offense (listed in Utah Code §77-41-102(16)), I am not a respondent in a protective order proceeding (Utah Code § 78B-7-101 et seq.).

    I declare under criminal penalty of the law of Utah that everything stated in this document is true.

Signed at Ogden, UT
Dated: July 26th, 2021

_____
Raland J Brunson

**UNITED STATES POSTAL SERVICE**

*Kamala Harris*

July 24, 2021

Dear Raland Brunson:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8112 0601 5896 4451 18**.

## Item Details

| | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | July 23, 2021, 3:56 am |
| Location: | WASHINGTON, DC 20500 |
| Postal Product: | Priority Mail® |
| Extra Services: | Signature Confirmation™ |
| | Up to $50 insurance included |
| Actual Recipient Name: | A S |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| Weight: | 1lb, 0.0oz |

## Destination Delivery Address

| | |
|---|---|
| Street Address: | 1600 PENNSYLVANIA AVE NW |
| City, State ZIP Code: | WASHINGTON, DC 20500-0005 |

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[handwritten]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004