ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
JOHN K. MANGUM, Assistant United States Attorney (#2072)
john.mangum@usdoj.gov
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

Attorneys for the United States of America & Federal Officers

IN THE SECOND JUDICIAL DISTRICT COURT FOR WEBER COUNTY,
OGDEN DEPARTMENT, STATE OF UTAH

| | |
|---|---|
| RALAND J BRUNSON,<br><br>Plaintiff,<br><br>v.<br><br>ALMA S. ADAMS, et al.,<br><br>Defendants. | Civil No. 210903303<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>Honorable Camille Neider |

    The Defendant Federal Officers, including all of the 291 or so members of the United States House of Representatives, 94 United States Senators, and President Biden, Vice President Harris, and former Vice President Pence, named in the caption of the Complaint, by and through their undersigned counsel, appearing specially for lack of service, respectfully notify this honorable Court of the removal of this entire action to the United States District Court for the District of Utah, as case no. 1:21-cv-00111 this 5th day of August, 2021 by virtue of filing the attached Notice of Removal, effecting the removal of this action from this State Court to the United States District Court. A copy of that notice is attached.

This Notice is filed with this Court pursuant to 28 U.S.C. § 1446, which provides that such a filling "shall effect the removal" of this case to the United States District Court and "the state court shall proceed no further unless and until the case is remanded."

The Clerk of this Court should prepare and transmit to the United States District Court Clerk for the District of Utah a copy of all relevant pleadings contained on file in this matter.

DATED this 5th day of August, 2021.

        ANDREA T. MARTINEZ, Acting United States Attorney

        */s/ John K. Mangum*
        JOHN K. MANGUM
        Assistant United States Attorney
        Attorneys for the United States of America
        sand the Defendant Federal Officers

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of United States Attorney's Office for the District of Utah and that a copy of the foregoing **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT and copy of Notice of Removal filed with the federal court** were electronically filed with the Court via the Court's electronic notice system, on this 5th day of August, 2021.

A true copy thereof is also being emailed and mailed this same day by United States mail, first-class postage prepaid, to the following:

    Raland J Brunson    thedreamofthecentury@gmail.com
    4287 South Harrison Blvd., Apt. #132
    Ogden, Utah 84403

        */s/ Amber Quintana*