Raland J Brunson
4287 South Harrison Blvd., Apt 132
Ogden, Utah 84403
Phone: 385-492-4898
Email: thedreamofthecentury@gmail.com
Pro Se

## IN THE DISTRICT COURT OF UTAH
## SECOND JUDICIAL DISTRICT WEBER COUNTY

| RALAND J BRUNSON,<br><br>Plaintiff,<br><br>vs.<br><br>ALMA S. ADAMS ; et al.,<br><br>Defendants. | [Proposed]<br>ORDER<br><br>Case No. 210903303<br><br>Judge: CAMILLE NEIDER<br><br>TRIAL BY JURY DEMANDED |
|---|---|

Plaintiff Raland Brunson having filed an *Emergency Ex Parte To Stop Removal*, and this Court having reviewed this pleading hereby GRANTS the said pleading and as such this Court hereby disregards Defendants' *Notice Of Removal Of Action To Federal Court* filed on August 5, 2021 and will not remove this case to the Federal Court.

Dated this _____ of _____, 2021.

BY THE COURT:

_____
Judge, Camille Neider

1