**Raland J Brunson**
**4287 South Harrison Blvd., Apt 132**
**Ogden, Utah 84403**
**Phone:  385-492-4898**
**Email: thedreamofthecentury@gmail.com**
**Pro Se**

# IN THE DISTRICT COURT OF UTAH

## SECOND JUDICIAL DISTRICT WEBER COUNTY

| | |
|---|---|
| RALAND J BRUNSON,<br><br>Plaintiff,<br><br>vs.<br><br>ALMA S. ADAMS ; et al.,<br><br>Defendants. | **[Proposed]**<br>**ORDER**<br><br>Case No. 210903303<br><br>Judge:  CAMILLE NEIDER<br><br><br>TRIAL BY JURY DEMANDED |

Plaintiff Raland Brunson having filed an *Emergency Ex Parte To Stop Removal*, and this

Court having reviewed this pleading hereby GRANTS the said pleading and as such this Court

hereby disregards Defendants' *Notice Of Removal Of Action To Federal Court* filed on August 5,

2021 and will not remove this case to the Federal Court.


Dated this _____ of _____, 2021.

BY THE COURT:


_____

Judge, Camille Neider

1