THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RALAND J. BRUNSON,<br><br>           Plaintiff,<br><br>v.<br><br>ALMA S. ADAMS, et al,<br><br>           Defendants. | **ORDER OF RECUSAL**<br><br>Case No. 1:21-cv-00111-DBB<br><br>District Judge David Barlow |

    I recuse myself in this case and ask that the appropriate assignment card for equalization be drawn by the clerk's office.

    DATED this 11th day of August, 2021.

                                                 BY THE COURT

                                                 David Barlow
                                                 United States District Judge