FILED
2021 AUG 30 AM 11:23
CLERK
U.S. DISTRICT COURT

**Raland J Brunson**
**4287 South Harrison Blvd., Apt 132**
**Ogden, Utah 84403**
**Phone: 385-492-4898**
**Email: thedreamofthecentury@gmail.com**
**Pro Se**

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| RALAND J BRUNSON, <br><br> Plaintiff, <br><br> vs. <br> ALMA S. ADAMS ; et al., <br><br> Defendants. | **REQUEST TO SUBMIT FOR DECISION** <br><br> Case No. 1:21-cv-00111-CMR <br><br> Judge: Bruce S. Jenkins |

Plaintiff Raland J Brunson ("Brunson") pursuant to DUCivR 7-3 hereby moves this court with his *Request To Submit For Decision* and states:

- On or about August 9, 2021 Plaintiff filed a motion to remand back to State Court (ECF 5).

- On or about August 23, 2021 Defendant filed a memorandum opposing motion to remand (ECF 11).

- On or about August 30, 2021 Plaintiff filed a reply to memorandum opposing motion to remand.

- No hearing has been requested.

Humbly submitted this the 30th day of August, 2021.

_____
Raland J Brunson, Plaintiff

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2021 I personally placed in the United States Mail to the individuals named below low a true and correct copy of **REQUEST TO SUBMIT FOR DECISION.**

ANDREA T. MARTINEZ
JOHN K. MANGUM
111 South Main Street, #1800
Salt Lake City, Utah 84111

_/s/ Raland Brunson_
Raland Brunson