FILED
2021 AUG 31 AM 10:12
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| BRUNSON,  Plaintiff, vs. ADAMS, et al.,  Defendants. | Civil No. 1:21-cv-00111  **ORDER OF RECUSAL** |

\* \* \* \* \* \* \* \* \*

I recuse myself in this case and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this **31** day of August, 2021.

BY THE COURT:

Bruce S. Jenkins
United States Senior District Judge