## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

### EMAIL FILING AND NOTIFICATION FORM
### FOR UNREPRESENTED PARTIES

By completing this form and attaching it to a motion under DUCivR 5-1, unrepresented (pro se) parties may request to file documents, to receive notification of case activity, and to be served by email in a case in which they are a party. A copy of the form motion is available at www.utd.uscourts.gov. The primary email address will be added to the case docket. Please review carefully before signing.

| Raland | J | Brunson |
|---|---|---|
| **Name - First** | **Middle** | **Last** |

1660 26th Street
**Mailing Address**

Ogden, UT 84401
**City, State, and Zip Code**

801-541-9121
**Telephone**

By signing this form, I understand that:
- I must register with Public Access to Court Electronic Records (PACER) at http://www.pacer.gov to view case information and documents.
- I will receive notice of all case activity from the court by email.
- When I receive a Notice of Electronic Filing (NEF) from the court, I will need to click on the document number hyperlink to view the document.
- Within 30 days of receiving the NEF, I will not be charged a fee the first time I view a document by clicking the hyperlink. I should print and/or save the document for future use to avoid being charged a fee by PACER.
- After 30 days or after the first use of the hyperlink, I will need to login to PACER to access the document, and PACER may require that I pay a fee.
- I will receive by email all items required to be served under Fed. R. Civ. P. 5(a) and 77(d). This electronic notice will constitute service as required by those rules.

Email Address(es):
- Primary email address: raland.brunson@hotmail.com
- Secondary email address (optional): cd@rosepedalrecords.com

Date: Aug 31, 2021                    Signature: *Raland Brunson*

After the court grants your motion and processes this form, you will receive notices in your case by email. Please call the clerk's office at 801-524-6106 if you have questions concerning email filing and notification.

Rev. 1/20