# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RALAND J BRUNSON,**<br><br>Plaintiff,<br><br>v.<br><br>**ALMA S. ADAMS, et al.,**<br><br>Defendants. | **ORDER STAYING PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS UNTIL AFTER COURT'S RULING ON MOTION TO REMAND**<br><br>Case No. 1:21-cv-00111<br><br>District Judge Bruce S. Jenkins<br><br>Magistrate Judge Jared C. Bennett |

Based upon the stipulation of the parties and good cause appearing, Plaintiff's "Request for Order on Agreement for Extension of Time to Respond to Motion to Dismiss" (ECF No. 10) is GRANTED.

The time for Plaintiff to file a response to Defendants' Motion to Dismiss (ECF No. 3) is hereby stayed until this court enters an order ruling on Plaintiff's Motion to Remand (ECF No. 5). At that time, the stay will automatically be lifted, and Plaintiff shall have 28 days to file a memorandum opposing Defendants' Motion to Dismiss in accord with DUCivR 7-1(b)(3)(A).

DATED: September 7, 2021.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge