IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RALAND BRUNSON,<br><br>                Plaintiff,<br><br>v.<br><br>ALMA S. ADAMS, et al.,<br><br>                Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 1:21-cv-00111-JNP-JCB<br><br>Judge Jill N. Parrish |

      Magistrate Judge Jared C. Bennett issued a Report and Recommendation that the court deny plaintiff Raland Brunson's motion to remand this action to state court. Judge Bennet notified Brunson that a failure to file a timely objection to his recommendation could waive any objections to it. No objection was filed within the allotted time.

      Because Brunson did not object to the Report and Recommendation, any argument that it was in error has been waived. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). The court has reviewed the Report and Recommendation and concludes it is not clearly erroneous. Thus, the court finds that the interests of justice do not warrant deviation from the waiver rule and ADOPTS IN FULL the Report and Recommendation.

      Accordingly, the court ORDERS as follows:

1. The Report and Recommendation, ECF No. 18, is ADOPTED IN FULL.

2. The court DENIES Brunson's motion to remand to state court. ECF No. 5.

**DATED** November 18, 2021.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge