FILED
2021 DEC 31
CLERK
U.S. DISTRICT COURT

**Raland J Brunson**
**4287 South Harrison Blvd., Apt 132**
**Ogden, Utah 84403**
**Phone: 385-492-4898**
**Email: thedreamofthecentury@gmail.com**
**Pro Se**

### THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| RALAND J BRUNSON,<br><br>Plaintiff,<br><br>vs.<br>ALMA S. ADAMS ; et al.,<br><br>Defendants. | **REQUEST TO SUBMIT FOR DECISION**<br><br>Case No. 1:21-cv-00111-CMR<br><br>Judge:  Jill N. Parish<br>Magistrate Judge: Jared C. Bennett |

Plaintiff Raland J Brunson ("Brunson") pursuant to DUCivR 7-3 hereby moves this court with his *Request To Submit For Decision* and states:

- On or about August 5, 2021 Defendants file a motion to dismiss.

- On or about December 13, 2021 Plaintiff filed an opposition.  (Extension in which to file this opposition was granted by the Court.)

-  On or about December 23rd, 2021 Defendants filed a reply.

- No hearing has been requested.


Humbly submitted this the 27th day of December, 2021.


_____
Raland J Brunson, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2021 I personally placed in the United States Mail to the individuals named below low a true and correct copy of **REQUEST TO SUBMIT FOR DECISION.**

ANDREA T. MARTINEZ
JOHN K. MANGUM
111 South Main Street, #1800
Salt Lake City, Utah 84111


_/s/ Raland Brunson_
Raland Brunson