FILED
2022 FEB 2 PM 3:55
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RALAND BRUNSON,<br><br>Plaintiff,<br><br>v.<br><br>ALMA S. ADAMS, et al.,<br><br>Defendants. | **JUDGMENT**<br><br>Case No. 1:21-cv-00111-JNP-JCB<br><br>Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that plaintiff Raland Brunson's action is dismissed without prejudice.

**DATED** February 2, 2022.

BY THE COURT:

JILL N. PARRISH
United States District Judge