FILED
2022 FEB 10 PM 1:35
CLERK
U.S. DISTRICT COURT

Raland J Brunson
4287 South Harrison Blvd., Apt 132
Ogden, Utah 84403
Phone: 385-492-4898
Email: thedreamofthecentury@gmail.com
Pro Se

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| RALAND J BRUNSON,<br><br>Plaintiff,<br><br>vs.<br>ALMA S. ADAMS ; et al.,<br><br>Defendants. | NOTICE OF APPEAL<br><br>Case No.<br><br>Trial Court Case No. 1:21-cv-00111-CMR<br><br>Judge: Jill N. Parrish |

Notice is hereby given that Plaintiff Raland J Brunson in the above named case hereby appeals to the United States Court of Appeals for the 10th Circuit from a final judgment known as *Judgment* entered in this action on February 2, 2022 [ECF 26] taken from the United States District Court For The District Of Utah.

Humbly submitted this the 10th day of February 2022.

_____
Raland J Brunson, Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2022 I personally placed in the United States Mail to the individuals named below low a true and correct copy of **NOTICE OF APPEAL**.

ANDREA T. MARTINEZ
JOHN K. MANGUM
111 South Main Street, #1800
Salt Lake City, Utah 84111


_____
Raland Brunson