APPEAL,CLOSED,LC1,OPEN_MJ
Email All Attys
Email All Attys and Secondary Emails

# US District Court Electronic Case Filing System
## District of Utah (Northern)
## CIVIL DOCKET FOR CASE #: <u>1:21–cv–00111–JNP</u>

| | |
|---|---|
| Brunson v. Adams et al | Date Filed: 08/05/2021 |
| Assigned to: Judge Jill N. Parrish | Date Terminated: 02/02/2022 |
| Demand: $3,000,000,000 | Jury Demand: Both |
| Case in other court:  2nd District, Weber County, 210903303 | Nature of Suit: 441 Civil Rights: Voting |
| Cause: 28:1441 Notice of Removal– Civil Rights Act | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Raland J. Brunson**         represented by   **Raland J. Brunson**
4287 S HARRISON BLVD APT 132
OGDEN, UT 84403
(385) 492–4898
Email: raland.brunson@hotmail.com
PRO SE

V.

**Defendant**

**Alma S. Adams**       represented by   **John K. Mangum**
*in their capacity as United States House Representatives*
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111–2176
(801)325–3216
Email: john.mangum@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pete Aguilar**       represented by   **John K. Mangum**
*in their capacity as United States House Representatives*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Colin Z. Allred**       represented by   **John K. Mangum**
*in their capacity as United States House Representatives*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark E. Amodei**       represented by   **John K. Mangum**
*in their capacity as United States House*
(See above for address)

*Representatives*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kelly Armstrong**
*in their capacity as United States House Representatives*

represented by  **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jake Auchincloss**
*in their capacity as United States House Representatives*

represented by  **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cynthia Axne**
*in their capacity as United States House Representatives*

represented by  **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Don Bacon**
*in their capacity as United States House Representatives*

represented by  **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Troy Balderson**
*in their capacity as United States House Representatives*

represented by  **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andy Barr**
*in their capacity as United States House Representatives*

represented by  **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nanette Diaz Barragan**
*in their capacity as United States House Representatives*

represented by  **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Karen Bass**
*in their capacity as United States House*

represented by  **John K. Mangum**
(See above for address)

*Representatives*                                            LEAD ATTORNEY
                                                            ATTORNEY TO BE NOTICED

**Defendant**

**Joyce Beatty**                          represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Ami Bera**                              represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Gus M. Ilirakis**                       represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Jr. Donald S. Beyer**                   represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Sandford D. Bishop, Jr.**               represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Earl Blumenauer**                       represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Blunt Rochester**                  represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Suzanne Bonamici**                      represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)

*Representatives*                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Carolyn Bourdeaux**                    represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Jamaal Bowman**                        represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Brendan F. Boyle**                     represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Brady**                          represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Anthony G. Brown**                     represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Julia Brownley**                       represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Vern Buchanan**                        represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Ken Buck**                             represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)

*Representatives*                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Larry Bucshon**                          represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Cori Bush**                              represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Cheri Bustos**                           represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**G. K. Butterfield**                      represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Salud O. Carbajal**                      represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Tony Cardenas**                          represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Andre Carson**                           represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Matt Cartwright**                        represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)

*Representatives*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ed Case**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sean Casten**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathy Castor**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joaquin Castro**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Liz Cheney**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Judy Chu**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David N. Cicilline**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Katherine M. Clark**
*in their capacity as United States House*

represented by **John K. Mangum**
(See above for address)

*Representatives*

|  | LEAD ATTORNEY |
|  | ATTORNEY TO BE NOTICED |

**Defendant**

**Yvette D. Clarke**
*in their capacity as United States House Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Emanuel Cleaver**
*in their capacity as United States House Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James E. Clyburn**
*in their capacity as United States House Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steve Cohen**
*in their capacity as United States House Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Comer**
*in their capacity as United States House Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gerald E. Connolly**
*in their capacity as United States House Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jim Cooper**
*in their capacity as United States House Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J. Luis Correa**
*in their capacity as United States House*

represented by **John K. Mangum**
(See above for address)

*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Jim Costa**                           represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Courtney**                        represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Angie Craig**                         represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Dan Crenshaw**                        represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Charlie Crist**                       represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Jason Crow**                          represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Henry Cuellar**                       represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**John R. Curtis**                      represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)

*Representatives*                                               *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Sharice Davids**                          represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Danny K. Davis**                          represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Rodney Davis**                            represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Madeleine Dean**                          represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Peter A. Defazio**                        represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Diana Degette**                           represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Rosa L. Delauro**                         represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Suzan K. Delbene**                        represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)

*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Antonio Delgado**                        represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Val Butler Demings**                     represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Mark DeSaulnier**                        represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Theodore E. Deutch**                     represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Debbie Dingell**                         represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Lloyd Doggett**                          represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael F. Doyle**                       represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Tom Emmer**                              represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)

*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Veronica Escobar**                  represented by  **John K. Mangum**
*in their capacity as United States House*          (See above for address)
*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Anna G. Eshoo**                     represented by  **John K. Mangum**
*in their capacity as United States House*          (See above for address)
*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Adriano Espaillat**                 represented by  **John K. Mangum**
*in their capacity as United States House*          (See above for address)
*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Dwight Evans**                      represented by  **John K. Mangum**
*in their capacity as United States House*          (See above for address)
*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Randy Feenstra**                    represented by  **John K. Mangum**
*in their capacity as United States House*          (See above for address)
*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**IV A. Drew Ferguson**               represented by  **John K. Mangum**
*in their capacity as United States House*          (See above for address)
*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Brian K. Fitzpatrick**              represented by  **John K. Mangum**
*in their capacity as United States House*          (See above for address)
*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Lizzie Letcher**                    represented by  **John K. Mangum**
*in their capacity as United States House*          (See above for address)

*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Jeff Fortenberry**                         represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Bill Foster**                              represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Lois Frankel**                             represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Marcia L. Fudge**                          represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Mike Gallagher**                           represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Ruben Gallego**                            represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**John Garamendi**                           represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)
*Representatives*                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Andrew R. Garbarino**                      represented by   **John K. Mangum**
*in their capacity as United States House*                   (See above for address)

*Representatives*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sylvia R. Garcia**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jesus G. Garcia**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jared F. Golden**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jimmy Gomez**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tony Gonzales**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anthony Gonzalez**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vicente Gonzalez**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Josh Gottheimer**
*in their capacity as United States House*

represented by **John K. Mangum**
(See above for address)

*Representatives*

                  *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Kay Granger**                                  represented by   **John K. Mangum**
*in their capacity as United States House*                        (See above for address)
*Representatives*                                                 *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Al Green**                                     represented by   **John K. Mangum**
*in their capacity as United States House*                        (See above for address)
*Representatives*                                                 *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Raul M. Grijalva**                             represented by   **John K. Mangum**
*in their capacity as United States House*                        (See above for address)
*Representatives*                                                 *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Glenn Grothman**                               represented by   **John K. Mangum**
*in their capacity as United States House*                        (See above for address)
*Representatives*                                                 *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Brett Guthrie**                                represented by   **John K. Mangum**
*in their capacity as United States House*                        (See above for address)
*Representatives*                                                 *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Debra A. Haaland**                             represented by   **John K. Mangum**
*in their capacity as United States House*                        (See above for address)
*Representatives*                                                 *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Josh Harder**                                  represented by   **John K. Mangum**
*in their capacity as United States House*                        (See above for address)
*Representatives*                                                 *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Alcee L. Hastings**                            represented by   **John K. Mangum**
*in their capacity as United States House*                        (See above for address)

*Representatives*                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Jahana Hayes**                         represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Jaime Herrera Beutler**                represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Brian Higgins**                        represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**J. French Hill**                       represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**James A. Himes**                       represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Ashley Hinson**                        represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Trey Hollingsworth**                   represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Steven Horsford**                      represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)

*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Chrissy Houlahan**                      represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Steny H. Hoyer**                        represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Jared Huffman**                         represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Bill Huizenga**                         represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Sheila Jackson Lee**                    represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Sara Jacobs**                           represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Pramila Jayapal**                       represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Hakeem S. Jeffries**                    represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)

16

*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Dusty Johnson**                        represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Eddie Bernice Johnson**                represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Henry C Johnson, Jr.**                 represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Mondaire Jones**                       represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**David P. Joyce**                       represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Kaiali'i Kahele**                      represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Marcy Kapture**                        represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**John Katko**                           represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)

*Representatives*                                    *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**William R. Keating**                  represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Ro Khanna**                           represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel T. Kildee**                    represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Derek Kilmer**                        represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Andy Kim**                            represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Young Kim**                           represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Ron Kind**                            represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Adam Kinzinger**                      represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)

*Representatives*                                    *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Ann Kirkpatrick**                    represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)
*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Raja Krishnamoorthi**                represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)
*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Ann M. Kuster**                      represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)
*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Darin Lahood**                       represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)
*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Conor Lamb**                         represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)
*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**James R. Langevin**                  represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)
*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Rick Larsen**                        represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)
*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**John B. Larson**                     represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)

*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert E. Latta**                 represented by   **John K. Mangum**
*in their capacity as United States House*          (See above for address)
*Representatives*                                   *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Jake Laturner**                   represented by   **John K. Mangum**
*in their capacity as United States House*          (See above for address)
*Representatives*                                   *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Brenda L. Lawrence**              represented by   **John K. Mangum**
*in their capacity as United States House*          (See above for address)
*Representatives*                                   *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Al Lawson, Jr.**                  represented by   **John K. Mangum**
*in their capacity as United States House*          (See above for address)
*Representatives*                                   *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Barbara Lee**                     represented by   **John K. Mangum**
*in their capacity as United States House*          (See above for address)
*Representatives*                                   *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Susie Lee**                       represented by   **John K. Mangum**
*in their capacity as United States House*          (See above for address)
*Representatives*                                   *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Teresa Leger Fernandez**          represented by   **John K. Mangum**
*in their capacity as United States House*          (See above for address)
*Representatives*                                   *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Andy Levin**                      represented by   **John K. Mangum**
*in their capacity as United States House*          (See above for address)

*Representatives*                                    *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Mike Levin**                          represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Ted Lieu**                            represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Zoe Lofgren**                         represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Alan S. Lowenthal**                   represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Elaine G. Luria**                     represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen F. Lynch**                    represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Nancy Mace**                          represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Tom Malinowski**                      represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)

*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Carolyn B. Maloney**                 represented by   **John K. Mangum**
*in their capacity as United States House*           (See above for address)
*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Sean Patrick Maloney**               represented by   **John K. Mangum**
*in their capacity as United States House*           (See above for address)
*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Kathy E. Manning**                   represented by   **John K. Mangum**
*in their capacity as United States House*           (See above for address)
*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Massie**                      represented by   **John K. Mangum**
*in their capacity as United States House*           (See above for address)
*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Doris O. Matsui**                    represented by   **John K. Mangum**
*in their capacity as United States House*           (See above for address)
*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Lucy McBath**                        represented by   **John K. Mangum**
*in their capacity as United States House*           (See above for address)
*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael T. McCaul**                  represented by   **John K. Mangum**
*in their capacity as United States House*           (See above for address)
*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Tom McClintock**                     represented by   **John K. Mangum**
*in their capacity as United States House*           (See above for address)

| | | |
|---|---|---|
| *Representatives* | | LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **Betty McCollum**<br>*in their capacity as United States House*<br>*Representatives* | represented by | **John K. Mangum**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **A. Adonald McEachin**<br>*in their capacity as United States House*<br>*Representatives* | represented by | **John K. Mangum**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **James P. McGovern**<br>*in their capacity as United States House*<br>*Representatives* | represented by | **John K. Mangum**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **Patrick T. McHenry**<br>*in their capacity as United States House*<br>*Representatives* | represented by | **John K. Mangum**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **David B. McKinley**<br>*in their capacity as United States House*<br>*Representatives* | represented by | **John K. Mangum**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **Jerry McNerney**<br>*in their capacity as United States House*<br>*Representatives* | represented by | **John K. Mangum**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **Gregory W. Meeks**<br>*in their capacity as United States House*<br>*Representatives* | represented by | **John K. Mangum**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **Peter Meijer**<br>*in their capacity as United States House* | represented by | **John K. Mangum**<br>(See above for address) |

*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Grace Meng**                          represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Kweisi Mfume**                        represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Marianette Miller–Meeks**             represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**John R. Moolenaar**                   represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Blake D. Moore**                      represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Gwen Moore**                          represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph D. Morelle**                   represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Seth Moulton**                        represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)

*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Frank J. Mrvan**                        represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Stephanie N. Murphy**                   represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Jerrold Nadler**                        represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Grace F. Napolitano**                   represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Richard E. Neal**                       represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Neguse**                            represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Dan Newhouse**                          represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Marie Newman**                          represented by   **John K. Mangum**
*in their capacity as United States House*                 (See above for address)

*Representatives*                                LEAD ATTORNEY
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Donald Norcross**                    represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Alexandria Ocasio–Cortez**           represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Tom O'Halleran**                     represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Ilhan Omar**                         represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Frank Pallone, Jr.**                 represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Jimmy Panetta**                      represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Chris Pappas**                       represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Bill Pascrell, Jr.**                 represented by   **John K. Mangum**
*in their capacity as United States House*             (See above for address)

*Representatives*                                                   *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donald M. Payne, Jr.**            represented by **John K. Mangum**
*in their capacity as United States House*      (See above for address)
*Representatives*                                             *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nancy Pelosi**                     represented by **John K. Mangum**
*in their capacity as United States House*      (See above for address)
*Representatives*                                              *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ed Perlmutter**                   represented by **John K. Mangum**
*in their capacity as United States House*      (See above for address)
*Representatives*                                              *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott H. Peters**                 represented by **John K. Mangum**
*in their capacity as United States House*      (See above for address)
*Representatives*                                              *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dean Phillips**                    represented by **John K. Mangum**
*in their capacity as United States House*      (See above for address)
*Representatives*                                              *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chellie Pingree**              represented by **John K. Mangum**
*in their capacity as United States House*      (See above for address)
*Representatives*                                              *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Pocan**                     represented by **John K. Mangum**
*in their capacity as United States House*      (See above for address)
*Representatives*                                              *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Katie Porter**                   represented by **John K. Mangum**
*in their capacity as United States House*      (See above for address)

*Representatives*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ayanna Pressley**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David E. Price**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mike Quigley**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jamie Raskin**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tom Reed**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathleen M. Rice**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cathy McMorris Rodgers**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deborah K. Ross**
*in their capacity as United States House*

represented by **John K. Mangum**
(See above for address)

*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Chip Roy**                              represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Lucille Roybal–Allard**                 represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Raul Ruiz**                             represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**C.A. Dutch Ruppersberger**              represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Bobby L. Rush**                         represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Tim Ryan**                              represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Linda T. Sanchez**                      represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**John P. Sarbanes**                      represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)

*Representatives*                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Gay Scanlon**                      represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Janice D. Schakowsky**                  represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Adam B. Schiff**                        represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Bradley Scott Schneider**               represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Kurt Schrader**                         represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Schrier**                           represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Austin Scott**                          represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**David Scott**                           represented by   **John K. Mangum**
*in their capacity as United States House*               (See above for address)

*Representatives*                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert C. Scott**                    represented by   **John K. Mangum**
*in their capacity as United States House*            (See above for address)
*Representatives*                                     *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Terri A. Sewell**                    represented by   **John K. Mangum**
*in their capacity as United States House*            (See above for address)
*Representatives*                                     *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Brad Sherman**                       represented by   **John K. Mangum**
*in their capacity as United States House*            (See above for address)
*Representatives*                                     *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Mikie Sherrill**                     represented by   **John K. Mangum**
*in their capacity as United States House*            (See above for address)
*Representatives*                                     *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael K. Simpson**                 represented by   **John K. Mangum**
*in their capacity as United States House*            (See above for address)
*Representatives*                                     *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Albio Sires**                        represented by   **John K. Mangum**
*in their capacity as United States House*            (See above for address)
*Representatives*                                     *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Elissa Slotkin**                     represented by   **John K. Mangum**
*in their capacity as United States House*            (See above for address)
*Representatives*                                     *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Adam Smith**                         represented by   **John K. Mangum**
*in their capacity as United States House*            (See above for address)

*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher H. Smith**                    represented by   **John K. Mangum**
*in their capacity as United States House*                  (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Darren Soto**                             represented by   **John K. Mangum**
*in their capacity as United States House*                  (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Abigail Davis Spanberger**                represented by   **John K. Mangum**
*in their capacity as United States House*                  (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Victoria Spartz**                         represented by   **John K. Mangum**
*in their capacity as United States House*                  (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Jackie Speier**                           represented by   **John K. Mangum**
*in their capacity as United States House*                  (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Greg Stanton**                            represented by   **John K. Mangum**
*in their capacity as United States House*                  (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Pete Stauber**                            represented by   **John K. Mangum**
*in their capacity as United States House*                  (See above for address)
*Representatives*                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Michelle Steel**                          represented by   **John K. Mangum**
*in their capacity as United States House*                  (See above for address)

*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Bryan Steil**                          represented by **John K. Mangum**
*in their capacity as United States House*            (See above for address)
*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Haley M. Stevens**                     represented by **John K. Mangum**
*in their capacity as United States House*            (See above for address)
*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Steve Stivers**                        represented by **John K. Mangum**
*in their capacity as United States House*            (See above for address)
*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Marilyn Strickland**                   represented by **John K. Mangum**
*in their capacity as United States House*            (See above for address)
*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas R. Suozzi**                     represented by **John K. Mangum**
*in their capacity as United States House*            (See above for address)
*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Eric Swalwell**                        represented by **John K. Mangum**
*in their capacity as United States House*            (See above for address)
*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Takano**                          represented by **John K. Mangum**
*in their capacity as United States House*            (See above for address)
*Representatives*                                      *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Van Taylor**                           represented by **John K. Mangum**
*in their capacity as United States House*            (See above for address)

*Representatives*                                    *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Bennie G. Thompson**                  represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Mike Thompson**                       represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Dina Titus**                          represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Rashida Tlaib**                       represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Tonko**                          represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Norma J. Torres**                     represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Ritchie Torres**                      represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Lori Trahan**                         represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)

*Representatives*                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**David J. Trone**                        represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael R. Turner**                     represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Lauren Underwood**                      represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Fred Upton**                            represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Juan Vargas**                           represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Marc A. Veasey**                        represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Filemon Vela**                          represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)
*Representatives*                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Nydia M. Velazquez**                    represented by   **John K. Mangum**
*in their capacity as United States House*                (See above for address)

*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Ann Wagner**                        represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Waltz**                     represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Debbie Wasserman Schultz**          represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Maxine Waters**                     represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Bonnie Watson Coleman**             represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Peter Welch**                       represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Brad R. Wenstrup**                  represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)
*Representatives*                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce Westerman**                   represented by   **John K. Mangum**
*in their capacity as United States House*              (See above for address)

*Representatives*

**LEAD ATTORNEY**
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Wexton**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Susan Wild**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nikema Williams**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frederica S. Wilson**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steve Womack**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John A. Yarmuth**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Don Young**
*in their capacity as United States House*
*Representatives*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tammy Baldwin**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Barrasso**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael F. Bennet**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marsha Blackburn**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Blumenthal**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Roy Blunt**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cory A. Booker**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Boozman**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mike Braun**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sherrod Brown**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Burr**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Maria Cantwell**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shelley Capito**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benjamin L. Cardin**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas R. Carper**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert P. Casey, Jr.**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bill Cassidy**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Susan M. Collins**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher A. Coons**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Cornyn**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Catherine Cortez Masto**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tom Cotton**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Cramer**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mike Crapo**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steve Daines**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tammy Duckworth**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard J. Durbin**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joni Ernst**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dianne Feinstein**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deb Fischer**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kirsten E. Gillibrand**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lindsey Graham**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chuck Grassley**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bill Hagerty**                          represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Maggie Hassan**                         represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Martin Heinrich**                       represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**John Hickenlooper**                     represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Mazie Hirono**                          represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**John Hoeven**                           represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**James Inhofe**                          represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Ron Johnson**                           represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tim Kaine**                              represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                        (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Kelly**                             represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                        (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Angus S. King, Jr.**                     represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                        (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Amy Klobuchar**                          represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                        (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**James Lankford**                         represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                        (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Patrick Leahy**                          represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                        (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Mike Lee**                               represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                        (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Ben Lujan**                              represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cynthia M. Lummis**                    represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Manchin, III**                     represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Edward J. Markey**                     represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Mitch McConnell**                      represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Menendez**                      represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Jeff Merkley**                         represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Jerry Moran**                          represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Murkowski**                       represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                       (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Murphy**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patty Murray**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jon Ossoff**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alex Padilla**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rand Paul**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gary C. Peters**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rob Portman**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jack Reed**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James E. Risch**                              represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                            (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Mitt Romney**                                 represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                            (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Jacky Rosen**                                 represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                            (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Mike Rounds**                                 represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                            (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Marco Rubio**                                 represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                            (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Bernard Sanders**                             represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                            (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Ben Sasse**                                   represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                            (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Brian Schatz**                                represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles E. Schumer**                          represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                             (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Rick Scott**                                  represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                             (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Tim Scott**                                   represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                             (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Jeanne Shaheen**                              represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                             (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Richard C. Shelby**                           represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                             (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Kyrsten Sinema**                              represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                             (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Tina Smith**                                  represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                             (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Debbie Stabenow**                             represented by   **John K. Mangum**
*in their capacity as U.S. Senators*                             (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dan Sullivan**                    represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jon Tester**                      represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Thune**                      represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thom Tillis**                     represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patrick J. Toomey**               represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hollen Van**                      represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark R. Warner**                  represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Raphael G. Warnock**              represented by    **John K. Mangum**
*in their capacity as U.S. Senators*                 (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elizabeth Warren**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheldon Whitehouse**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Roger F. Wicker**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ron Wyden**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Todd Young**
*in their capacity as U.S. Senators*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Robinette Biden, Jr.**
*in his capacity of President of the United States*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Richard Pence**
*in his capacity as former Vice President of the United States*

represented by **John K. Mangum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kamala Harris**
*in her capacity as Vice President of the*

represented by **John K. Mangum**
(See above for address)

*United States*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/05/2021 | 1 | | Case has been indexed and assigned to Magistrate Judge Cecilia M. Romero. Defendants Alma S. Adams, Pete Aguilar, Colin Z. Allred, Mark E. Amodei, Kelly Armstrong, Jake Auchincloss, Cynthia Axne, Don Bacon, Troy Balderson, Tammy Baldwin, Andy Barr, John Barrasso, Karen Bass, Joyce Beatty, Michael F. Bennet, Ami Bera, Eddie Bernice Johnson, Donald S. Beyer, Joseph Robinette Biden, Jr, Sandford D. Bishop, Jr, Marsha Blackburn, Earl Blumenauer, Richard Blumenthal, Roy Blunt, Lisa Blunt Rochester, Suzanne Bonamici, Cory A. Booker, John Boozman, Carolyn Bourdeaux, Jamaal Bowman, Brendan F. Boyle, Kevin Brady, Mike Braun, Anthony G. Brown, Sherrod Brown, Julia Brownley, Vern Buchanan, Ken Buck, Larry Bucshon, Richard Burr, Cori Bush, Cheri Bustos, Val Butler Demings, G. K. Butterfield, Maria Cantwell, Shelley Capito, Salud O. Carbajal, Tony Cardenas, Benjamin L. Cardin, Thomas R. Carper, Andre Carson, Matt Cartwright, Ed Case, Robert P. Casey, Jr, Bill Cassidy, Sean Casten, Kathy Castor, Joaquin Castro, Liz Cheney, Judy Chu, David N. Cicilline, Katherine M. Clark, Yvette D. Clarke, Emanuel Cleaver, James E. Clyburn, Steve Cohen, Susan M. Collins, James Comer, Gerald E. Connolly, Christopher A. Coons, Jim Cooper, John Cornyn, J. Luis Correa, Catherine Cortez Masto, Jim Costa, Tom Cotton, Joe Courtney, Angie Craig, Kevin Cramer, Mike Crapo, Dan Crenshaw, Charlie Crist, Jason Crow, Henry Cuellar, John R. Curtis, Steve Daines, Sharice Davids, Danny K. Davis, Rodney Davis, Abigail Davis Spanberger, Mark DeSaulnier, Madeleine Dean, Peter A. Defazio, Diana Degette, Rosa L. Delauro, Suzan K. Delbene, Antonio Delgado, Theodore E. Deutch, Nanette Diaz Barragan, Debbie Dingell, Lloyd Doggett, Michael F. Doyle, Tammy Duckworth, Richard J. Durbin, Tom Emmer, Joni Ernst, Veronica Escobar, Anna G. Eshoo, Adriano Espaillat, Dwight Evans, Randy Feenstra, Dianne Feinstein, A. Drew Ferguson, Deb Fischer, Brian K. Fitzpatrick, Jeff Fortenberry, Bill Foster, Lois Frankel, Marcia L. Fudge, Mike Gallagher, Ruben Gallego, John Garamendi, Andrew R. Garbarino, Jesus G. Garcia, Sylvia R. Garcia, Kirsten E. Gillibrand, Jared F. Golden, Jimmy Gomez, Tony Gonzales, Anthony Gonzalez, Vicente Gonzalez, Josh Gottheimer, Lindsey Graham, Kay Granger, Chuck Grassley, Al Green, Raul M. Grijalva, Glenn Grothman, Brett Guthrie, Debra A. Haaland, Bill Hagerty, Josh Harder, Kamala Harris, Maggie Hassan, Alcee L. Hastings, Jahana Hayes, Martin Heinrich, Jaime Herrera Beutler, John Hickenlooper, Brian Higgins, J. French Hill, James A. Himes, Ashley Hinson, Mazie Hirono, John Hoeven, Trey Hollingsworth, Steven Horsford, Chrissy Houlahan, Steny H. Hoyer, Jared Huffman, Bill Huizenga, Gus M. Ilirakis, James Inhofe, Sheila Jackson Lee, Sara Jacobs, Pramila Jayapal, Hakeem S. Jeffries, Dusty Johnson, Henry C Johnson, Jr, Ron Johnson, Mondaire Jones, David P. Joyce, Kaiali'i Kahele, Tim Kaine, Marcy Kapture, John Katko, William R. Keating, Mark Kelly, Ro Khanna, Daniel T. Kildee, Derek Kilmer, Andy Kim, Young Kim, Ron Kind, Angus S. King, Jr, Adam Kinzinger, Ann Kirkpatrick, Amy Klobuchar, Raja Krishnamoorthi, Ann M. Kuster, Darin Lahood, Conor Lamb, James R. Langevin, James Lankford, Rick Larsen, John B. Larson, Robert E. Latta, Jake Laturner, Brenda L. Lawrence, Al Lawson, Jr, Patrick Leahy, Barbara Lee, Mike Lee, Susie Lee, Teresa Leger Fernandez, Lizzie Letcher, |

| | | |
|---|---|---|
| | | Andy Levin, Mike Levin, Ted Lieu, Zoe Lofgren, Alan S. Lowenthal, Ben Lujan, Cynthia M. Lummis, Elaine G. Luria, Stephen F. Lynch, Nancy Mace, Tom Malinowski, Carolyn B. Maloney, Sean Patrick Maloney, Joe Manchin, III, Kathy E. Manning, Edward J. Markey, Thomas Massie, Doris O. Matsui, Lucy McBath, Michael T. McCaul, Tom McClintock, Betty McCollum, Mitch McConnell, A. Adonald McEachin, James P. McGovern, Patrick T. McHenry, David B. McKinley, Cathy McMorris Rodgers, Jerry McNerney, Gregory W. Meeks, Peter Meijer, Robert Menendez, Grace Meng, Jeff Merkley, Kweisi Mfume, Marianette Miller–Meeks, John R. Moolenaar, Blake D. Moore, Gwen Moore, Jerry Moran, Joseph D. Morelle, Seth Moulton, Frank J. Mrvan, Lisa Murkowski, Christopher Murphy, Stephanie N. Murphy, Patty Murray, Jerrold Nadler, Grace F. Napolitano, Richard E. Neal, Joe Neguse, Dan Newhouse, Marie Newman, Donald Norcross, Tom O'Halleran, Alexandria Ocasio–Cortez, Ilhan Omar, Jon Ossoff, Alex Padilla, Frank Pallone, Jr, Jimmy Panetta, Chris Pappas, Bill Pascrell, Jr, Rand Paul, Donald M. Payne, Jr, Nancy Pelosi, Michael Richard Pence, Ed Perlmutter, Gary C. Peters, Scott H. Peters, Dean Phillips, Chellie Pingree, Mark Pocan, Katie Porter, Rob Portman, Ayanna Pressley, David E. Price, Mike Quigley, Jamie Raskin, Jack Reed, Tom Reed, Kathleen M. Rice, James E. Risch, Mitt Romney, Jacky Rosen, Deborah K. Ross, Mike Rounds, Chip Roy, Lucille Roybal–Allard, Marco Rubio, Raul Ruiz, C.A. Dutch Ruppersberger, Bobby L. Rush, Tim Ryan, Linda T. Sanchez, Bernard Sanders, John P. Sarbanes, Ben Sasse, Mary Gay Scanlon, Janice D. Schakowsky, Brian Schatz, Adam B. Schiff, Bradley Scott Schneider, Kurt Schrader, Kim Schrier, Charles E. Schumer, Austin Scott, David Scott, Rick Scott, Robert C. Scott, Tim Scott, Terri A. Sewell, Jeanne Shaheen, Richard C. Shelby, Brad Sherman, Mikie Sherrill, Michael K. Simpson, Kyrsten Sinema, Albio Sires, Elissa Slotkin, Adam Smith, Christopher H. Smith, Tina Smith, Darren Soto, Victoria Spartz, Jackie Speier, Debbie Stabenow, Greg Stanton, Pete Stauber, Michelle Steel, Bryan Steil, Haley M. Stevens, Steve Stivers, Marilyn Strickland, Dan Sullivan, Thomas R. Suozzi, Eric Swalwell, Mark Takano, Van Taylor, Jon Tester, Bennie G. Thompson, Mike Thompson, John Thune, Thom Tillis, Dina Titus, Rashida Tlaib, Paul Tonko, Patrick J. Toomey, Norma J. Torres, Ritchie Torres, Lori Trahan, David J. Trone, Michael R. Turner, Lauren Underwood, Fred Upton, Hollen Van, Juan Vargas, Marc A. Veasey, Filemon Vela, Nydia M. Velazquez, Ann Wagner, Michael Waltz, Mark R. Warner, Raphael G. Warnock, Elizabeth Warren, Debbie Wasserman Schultz, Maxine Waters, Bonnie Watson Coleman, Peter Welch, Brad R. Wenstrup, Bruce Westerman, Jennifer Wexton, Sheldon Whitehouse, Roger F. Wicker, Susan Wild, Nikema Williams, Frederica S. Wilson, Steve Womack, Ron Wyden, John A. Yarmuth, Don Young, Todd Young are directed to E–File the <u>Notice of Removal</u> <u>and cover sheet</u> (found under Complaints and Other Initiating Documents) by the end of the business day. Filing Fee waived (USA) <span style="color:red">NOTE: The court will not have jurisdiction until the opening document is electronically filed and the filing fee paid in the CM/ECF system.</span> (mh) (Entered: 08/05/2021) |
| 08/05/2021 | <u>2</u> | NOTICE OF REMOVAL from 2nd District Court Weber County, case number 210903303, No Filing Fee No Filing Fee filed by Debbie Wasserman Schultz, Donald S. Beyer, Yvette D. Clarke, Chip Roy, Henry Cuellar, Peter Welch, Jim Cooper, Carolyn B. Maloney, Jeanne Shaheen, Roger F. Wicker, Don Bacon, Judy Chu, Steven Horsford, Kathleen M. Rice, Adam B. Schiff, David P. Joyce, Eric Swalwell, Bobby L. Rush, Randy Feenstra, Donald Norcross, Lois Frankel, |

Benjamin L. Cardin, Betty McCollum, Steve Stivers, Jerry Moran, Ron Johnson, Stephen F. Lynch, James Lankford, Conor Lamb, Vicente Gonzalez, Charlie Crist, David E. Price, Larry Bucshon, Brett Guthrie, Chuck Grassley, Tom Emmer, Dina Titus, Mike Quigley, Mitch McConnell, Thomas Massie, Bill Pascrell, Jr, Sean Casten, Teresa Leger Fernandez, Cheri Bustos, Jennifer Wexton, Bill Huizenga, Antonio Delgado, Adam Smith, Joe Neguse, Tammy Baldwin, Ben Sasse, Nancy Mace, Abigail Davis Spanberger, Richard C. Shelby, Derek Kilmer, Austin Scott, Bradley Scott Schneider, Peter Meijer, Hakeem S. Jeffries, Rosa L. Delauro, Cynthia Axne, Theodore E. Deutch, Karen Bass, Raja Krishnamoorthi, Danny K. Davis, J. Luis Correa, Tom Cotton, Ruben Gallego, Grace F. Napolitano, Barbara Lee, James E. Risch, Steve Cohen, David B. McKinley, Maggie Hassan, Nydia M. Velazquez, Dan Sullivan, Brad Sherman, Adriano Espaillat, Haley M. Stevens, Bruce Westerman, Ann Wagner, Ben Lujan, Marianette Miller–Meeks, Mark E. Amodei, James Comer, Susan M. Collins, Kathy E. Manning, Albio Sires, Tony Gonzales, Dan Newhouse, Tina Smith, Joe Manchin, III, Christopher A. Coons, Bennie G. Thompson, Mike Lee, Jimmy Gomez, Van Taylor, Tim Ryan, Marco Rubio, Jamie Raskin, Richard J. Durbin, James P. McGovern, Lindsey Graham, Roy Blunt, Ed Case, Robert E. Latta, Seth Moulton, Raul Ruiz, Josh Gottheimer, Frank J. Mrvan, Mark Pocan, Ed Perlmutter, Jacky Rosen, Jesus G. Garcia, Steve Womack, Rick Larsen, Lucy McBath, Ritchie Torres, Kurt Schrader, Patty Murray, Mikie Sherrill, Cynthia M. Lummis, Michael R. Turner, Jaime Herrera Beutler, Bonnie Watson Coleman, G. K. Butterfield, Charles E. Schumer, Scott H. Peters, Jake Auchincloss, Sheldon Whitehouse, Julia Brownley, John Hickenlooper, Ashley Hinson, Bryan Steil, Jimmy Panetta, Susan Wild, Steny H. Hoyer, Jeff Merkley, Pete Stauber, Amy Klobuchar, Susie Lee, Richard Blumenthal, Tony Cardenas, Mike Levin, Brad R. Wenstrup, Jason Crow, Dianne Feinstein, Raphael G. Warnock, Gerald E. Connolly, John Hoeven, John R. Curtis, Stephanie N. Murphy, Al Lawson, Jr, John A. Yarmuth, John Cornyn, Marcia L. Fudge, Gwen Moore, Richard Burr, Alcee L. Hastings, Patrick J. Toomey, Jared Huffman, Kamala Harris, Maria Cantwell, Sharice Davids, Joseph Robinette Biden, Jr, Mark DeSaulnier, Adam Kinzinger, Ro Khanna, Al Green, Carolyn Bourdeaux, Nanette Diaz Barragan, Grace Meng, Mark R. Warner, Brendan F. Boyle, Tom O'Halleran, Chrissy Houlahan, Jake Laturner, Rick Scott, Colin Z. Allred, Earl Blumenauer, Victoria Spartz, Debra A. Haaland, James E. Clyburn, John Garamendi, Cathy McMorris Rodgers, Ted Lieu, John Katko, Rob Portman, Donald M. Payne, Jr, Lizzie Letcher, Darren Soto, Alex Padilla, Jeff Fortenberry, Lori Trahan, Chris Pappas, Lucille Roybal–Allard, Troy Balderson, Tom Malinowski, Mike Thompson, John Boozman, Jamaal Bowman, John Barrasso, Shelley Capito, Tim Kaine, Kyrsten Sinema, Dwight Evans, Michael Richard Pence, Andy Barr, Mike Braun, Andy Levin, Trey Hollingsworth, Sheila Jackson Lee, Steve Daines, Filemon Vela, Rashida Tlaib, Michael F. Doyle, Michael Waltz, Thom Tillis, Michael T. McCaul, Lisa Murkowski, Ann M. Kuster, Robert C. Scott, Deborah K. Ross, Kathy Castor, Nancy Pelosi, Alexandria Ocasio–Cortez, A. Adonald McEachin, Ron Wyden, Rand Paul, Jim Costa, Anna G. Eshoo, Andy Kim, Thomas R. Suozzi, Anthony Gonzalez, Kay Granger, Kaiali'i Kahele, John Thune, Suzan K. Delbene, Cori Bush, Mary Gay Scanlon, Alan S. Lowenthal, Robert Menendez, David N. Cicilline, Pramila Jayapal, Blake D. Moore, Mark Takano, A. Drew Ferguson, Darin Lahood, Brian Schatz, Todd Young, Alma S. Adams, Tom Reed, Ayanna Pressley, Ilhan Omar, Patrick Leahy, Liz Cheney, Angie Craig, Debbie Dingell, Sean Patrick Maloney, Doris

| | | |
|---|---|---|
| | | O. Matsui, Jon Tester, Elaine G. Luria, Paul Tonko, Dan Crenshaw, Tom McClintock, Fred Upton, Jared F. Golden, Zoe Lofgren, Sylvia R. Garcia, Tim Scott, Brian Higgins, Mike Rounds, Thomas R. Carper, Mark Kelly, Bill Cassidy, Joni Ernst, Elissa Slotkin, Rodney Davis, Dusty Johnson, Frederica S. Wilson, John R. Moolenaar, Eddie Bernice Johnson, Maxine Waters, Bill Hagerty, Ron Kind, Glenn Grothman, Michael K. Simpson, Kevin Cramer, Jerry McNerney, Deb Fischer, Linda T. Sanchez, Joaquin Castro, Joyce Beatty, James A. Himes, John P. Sarbanes, Mike Gallagher, Matt Cartwright, Jerrold Nadler, Henry C Johnson, Jr, John B. Larson, Jack Reed, Norma J. Torres, Gregory W. Meeks, Joe Courtney, Young Kim, Emanuel Cleaver, Mitt Romney, Terri A. Sewell, Kelly Armstrong, Angus S. King, Jr, J. French Hill, Raul M. Grijalva, Marcy Kapture, Brian K. Fitzpatrick, Michelle Steel, Kevin Brady, Dean Phillips, Bernard Sanders, Diana Degette, James Inhofe, Marilyn Strickland, Lloyd Doggett, Catherine Cortez Masto, Robert P. Casey, Jr, Anthony G. Brown, Juan Vargas, Mike Crapo, Bill Foster, Jackie Speier, Marie Newman, Ken Buck, Salud O. Carbajal, C.A. Dutch Ruppersberger, James R. Langevin, Vern Buchanan, Kweisi Mfume, Elizabeth Warren, Marc A. Veasey, Andre Carson, Mazie Hirono, Kirsten E. Gillibrand, Kim Schrier, Tammy Duckworth, Patrick T. McHenry, Nikema Williams, Katherine M. Clark, Joseph D. Morelle, Val Butler Demings, Gus M. Ilirakis, Gary C. Peters, Frank Pallone, Jr, Madeleine Dean, Ami Bera, Suzanne Bonamici, Ann Kirkpatrick, Michael F. Bennet, Brenda L. Lawrence, Martin Heinrich, Chellie Pingree, Greg Stanton, Josh Harder, Christopher Murphy, Edward J. Markey, Daniel T. Kildee, Veronica Escobar, Peter A. Defazio, Richard E. Neal, Sara Jacobs, Lauren Underwood, Jon Ossoff, William R. Keating, Christopher H. Smith, Janice D. Schakowsky, Jahana Hayes, Don Young, Mondaire Jones, David Scott, Hollen Van, Andrew R. Garbarino, Cory A. Booker, Katie Porter, Lisa Blunt Rochester, Marsha Blackburn, Pete Aguilar, Debbie Stabenow, Sandford D. Bishop, Jr, David J. Trone, Sherrod Brown. (Attachments: # 1 Exhibit State Court Complaint & Summons served on US Attorney's Office, # 2 Civil Cover Sheet na) Assigned to Magistrate Judge Cecilia M. Romero (Mangum, John) (Entered: 08/05/2021) |
| 08/05/2021 | 3 | MOTION to Dismiss for Lack of Jurisdiction and Memorandum in Support filed by Defendants Alma S. Adams, Pete Aguilar, Colin Z. Allred, Mark E. Amodei, Kelly Armstrong, Jake Auchincloss, Cynthia Axne, Don Bacon, Troy Balderson, Tammy Baldwin, Andy Barr, John Barrasso, Karen Bass, Joyce Beatty, Michael F. Bennet, Ami Bera, Eddie Bernice Johnson, Donald S. Beyer, Joseph Robinette Biden, Jr, Sandford D. Bishop, Jr, Marsha Blackburn, Earl Blumenauer, Richard Blumenthal, Roy Blunt, Lisa Blunt Rochester, Suzanne Bonamici, Cory A. Booker, John Boozman, Carolyn Bourdeaux, Jamaal Bowman, Brendan F. Boyle, Kevin Brady, Mike Braun, Anthony G. Brown, Sherrod Brown, Julia Brownley, Vern Buchanan, Ken Buck, Larry Bucshon, Richard Burr, Cori Bush, Cheri Bustos, Val Butler Demings, G. K. Butterfield, Maria Cantwell, Shelley Capito, Salud O. Carbajal, Tony Cardenas, Benjamin L. Cardin, Thomas R. Carper, Andre Carson, Matt Cartwright, Ed Case, Robert P. Casey, Jr, Bill Cassidy, Sean Casten, Kathy Castor, Joaquin Castro, Liz Cheney, Judy Chu, David N. Cicilline, Katherine M. Clark, Yvette D. Clarke, Emanuel Cleaver, James E. Clyburn, Steve Cohen, Susan M. Collins, James Comer, Gerald E. Connolly, Christopher A. Coons, Jim Cooper, John Cornyn, J. Luis Correa, Catherine Cortez Masto, Jim Costa, Tom Cotton, Joe Courtney, Angie Craig, Kevin Cramer, Mike Crapo, Dan Crenshaw, Charlie Crist, Jason |

Crow, Henry Cuellar, John R. Curtis, Steve Daines, Sharice Davids, Danny K. Davis, Rodney Davis, Abigail Davis Spanberger, Mark DeSaulnier, Madeleine Dean, Peter A. Defazio, Diana Degette, Rosa L. Delauro, Suzan K. Delbene, Antonio Delgado, Theodore E. Deutch, Nanette Diaz Barragan, Debbie Dingell, Lloyd Doggett, Michael F. Doyle, Tammy Duckworth, Richard J. Durbin, Tom Emmer, Joni Ernst, Veronica Escobar, Anna G. Eshoo, Adriano Espaillat, Dwight Evans, Randy Feenstra, Dianne Feinstein, A. Drew Ferguson, Deb Fischer, Brian K. Fitzpatrick, Jeff Fortenberry, Bill Foster, Lois Frankel, Marcia L. Fudge, Mike Gallagher, Ruben Gallego, John Garamendi, Andrew R. Garbarino, Jesus G. Garcia, Sylvia R. Garcia, Kirsten E. Gillibrand, Jared F. Golden, Jimmy Gomez, Tony Gonzales, Anthony Gonzalez, Vicente Gonzalez, Josh Gottheimer, Lindsey Graham, Kay Granger, Chuck Grassley, Al Green, Raul M. Grijalva, Glenn Grothman, Brett Guthrie, Debra A. Haaland, Bill Hagerty, Josh Harder, Kamala Harris, Maggie Hassan, Alcee L. Hastings, Jahana Hayes, Martin Heinrich, Jaime Herrera Beutler, John Hickenlooper, Brian Higgins, J. French Hill, James A. Himes, Ashley Hinson, Mazie Hirono, John Hoeven, Trey Hollingsworth, Steven Horsford, Chrissy Houlahan, Steny H. Hoyer, Jared Huffman, Bill Huizenga, Gus M. Ilirakis, James Inhofe, Sheila Jackson Lee, Sara Jacobs, Pramila Jayapal, Hakeem S. Jeffries, Dusty Johnson, Henry C Johnson, Jr, Ron Johnson, Mondaire Jones, David P. Joyce, Kaiali'i Kahele, Tim Kaine, Marcy Kapture, John Katko, William R. Keating, Mark Kelly, Ro Khanna, Daniel T. Kildee, Derek Kilmer, Andy Kim, Young Kim, Ron Kind, Angus S. King, Jr, Adam Kinzinger, Ann Kirkpatrick, Amy Klobuchar, Raja Krishnamoorthi, Ann M. Kuster, Darin Lahood, Conor Lamb, James R. Langevin, James Lankford, Rick Larsen, John B. Larson, Robert E. Latta, Jake Laturner, Brenda L. Lawrence, Al Lawson, Jr, Patrick Leahy, Barbara Lee, Mike Lee, Susie Lee, Teresa Leger Fernandez, Lizzie Letcher, Andy Levin, Mike Levin, Ted Lieu, Zoe Lofgren, Alan S. Lowenthal, Ben Lujan, Cynthia M. Lummis, Elaine G. Luria, Stephen F. Lynch, Nancy Mace, Tom Malinowski, Carolyn B. Maloney, Sean Patrick Maloney, Joe Manchin, III, Kathy E. Manning, Edward J. Markey, Thomas Massie, Doris O. Matsui, Lucy McBath, Michael T. McCaul, Tom McClintock, Betty McCollum, Mitch McConnell, A. Adonald McEachin, James P. McGovern, Patrick T. McHenry, David B. McKinley, Cathy McMorris Rodgers, Jerry McNerney, Gregory W. Meeks, Peter Meijer, Robert Menendez, Grace Meng, Jeff Merkley, Kweisi Mfume, Marianette Miller–Meeks, John R. Moolenaar, Blake D. Moore, Gwen Moore, Jerry Moran, Joseph D. Morelle, Seth Moulton, Frank J. Mrvan, Lisa Murkowski, Christopher Murphy, Stephanie N. Murphy, Patty Murray, Jerrold Nadler, Grace F. Napolitano, Richard E. Neal, Joe Neguse, Dan Newhouse, Marie Newman, Donald Norcross, Tom O'Halleran, Alexandria Ocasio–Cortez, Ilhan Omar, Jon Ossoff, Alex Padilla, Frank Pallone, Jr, Jimmy Panetta, Chris Pappas, Bill Pascrell, Jr, Rand Paul, Donald M. Payne, Jr, Nancy Pelosi, Michael Richard Pence, Ed Perlmutter, Gary C. Peters, Scott H. Peters, Dean Phillips, Chellie Pingree, Mark Pocan, Katie Porter, Rob Portman, Ayanna Pressley, David E. Price, Mike Quigley, Jamie Raskin, Jack Reed, Tom Reed, Kathleen M. Rice, James E. Risch, Mitt Romney, Jacky Rosen, Deborah K. Ross, Mike Rounds, Chip Roy, Lucille Roybal–Allard, Marco Rubio, Raul Ruiz, C.A. Dutch Ruppersberger, Bobby L. Rush, Tim Ryan, Linda T. Sanchez, Bernard Sanders, John P. Sarbanes, Ben Sasse, Mary Gay Scanlon, Janice D. Schakowsky, Brian Schatz, Adam B. Schiff, Bradley Scott Schneider, Kurt Schrader, Kim Schrier, Charles E. Schumer, Austin Scott, David Scott, Rick Scott, Robert C. Scott, Tim Scott, Terri A. Sewell, Jeanne Shaheen, Richard C.

| | | |
|---|---|---|
| | | Shelby, Brad Sherman, Mikie Sherrill, Michael K. Simpson, Kyrsten Sinema, Albio Sires, Elissa Slotkin, Adam Smith, Christopher H. Smith, Tina Smith, Darren Soto, Victoria Spartz, Jackie Speier, Debbie Stabenow, Greg Stanton, Pete Stauber, Michelle Steel, Bryan Steil, Haley M. Stevens, Steve Stivers, Marilyn Strickland, Dan Sullivan, Thomas R. Suozzi, Eric Swalwell, Mark Takano, Van Taylor, Jon Tester, Bennie G. Thompson, Mike Thompson, John Thune, Thom Tillis, Dina Titus, Rashida Tlaib, Paul Tonko, Patrick J. Toomey, Norma J. Torres, Ritchie Torres, Lori Trahan, David J. Trone, Michael R. Turner, Lauren Underwood, Fred Upton, Hollen Van, Juan Vargas, Marc A. Veasey, Filemon Vela, Nydia M. Velazquez, Ann Wagner, Michael Waltz, Mark R. Warner, Raphael G. Warnock, Elizabeth Warren, Debbie Wasserman Schultz, Maxine Waters, Bonnie Watson Coleman, Peter Welch, Brad R. Wenstrup, Bruce Westerman, Jennifer Wexton, Sheldon Whitehouse, Roger F. Wicker, Susan Wild, Nikema Williams, Frederica S. Wilson, Steve Womack, Ron Wyden, John A. Yarmuth, Don Young, Todd Young. (Mangum, John) (Entered: 08/05/2021) |
| 08/06/2021 | 4 | NOTICE – This case is assigned to a magistrate judge. To consent or request reassignment, use  the form on this link or use the included form for non–efilers and send it to consents@utd.uscourts.gov within 14 days or mail to the court with *Attention: Consent Clerk* on the envelope. Notice e–mailed or mailed to Defendants Alma S. Adams, Pete Aguilar, Colin Z. Allred, Mark E. Amodei, Kelly Armstrong, Jake Auchincloss, Cynthia Axne, Don Bacon, Troy Balderson, Tammy Baldwin, Andy Barr, John Barrasso, Karen Bass, Joyce Beatty, Michael F. Bennet, Ami Bera, Eddie Bernice Johnson, Donald S. Beyer, Joseph Robinette Biden, Jr, Sandford D. Bishop, Jr, Marsha Blackburn, Earl Blumenauer, Richard Blumenthal, Roy Blunt, Lisa Blunt Rochester, Suzanne Bonamici, Cory A. Booker, John Boozman, Carolyn Bourdeaux, Jamaal Bowman, Brendan F. Boyle, Kevin Brady, Mike Braun, Anthony G. Brown, Sherrod Brown, Julia Brownley, Vern Buchanan, Ken Buck, Larry Bucshon, Richard Burr, Cori Bush, Cheri Bustos, Val Butler Demings, G. K. Butterfield, Maria Cantwell, Shelley Capito, Salud O. Carbajal, Tony Cardenas, Benjamin L. Cardin, Thomas R. Carper, Andre Carson, Matt Cartwright, Ed Case, Robert P. Casey, Jr, Bill Cassidy, Sean Casten, Kathy Castor, Joaquin Castro, Liz Cheney, Judy Chu, David N. Cicilline, Katherine M. Clark, Yvette D. Clarke, Emanuel Cleaver, James E. Clyburn, Steve Cohen, Susan M. Collins, James Comer, Gerald E. Connolly, Christopher A. Coons, Jim Cooper, John Cornyn, J. Luis Correa, Catherine Cortez Masto, Jim Costa, Tom Cotton, Joe Courtney, Angie Craig, Kevin Cramer, Mike Crapo, Dan Crenshaw, Charlie Crist, Jason Crow, Henry Cuellar, John R. Curtis, Steve Daines, Sharice Davids, Danny K. Davis, Rodney Davis, Abigail Davis Spanberger, Mark DeSaulnier, Madeleine Dean, Peter A. Defazio, Diana Degette, Rosa L. Delauro, Suzan K. Delbene, Antonio Delgado, Theodore E. Deutch, Nanette Diaz Barragan, Debbie Dingell, Lloyd Doggett, Michael F. Doyle, Tammy Duckworth, Richard J. Durbin, Tom Emmer, Joni Ernst, Veronica Escobar, Anna G. Eshoo, Adriano Espaillat, Dwight Evans, Randy Feenstra, Dianne Feinstein, A. Drew Ferguson, Deb Fischer, Brian K. Fitzpatrick, Jeff Fortenberry, Bill Foster, Lois Frankel, Marcia L. Fudge, Mike Gallagher, Ruben Gallego, John Garamendi, Andrew R. Garbarino, Jesus G. Garcia, Sylvia R. Garcia, Kirsten E. Gillibrand, Jared F. Golden, Jimmy Gomez, Tony Gonzales, Anthony Gonzalez, Vicente Gonzalez, Josh |

Gottheimer, Lindsey Graham, Kay Granger, Chuck Grassley, Al Green, Raul M. Grijalva, Glenn Grothman, Brett Guthrie, Debra A. Haaland, Bill Hagerty, Josh Harder, Kamala Harris, Maggie Hassan, Alcee L. Hastings, Jahana Hayes, Martin Heinrich, Jaime Herrera Beutler, John Hickenlooper, Brian Higgins, J. French Hill, James A. Himes, Ashley Hinson, Mazie Hirono, John Hoeven, Trey Hollingsworth, Steven Horsford, Chrissy Houlahan, Steny H. Hoyer, Jared Huffman, Bill Huizenga, Gus M. Ilirakis, James Inhofe, Sheila Jackson Lee, Sara Jacobs, Pramila Jayapal, Hakeem S. Jeffries, Dusty Johnson, Henry C Johnson, Jr, Ron Johnson, Mondaire Jones, David P. Joyce, Kaiali'i Kahele, Tim Kaine, Marcy Kapture, John Katko, William R. Keating, Mark Kelly, Ro Khanna, Daniel T. Kildee, Derek Kilmer, Andy Kim, Young Kim, Ron Kind, Angus S. King, Jr, Adam Kinzinger, Ann Kirkpatrick, Amy Klobuchar, Raja Krishnamoorthi, Ann M. Kuster, Darin Lahood, Conor Lamb, James R. Langevin, James Lankford, Rick Larsen, John B. Larson, Robert E. Latta, Jake Laturner, Brenda L. Lawrence, Al Lawson, Jr, Patrick Leahy, Barbara Lee, Mike Lee, Susie Lee, Teresa Leger Fernandez, Lizzie Letcher, Andy Levin, Mike Levin, Ted Lieu, Zoe Lofgren, Alan S. Lowenthal, Ben Lujan, Cynthia M. Lummis, Elaine G. Luria, Stephen F. Lynch, Nancy Mace, Tom Malinowski, Carolyn B. Maloney, Sean Patrick Maloney, Joe Manchin, III, Kathy E. Manning, Edward J. Markey, Thomas Massie, Doris O. Matsui, Lucy McBath, Michael T. McCaul, Tom McClintock, Betty McCollum, Mitch McConnell, A. Adonald McEachin, James P. McGovern, Patrick T. McHenry, David B. McKinley, Cathy McMorris Rodgers, Jerry McNerney, Gregory W. Meeks, Peter Meijer, Robert Menendez, Grace Meng, Jeff Merkley, Kweisi Mfume, Marianette Miller–Meeks, John R. Moolenaar, Blake D. Moore, Gwen Moore, Jerry Moran, Joseph D. Morelle, Seth Moulton, Frank J. Mrvan, Lisa Murkowski, Christopher Murphy, Stephanie N. Murphy, Patty Murray, Jerrold Nadler, Grace F. Napolitano, Richard E. Neal, Joe Neguse, Dan Newhouse, Marie Newman, Donald Norcross, Tom O'Halleran, Alexandria Ocasio–Cortez, Ilhan Omar, Jon Ossoff, Alex Padilla, Frank Pallone, Jr, Jimmy Panetta, Chris Pappas, Bill Pascrell, Jr, Rand Paul, Donald M. Payne, Jr, Nancy Pelosi, Michael Richard Pence, Ed Perlmutter, Gary C. Peters, Scott H. Peters, Dean Phillips, Chellie Pingree, Mark Pocan, Katie Porter, Rob Portman, Ayanna Pressley, David E. Price, Mike Quigley, Jamie Raskin, Jack Reed, Tom Reed, Kathleen M. Rice, James E. Risch, Mitt Romney, Jacky Rosen, Deborah K. Ross, Mike Rounds, Chip Roy, Lucille Roybal–Allard, Marco Rubio, Raul Ruiz, C.A. Dutch Ruppersberger, Bobby L. Rush, Tim Ryan, Linda T. Sanchez, Bernard Sanders, John P. Sarbanes, Ben Sasse, Mary Gay Scanlon, Janice D. Schakowsky, Brian Schatz, Adam B. Schiff, Bradley Scott Schneider, Kurt Schrader, Kim Schrier, Charles E. Schumer, Austin Scott, David Scott, Rick Scott, Robert C. Scott, Tim Scott, Terri A. Sewell, Jeanne Shaheen, Richard C. Shelby, Brad Sherman, Mikie Sherrill, Michael K. Simpson, Kyrsten Sinema, Albio Sires, Elissa Slotkin, Adam Smith, Christopher H. Smith, Tina Smith, Darren Soto, Victoria Spartz, Jackie Speier, Debbie Stabenow, Greg Stanton, Pete Stauber, Michelle Steel, Bryan Steil, Haley M. Stevens, Steve Stivers, Marilyn Strickland, Dan Sullivan, Thomas R. Suozzi, Eric Swalwell, Mark Takano, Van Taylor, Jon Tester, Bennie G. Thompson, Mike Thompson, John Thune, Thom Tillis, Dina Titus, Rashida Tlaib, Paul Tonko, Patrick J. Toomey, Norma J. Torres, Ritchie Torres, Lori Trahan, David J. Trone, Michael R. Turner, Lauren Underwood, Fred Upton, Hollen Van, Juan Vargas, Marc A. Veasey, Filemon Vela, Nydia M. Velazquez, Ann Wagner, Michael Waltz, Mark R. Warner, Raphael G. Warnock, Elizabeth Warren, Debbie Wasserman

| | | | |
|---|---|---|---|
| | | | Schultz, Maxine Waters, Bonnie Watson Coleman, Peter Welch, Brad R. Wenstrup, Bruce Westerman, Jennifer Wexton, Sheldon Whitehouse, Roger F. Wicker, Susan Wild, Nikema Williams, Frederica S. Wilson, Steve Womack, Ron Wyden, John A. Yarmuth, Don Young, Todd Young, Plaintiff Raland J. Brunson. Form due by 8/22/2021. (alf) (Entered: 08/06/2021) |
| 08/09/2021 | 5 | | MOTION to Remand to State Court State Court – 2nd District Davis County filed by Plaintiff Raland J. Brunson. (alf) (Entered: 08/09/2021) |
| 08/09/2021 | 6 | | File downloaded from 2nd Distict Court, Davis County consisting of All State Court Documents with the exception of multiple Summons(es). Will be downloaded only at request of chambers. (Attachments: # 1 Complaint, # 2 Proposed Order Service Process, # 3 Emergency Ex Parte, # 4 Proposed Order Service Process, # 5 Return of Service Biden, # 6 Return of Service Pelosi, # 7 Return of Service Harris, # 8 Notice of Removal, # 9 Copy of Notice of Removal, # 10 Emergency Ex Parte to Stop Removal, # 11 Propose Order to stop Removal, # 12 Order not signed stop removal) (alf) (Entered: 08/09/2021) |
| 08/11/2021 | 7 | | DOCKET TEXT ORDER FOR CASE TO BE REASSIGNED. Based upon the procedural posture of this case, the pending 5 Motion to Remand and the need to decide this motion in a judicious and timely manner, the undersigned orders that this case be reassigned to a district judge through random reassignment. No attached document. Signed by Magistrate Judge Cecilia M. Romero on 08/11/2021. (jfm) (Entered: 08/11/2021) |
| 08/11/2021 | 8 | | Case Reassigned to District Judge per Docket Text Order 7 . Case randomly assigned to Judge David Barlow. Magistrate Judge Cecilia M. Romero no longer assigned to the case. (alf) (Entered: 08/11/2021) |
| 08/11/2021 | 9 | | ORDER OF RECUSAL Judge David Barlow recused. Case reassigned to Judge Bruce S. Jenkins for all further proceedings. Signed by Judge David Barlow on 08/11/2021. (jl) (Entered: 08/11/2021) |
| 08/19/2021 | 10 | | MOTION for an order on Agreement for extension of time filed by Plaintiff Raland J. Brunson. (No order attached) (kpf) (Entered: 08/19/2021) |
| 08/23/2021 | 11 | | MEMORANDUM in Opposition re 5 MOTION to Remand to State Court State Court – 2nd District Davis County filed by Defendants Alma S. Adams, Pete Aguilar, Colin Z. Allred, Mark E. Amodei, Kelly Armstrong, Jake Auchincloss, Cynthia Axne, Don Bacon, Troy Balderson, Tammy Baldwin, Andy Barr, John Barrasso, Karen Bass, Joyce Beatty, Michael F. Bennet, Ami Bera, Eddie Bernice Johnson, Donald S. Beyer, Joseph Robinette Biden, Jr, Sandford D. Bishop, Jr, Marsha Blackburn, Earl Blumenauer, Richard Blumenthal, Roy Blunt, Lisa Blunt Rochester, Suzanne Bonamici, Cory A. Booker, John Boozman, Carolyn Bourdeaux, Jamaal Bowman, Brendan F. Boyle, Kevin Brady, Mike Braun, Anthony G. Brown, Sherrod Brown, Julia Brownley, Vern Buchanan, Ken Buck, Larry Bucshon, Richard Burr, Cori Bush, Cheri Bustos, Val Butler Demings, G. K. Butterfield, Maria Cantwell, Shelley Capito, Salud O. Carbajal, Tony Cardenas, Benjamin L. Cardin, Thomas R. Carper, Andre Carson, Matt Cartwright, Ed Case, Robert P. Casey, Jr, Bill Cassidy, Sean Casten, Kathy Castor, Joaquin Castro, Liz Cheney, Judy Chu, David N. Cicilline, Katherine M. Clark, Yvette D. Clarke, Emanuel Cleaver, James E. Clyburn, Steve Cohen, Susan M. Collins, James Comer, Gerald E. Connolly, Christopher A. Coons, Jim Cooper, John Cornyn, J. Luis Correa, Catherine |

Cortez Masto, Jim Costa, Tom Cotton, Joe Courtney, Angie Craig, Kevin Cramer, Mike Crapo, Dan Crenshaw, Charlie Crist, Jason Crow, Henry Cuellar, John R. Curtis, Steve Daines, Sharice Davids, Danny K. Davis, Rodney Davis, Abigail Davis Spanberger, Mark DeSaulnier, Madeleine Dean, Peter A. Defazio, Diana Degette, Rosa L. Delauro, Suzan K. Delbene, Antonio Delgado, Theodore E. Deutch, Nanette Diaz Barragan, Debbie Dingell, Lloyd Doggett, Michael F. Doyle, Tammy Duckworth, Richard J. Durbin, Tom Emmer, Joni Ernst, Veronica Escobar, Anna G. Eshoo, Adriano Espaillat, Dwight Evans, Randy Feenstra, Dianne Feinstein, A. Drew Ferguson, Deb Fischer, Brian K. Fitzpatrick, Jeff Fortenberry, Bill Foster, Lois Frankel, Marcia L. Fudge, Mike Gallagher, Ruben Gallego, John Garamendi, Andrew R. Garbarino, Jesus G. Garcia, Sylvia R. Garcia, Kirsten E. Gillibrand, Jared F. Golden, Jimmy Gomez, Tony Gonzales, Anthony Gonzalez, Vicente Gonzalez, Josh Gottheimer, Lindsey Graham, Kay Granger, Chuck Grassley, Al Green, Raul M. Grijalva, Glenn Grothman, Brett Guthrie, Debra A. Haaland, Bill Hagerty, Josh Harder, Kamala Harris, Maggie Hassan, Alcee L. Hastings, Jahana Hayes, Martin Heinrich, Jaime Herrera Beutler, John Hickenlooper, Brian Higgins, J. French Hill, James A. Himes, Ashley Hinson, Mazie Hirono, John Hoeven, Trey Hollingsworth, Steven Horsford, Chrissy Houlahan, Steny H. Hoyer, Jared Huffman, Bill Huizenga, Gus M. Ilirakis, James Inhofe, Sheila Jackson Lee, Sara Jacobs, Pramila Jayapal, Hakeem S. Jeffries, Dusty Johnson, Henry C Johnson, Jr, Ron Johnson, Mondaire Jones, David P. Joyce, Kaiali'i Kahele, Tim Kaine, Marcy Kapture, John Katko, William R. Keating, Mark Kelly, Ro Khanna, Daniel T. Kildee, Derek Kilmer, Andy Kim, Young Kim, Ron Kind, Angus S. King, Jr, Adam Kinzinger, Ann Kirkpatrick, Amy Klobuchar, Raja Krishnamoorthi, Ann M. Kuster, Darin Lahood, Conor Lamb, James R. Langevin, James Lankford, Rick Larsen, John B. Larson, Robert E. Latta, Jake Laturner, Brenda L. Lawrence, Al Lawson, Jr, Patrick Leahy, Barbara Lee, Mike Lee, Susie Lee, Teresa Leger Fernandez, Lizzie Letcher, Andy Levin, Mike Levin, Ted Lieu, Zoe Lofgren, Alan S. Lowenthal, Ben Lujan, Cynthia M. Lummis, Elaine G. Luria, Stephen F. Lynch, Nancy Mace, Tom Malinowski, Carolyn B. Maloney, Sean Patrick Maloney, Joe Manchin, III, Kathy E. Manning, Edward J. Markey, Thomas Massie, Doris O. Matsui, Lucy McBath, Michael T. McCaul, Tom McClintock, Betty McCollum, Mitch McConnell, A. Adonald McEachin, James P. McGovern, Patrick T. McHenry, David B. McKinley, Cathy McMorris Rodgers, Jerry McNerney, Gregory W. Meeks, Peter Meijer, Robert Menendez, Grace Meng, Jeff Merkley, Kweisi Mfume, Marianette Miller–Meeks, John R. Moolenaar, Blake D. Moore, Gwen Moore, Jerry Moran, Joseph D. Morelle, Seth Moulton, Frank J. Mrvan, Lisa Murkowski, Christopher Murphy, Stephanie N. Murphy, Patty Murray, Jerrold Nadler, Grace F. Napolitano, Richard E. Neal, Joe Neguse, Dan Newhouse, Marie Newman, Donald Norcross, Tom O'Halleran, Alexandria Ocasio–Cortez, Ilhan Omar, Jon Ossoff, Alex Padilla, Frank Pallone, Jr, Jimmy Panetta, Chris Pappas, Bill Pascrell, Jr, Rand Paul, Donald M. Payne, Jr, Nancy Pelosi, Michael Richard Pence, Ed Perlmutter, Gary C. Peters, Scott H. Peters, Dean Phillips, Chellie Pingree, Mark Pocan, Katie Porter, Rob Portman, Ayanna Pressley, David E. Price, Mike Quigley, Jamie Raskin, Jack Reed, Tom Reed, Kathleen M. Rice, James E. Risch, Mitt Romney, Jacky Rosen, Deborah K. Ross, Mike Rounds, Chip Roy, Lucille Roybal–Allard, Marco Rubio, Raul Ruiz, C.A. Dutch Ruppersberger, Bobby L. Rush, Tim Ryan, Linda T. Sanchez, Bernard Sanders, John P. Sarbanes, Ben Sasse, Mary Gay Scanlon, Janice D. Schakowsky, Brian Schatz, Adam B. Schiff, Bradley Scott Schneider, Kurt

| | | |
|---|---|---|
| | | Schrader, Kim Schrier, Charles E. Schumer, Austin Scott, David Scott, Rick Scott, Robert C. Scott, Tim Scott, Terri A. Sewell, Jeanne Shaheen, Richard C. Shelby, Brad Sherman, Mikie Sherrill, Michael K. Simpson, Kyrsten Sinema, Albio Sires, Elissa Slotkin, Adam Smith, Christopher H. Smith, Tina Smith, Darren Soto, Victoria Spartz, Jackie Speier, Debbie Stabenow, Greg Stanton, Pete Stauber, Michelle Steel, Bryan Steil, Haley M. Stevens, Steve Stivers, Marilyn Strickland, Dan Sullivan, Thomas R. Suozzi, Eric Swalwell, Mark Takano, Van Taylor, Jon Tester, Bennie G. Thompson, Mike Thompson, John Thune, Thom Tillis, Dina Titus, Rashida Tlaib, Paul Tonko, Patrick J. Toomey, Norma J. Torres, Ritchie Torres, Lori Trahan, David J. Trone, Michael R. Turner, Lauren Underwood, Fred Upton, Hollen Van, Juan Vargas, Marc A. Veasey, Filemon Vela, Nydia M. Velazquez, Ann Wagner, Michael Waltz, Mark R. Warner, Raphael G. Warnock, Elizabeth Warren, Debbie Wasserman Schultz, Maxine Waters, Bonnie Watson Coleman, Peter Welch, Brad R. Wenstrup, Bruce Westerman, Jennifer Wexton, Sheldon Whitehouse, Roger F. Wicker, Susan Wild, Nikema Williams, Frederica S. Wilson, Steve Womack, Ron Wyden, John A. Yarmuth, Don Young, Todd Young. (Mangum, John) (Entered: 08/23/2021) |
| 08/30/2021 | 12 | REPLY to Response to Motion re 5 MOTION to Remand to State Court State Court – 2nd District Davis County filed by Plaintiff Raland J. Brunson. (kpf) (Entered: 08/30/2021) |
| 08/30/2021 | 13 | REQUEST to Submit for Decision re 5 MOTION to Remand to State Court State Court – 2nd District Davis County filed by Plaintiff Raland J. Brunson. (kpf) (Entered: 08/30/2021) |
| 08/31/2021 | 14 | ORDER OF RECUSAL Judge Bruce S. Jenkins recused. Case reassigned to Judge Jill N. Parrish for all further proceedings Signed by Judge Bruce S. Jenkins on 08/31/2021. (kpf) (Entered: 08/31/2021) |
| 08/31/2021 | 15 | NOTICE of Email Filing and Notification Form by Raland J. Brunson. (alf) (Entered: 08/31/2021) |
| 09/02/2021 | 16 | ORDER REFERRING CASE to Magistrate Judge Jared C. Bennett under 28:636 (b)(1)(B), Magistrate to handle case up to and including R&R on all dispositive matters. No attached document. Motions referred to Jared C. Bennett. Signed by Judge Jill N. Parrish on 9/2/21. (ss) (Entered: 09/02/2021) |
| 09/07/2021 | 17 | ORDER granting 10 Motion for extension of time to respond to Motion to Dismiss. The time for Plaintiff to file a response to Defendant's Motion to Dismiss no. 3 is hereby stayed until the court enters an order ruling on Plaintiff's Motion to Remand 5 . At that time, the stay will automatically be lifted, and Plaintiff shall have 28 days to file a memorandum opposing Defendants' Motion to Dismiss. Signed by Magistrate Judge Jared C. Bennett on 09/07/2021. (kpf) (Entered: 09/07/2021) |
| 10/19/2021 | 18 | REPORT AND RECOMMENDATIONS that 5 MOTION to Remand to State Court State Court – 2nd District Davis County filed by Raland J. Brunson be denied. The parties must file any objection to this Report and Recommendation within 14 days after being served with a copy of it. Signed by Magistrate Judge Jared C. Bennett on 10/19/21. (alf) (Entered: 10/19/2021) |
| 11/18/2021 | 19 | ORDER ADOPTING REPORT AND RECOMMENDATIONS denying 5 Motion to Remand to State Court; adopting Report and Recommendations re 18 |

| | | | |
|---|---|---|---|
| | | | Report and Recommendations. Signed by Judge Jill N. Parrish on 11/18/2021. (reb) (Entered: 11/18/2021) |
| 12/13/2021 | 20 | | MEMORANDUM in Opposition re 3 MOTION to Dismiss for Lack of Jurisdiction and Memorandum in Support filed by Plaintiff Raland J. Brunson. (alf) (Entered: 12/13/2021) |
| 12/23/2021 | 21 | | Defendant's REPLY to Response to Motion re 3 MOTION to Dismiss for Lack of Jurisdiction and Memorandum in Support filed by Defendants Alma S. Adams, Pete Aguilar, Colin Z. Allred, Mark E. Amodei, Kelly Armstrong, Jake Auchincloss, Cynthia Axne, Don Bacon, Troy Balderson, Tammy Baldwin, Andy Barr, John Barrasso, Karen Bass, Joyce Beatty, Michael F. Bennet, Ami Bera, Eddie Bernice Johnson, Donald S. Beyer, Joseph Robinette Biden, Jr, Sandford D. Bishop, Jr, Marsha Blackburn, Earl Blumenauer, Richard Blumenthal, Roy Blunt, Lisa Blunt Rochester, Suzanne Bonamici, Cory A. Booker, John Boozman, Carolyn Bourdeaux, Jamaal Bowman, Brendan F. Boyle, Kevin Brady, Mike Braun, Anthony G. Brown, Sherrod Brown, Julia Brownley, Vern Buchanan, Ken Buck, Larry Bucshon, Richard Burr, Cori Bush, Cheri Bustos, Val Butler Demings, G. K. Butterfield, Maria Cantwell, Shelley Capito, Salud O. Carbajal, Tony Cardenas, Benjamin L. Cardin, Thomas R. Carper, Andre Carson, Matt Cartwright, Ed Case, Robert P. Casey, Jr, Bill Cassidy, Sean Casten, Kathy Castor, Joaquin Castro, Liz Cheney, Judy Chu, David N. Cicilline, Katherine M. Clark, Yvette D. Clarke, Emanuel Cleaver, James E. Clyburn, Steve Cohen, Susan M. Collins, James Comer, Gerald E. Connolly, Christopher A. Coons, Jim Cooper, John Cornyn, J. Luis Correa, Catherine Cortez Masto, Jim Costa, Tom Cotton, Joe Courtney, Angie Craig, Kevin Cramer, Mike Crapo, Dan Crenshaw, Charlie Crist, Jason Crow, Henry Cuellar, John R. Curtis, Steve Daines, Sharice Davids, Danny K. Davis, Rodney Davis, Abigail Davis Spanberger, Mark DeSaulnier, Madeleine Dean, Peter A. Defazio, Diana Degette, Rosa L. Delauro, Suzan K. Delbene, Antonio Delgado, Theodore E. Deutch, Nanette Diaz Barragan, Debbie Dingell, Lloyd Doggett, Michael F. Doyle, Tammy Duckworth, Richard J. Durbin, Tom Emmer, Joni Ernst, Veronica Escobar, Anna G. Eshoo, Adriano Espaillat, Dwight Evans, Randy Feenstra, Dianne Feinstein, A. Drew Ferguson, Deb Fischer, Brian K. Fitzpatrick, Jeff Fortenberry, Bill Foster, Lois Frankel, Marcia L. Fudge, Mike Gallagher, Ruben Gallego, John Garamendi, Andrew R. Garbarino, Jesus G. Garcia, Sylvia R. Garcia, Kirsten E. Gillibrand, Jared F. Golden, Jimmy Gomez, Tony Gonzales, Anthony Gonzalez, Vicente Gonzalez, Josh Gottheimer, Lindsey Graham, Kay Granger, Chuck Grassley, Al Green, Raul M. Grijalva, Glenn Grothman, Brett Guthrie, Debra A. Haaland, Bill Hagerty, Josh Harder, Kamala Harris, Maggie Hassan, Alcee L. Hastings, Jahana Hayes, Martin Heinrich, Jaime Herrera Beutler, John Hickenlooper, Brian Higgins, J. French Hill, James A. Himes, Ashley Hinson, Mazie Hirono, John Hoeven, Trey Hollingsworth, Steven Horsford, Chrissy Houlahan, Steny H. Hoyer, Jared Huffman, Bill Huizenga, Gus M. Ilirakis, James Inhofe, Sheila Jackson Lee, Sara Jacobs, Pramila Jayapal, Hakeem S. Jeffries, Dusty Johnson, Henry C Johnson, Jr, Ron Johnson, Mondaire Jones, David P. Joyce, Kaiali'i Kahele, Tim Kaine, Marcy Kapture, John Katko, William R. Keating, Mark Kelly, Ro Khanna, Daniel T. Kildee, Derek Kilmer, Andy Kim, Young Kim, Ron Kind, Angus S. King, Jr, Adam Kinzinger, Ann Kirkpatrick, Amy Klobuchar, Raja Krishnamoorthi, Ann M. Kuster, Darin Lahood, Conor Lamb, James R. Langevin, James Lankford, Rick Larsen, John B. Larson, Robert E. |

| | | |
|---|---|---|
| | | Latta, Jake Laturner, Brenda L. Lawrence, Al Lawson, Jr, Patrick Leahy, Barbara Lee, Mike Lee, Susie Lee, Teresa Leger Fernandez, Lizzie Letcher, Andy Levin, Mike Levin, Ted Lieu, Zoe Lofgren, Alan S. Lowenthal, Ben Lujan, Cynthia M. Lummis, Elaine G. Luria, Stephen F. Lynch, Nancy Mace, Tom Malinowski, Carolyn B. Maloney, Sean Patrick Maloney, Joe Manchin, III, Kathy E. Manning, Edward J. Markey, Thomas Massie, Doris O. Matsui, Lucy McBath, Michael T. McCaul, Tom McClintock, Betty McCollum, Mitch McConnell, A. Adonald McEachin, James P. McGovern, Patrick T. McHenry, David B. McKinley, Cathy McMorris Rodgers, Jerry McNerney, Gregory W. Meeks, Peter Meijer, Robert Menendez, Grace Meng, Jeff Merkley, Kweisi Mfume, Marianette Miller–Meeks, John R. Moolenaar, Blake D. Moore, Gwen Moore, Jerry Moran, Joseph D. Morelle, Seth Moulton, Frank J. Mrvan, Lisa Murkowski, Christopher Murphy, Stephanie N. Murphy, Patty Murray, Jerrold Nadler, Grace F. Napolitano, Richard E. Neal, Joe Neguse, Dan Newhouse, Marie Newman, Donald Norcross, Tom O'Halleran, Alexandria Ocasio–Cortez, Ilhan Omar, Jon Ossoff, Alex Padilla, Frank Pallone, Jr, Jimmy Panetta, Chris Pappas, Bill Pascrell, Jr, Rand Paul, Donald M. Payne, Jr, Nancy Pelosi, Michael Richard Pence, Ed Perlmutter, Gary C. Peters, Scott H. Peters, Dean Phillips, Chellie Pingree, Mark Pocan, Katie Porter, Rob Portman, Ayanna Pressley, David E. Price, Mike Quigley, Jamie Raskin, Jack Reed, Tom Reed, Kathleen M. Rice, James E. Risch, Mitt Romney, Jacky Rosen, Deborah K. Ross, Mike Rounds, Chip Roy, Lucille Roybal–Allard, Marco Rubio, Raul Ruiz, C.A. Dutch Ruppersberger, Bobby L. Rush, Tim Ryan, Linda T. Sanchez, Bernard Sanders, John P. Sarbanes, Ben Sasse, Mary Gay Scanlon, Janice D. Schakowsky, Brian Schatz, Adam B. Schiff, Bradley Scott Schneider, Kurt Schrader, Kim Schrier, Charles E. Schumer, Austin Scott, David Scott, Rick Scott, Robert C. Scott, Tim Scott, Terri A. Sewell, Jeanne Shaheen, Richard C. Shelby, Brad Sherman, Mikie Sherrill, Michael K. Simpson, Kyrsten Sinema, Albio Sires, Elissa Slotkin, Adam Smith, Christopher H. Smith, Tina Smith, Darren Soto, Victoria Spartz, Jackie Speier, Debbie Stabenow, Greg Stanton, Pete Stauber, Michelle Steel, Bryan Steil, Haley M. Stevens, Steve Stivers, Marilyn Strickland, Dan Sullivan, Thomas R. Suozzi, Eric Swalwell, Mark Takano, Van Taylor, Jon Tester, Bennie G. Thompson, Mike Thompson, John Thune, Thom Tillis, Dina Titus, Rashida Tlaib, Paul Tonko, Patrick J. Toomey, Norma J. Torres, Ritchie Torres, Lori Trahan, David J. Trone, Michael R. Turner, Lauren Underwood, Fred Upton, Hollen Van, Juan Vargas, Marc A. Veasey, Filemon Vela, Nydia M. Velazquez, Ann Wagner, Michael Waltz, Mark R. Warner, Raphael G. Warnock, Elizabeth Warren, Debbie Wasserman Schultz, Maxine Waters, Bonnie Watson Coleman, Peter Welch, Brad R. Wenstrup, Bruce Westerman, Jennifer Wexton, Sheldon Whitehouse, Roger F. Wicker, Susan Wild, Nikema Williams, Frederica S. Wilson, Steve Womack, Ron Wyden, John A. Yarmuth, Don Young, Todd Young. (Mangum, John) (Entered: 12/23/2021) |
| 12/31/2021 | 22 | REQUEST to Submit for Decision re 3 MOTION to Dismiss for Lack of Jurisdiction and Memorandum in Support filed by Plaintiff Raland J. Brunson. (alf) (Entered: 01/03/2022) |
| 01/06/2022 | 23 | REPORT AND RECOMMENDATIONS re 3 MOTION to Dismiss. The court lacks subject matter jurisdiction over the causes of action set forth in Mr. Brunson's Complaint. Therefore, the court recommends that the action be dismissed, in its entirety, without prejudice under Fed. R. Civ. P. 12(b)(1). |

| | | | |
|---|---|---|---|
| | | | Signed by Magistrate Judge Jared C. Bennett on 01/06/2022. (jl) (Entered: 01/06/2022) |
| 01/18/2022 | 24 | | OBJECTION to 23 Report and Recommendations filed by Raland J. Brunson. (Attachments: # 1 Exhibit 1 Part 1, # 2 Exhibit 1 Part 2, # 3 Exhibit 1 Part 3)(alf) (Entered: 01/18/2022) |
| 02/02/2022 | 25 | | ORDER ADOPTING REPORT AND RECOMMENDATIONS granting 3 Motion to Dismiss for Lack of Jurisdiction ; adopting in full 23 Report and Recommendations. Because the court lacks subject matter jurisdiction over this action, dismissal is without prejudice. Signed by Judge Jill N. Parrish on 2/2/22. (alf) (Entered: 02/02/2022) |
| 02/02/2022 | 26 | | JUDGMENT – IT IS ORDERED AND ADJUDGED that plaintiff Raland Brunsons action is dismissed without prejudice. Case Closed. Magistrate Judge Jared C. Bennett no longer assigned to case. Signed by Judge Jill N. Parrish on 2/2/22. (alf) (Entered: 02/02/2022) |
| 02/10/2022 | 27 | | NOTICE OF APPEAL as to 26 Judgment, 25 Order Adopting Report and Recommendations filed by Raland J. Brunson. Appeals to the USCA for the 10th Circuit. Fee Status: Paid. Filing fee $ 505, receipt number 4681097566. (alf) (Entered: 02/10/2022) |

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RALAND J. BRUNSON,** | **REPORT AND RECOMMENDATION** |
| **Plaintiff,** | |
| **v.** | **Case No. 1:21-cv-00111-JNP-JCB** |
| **ALMA S. ADAMS, et al.,** | **District Judge Jill N. Parrish** |
| **Defendants.** | **Magistrate Judge Jared C. Bennett** |

District Judge Jill N. Parrish referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1]  Before the court is Defendants'[2] motion to dismiss this action for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1), or, in the alternative, to dismiss the complaint for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6).[3]  For the reasons set forth below, the court respectfully recommends that this action be dismissed for lack of subject matter jurisdiction.

---

[1] ECF No. 16.

[2] Defendants consist of 388 current or former federal officers which include: 291 members of the United States House of Representatives, 94 Senators, President Biden, Vice President Harris, and former Vice President Pence. ECF No. 2-1 at 1-3.

[3] ECF No. 3.

1

## BACKGROUND

Raland J. Brunson ("Mr. Brunson"), appearing pro se, commenced this action on June 21, 2021, in the Second District Court of the State of Utah against Defendants in their official capacities. Mr. Brunson seeks redress for the violation of his "constitutional[ly] protected right to participate in an honest and fair election."[4] His claims are based on, inter alia, the United States Constitution and Defendants' sworn oaths of office to "support and defend the Constitution of the United States against all enemies, foreign and domestic."[5] More specifically, Mr. Brunson alleges that Defendants violated their oaths of office and the Constitution by neither ensuring a fair election nor investigating claims that the Presidential election was "rigged" and "fraudulent" prior to accepting the electoral votes on January 6, 2021.[6] According to Mr. Brunson, "the plenary power of [the Ninth Amendment] of the U.S. Constitution nullifies any interpretation of [the Twelfth Amendment] that would allow Congress to accept and count fraudulent votes."[7] Mr. Brunson asserts that Defendants' conduct constituted "an attack against the U.S. Constitution" that resulted in the fraudulent inauguration of President Biden and Vice President Harris.[8]

Mr. Brunson's Complaint sets forth six causes of action that apply to all Defendants:

---

[4] ECF No. 2-1 ¶¶ 55, 57, 66.

[5] *Id.* ¶ 10. *See generally id.* ¶¶ 9-23.

[6] *Id.* ¶¶ 9-19, 31-34, 38-58, 62 & 66.

[7] *Id.* ¶¶ 29-31.

[8] *Id.* ¶¶ 31, 32, 55.

2

(1) Promissory estoppel – based on Defendants' failure to fulfill their respective oaths of office to ensure an honest and fair election; (2) Promissory estoppel – for giving "aid and comfort" to those whose sought to wrongfully invalidate Mr. Brunson's vote and his right to a fair election; (3) Breach of Duty – for failing to protect Mr. Brunson's right to vote in an honest and fair election; (4) Intentional infliction of emotional distress – because as a consequence of Defendants' wrongful conduct, Mr. Brunson now fears Defendants are "on a course" to destroy his liberties and violate other significant rights; (5) Fraud – based on Defendants' misrepresentations that they would protect his vote and voting rights; and (6) Civil conspiracy – because Defendants worked together to "skirt any kind of investigation into whether or not the election was indeed rigged."[9]

According to Mr. Brunson, Defendants' conduct has damaged him to the extent of $484 million for each of the six causes of action, for a total of $2.905 billion, which he requests be provided tax free.[10] Additionally, Mr. Brunson requests: (1) the immediate removal of all Defendants from office; (2) that they never be able to collect any further pay from the United States for their official service in Congress or as President or Vice President; (3) that they never be able to again practice law or again serve as an elected office-holder in this country; (4) that

---

[9] *Id.* at 15-23.

[10] *Id.* at 23-28.

3

they each be investigated for treason; and (5) that former president Trump be immediately inaugurated as President.[11]

Defendants filed a motion to dismiss the Complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.[12] Defendants argue, alternatively, that this court lacks subject matter jurisdiction over Mr. Brunson's claims because the United States has not waived its sovereign immunity, and that Mr. Brunson has failed to state a claim on which relief can be granted because his claims fail to satisfy the plausibility requirement of Fed. R. Civ. P. 8. After careful consideration of the written briefs, relevant facts and law, the court concludes that this action should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction. Because this court lacks jurisdiction, it does not discuss whether Mr. Brunson's claims should be dismissed under Fed. R. Civ. P. 12(b)(6).

## DISCUSSION

"Because the jurisdiction of the federal courts is limited, there is a presumption against our jurisdiction, and the party invoking federal jurisdiction bears the burden of proof."[13] To establish jurisdiction, the asserting party "must 'allege in [its] pleading the facts essential to

---

[11] *Id.*

[12] ECF No. 3.

[13] *Merida Delgado v. Gonzales*, 428 F.3d 916, 919 (10th Cir. 2005); *see also Kokkonen v. Guradian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (providing that the burden to establish jurisdiction rests upon the party asserting that jurisdiction exists).

4

show jurisdiction,' and 'must support [those facts] by competent proof.'"[14] Applying these principles, the court finds that Mr. Brunson's claims should be dismissed because he cannot satisfy his burden to show that subject matter jurisdiction exists. Specifically, Mr. Brunson has failed to: (I) establish Article III or Prudential Standing and (II) that the United States has waived its sovereign immunity for any of his causes of action.[15] Thus, this action should be dismissed.

## I.      Mr. Brunson Has Failed to Establish Standing

Although Defendants raise the issue in passing,[16] the court begins with the "threshold inquiry of standing."[17] "The issue of Article III standing implicates federal jurisdiction."[18] Thus, the court is required to consider standing, and may "consider the issue *sua sponte*" if necessary, "to ensure there is an Article III case or controversy" before it.[19] Mr. Brunson, as

---

[14] *United States ex rel. Precision Co. v. Koch Indus., Inc.*, 971 F.2d 548, 551 (10th Cir. 1992) (quoting *McNutt v. General Motors Acceptance Corp.*, 298 U.S. 178, 189 (1936)).

[15] Generally, pro se pleadings should "be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers." *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, it is not "the proper function of the district court to assume the role of advocate for the pro se litigant," and even lay plaintiffs must satisfy the jurisdictional, procedural, and factual standards for pleadings that apply to other litigants. *Id.*; *see also Ogden v. San Juan Cnty.*, 32 F.3d 452, 455 (10th Cir. 1994) (providing that pro se parties must comply with the same requirements that govern all other litigants).

[16] ECF No. 3 at 9.

[17] *Santa Fe All. for Public Health & Safety v. City of Santa Fe*, 993 F.3d 802, 813 (10th Cir. 2021).

[18] *Id.* at 813 n.5; *Rector v. City and Cnty. of Denver*, 348 F.3d 935, 942 (2003).

[19] *Rector,* 348 F.3d at 942.

5

the party invoking the federal court's jurisdiction, bears the burden of establishing standing.[20]

Mr. Brunson has failed to show that he has standing to bring his claims.

      Article III of the Constitution limits the jurisdiction of the federal courts to the

resolution of actual cases and controversies.[21] One component of the case-or-controversy

requirement is standing.[22] "The doctrine of standing is an essential and unchanging part of the

case-or-controversy requirement of Article III."[23] "Standing doctrine embraces several

judicially self-imposed limits on the exercise of federal jurisdiction, such as the general

prohibition on a litigant's raising another person's legal rights. . . ."[24] "The gist of the question

of standing is whether the party seeking relief has alleged such a <u>personal stake</u> in the outcome

of the controversy as to assure . . . concrete adverseness . . . ."[25] To prove this "personal stake"

in the outcome of this action, Article III requires that Mr. Brunson's Complaint show, among

other things, that he has suffered an "injury in fact" that was caused by Defendants.[26] "To

---

[20] *Id.*

[21] *See* <u>U.S. Const. art. III, § 2</u>.

[22] *Lance v. Coffman*, 549 U.S. 437, 439 (2007).

[23] *Comm. to Save the Rio Hondo v. Lucero*, 102 F.3d 445, 447 (10th Cir. 1996) (citation and quotations omitted).

[24] *Allen v. Wright*, 468 U.S. 737, 751 (1984).

[25] *United States v. Richardson*, 418 U.S. 166, 173 (1974) (emphasis added) (citations and quotations omitted).

[26] *Lucero*, 102 F.3d at 477.

establish an injury in fact, the plaintiff must show a distinct and palpable injury to [him]self. An abstract injury is not enough . . . ."[27] Indeed, the United States Supreme Court has "repeatedly held that an asserted right to have the Government act in accordance with law is not sufficient, standing alone, to confer jurisdiction on a federal court."[28] To determine whether Mr. Brunson has carried his burden to establish standing, the court engages in "careful judicial examination of a complaint's allegations"[29] on a "claim-by-claim basis."[30]

Mr. Brunson has failed to establish standing under Article III of the United States Constitution because all of his causes of action plead generalized claims of legislative nonfeasance arising out of the counting of electors' votes. Mr. Brunson's purported injury is precisely the type of undifferentiated and generalized grievance about the conduct of government that courts have declined to consider based on standing.[31] The United States Supreme Court has consistently held:

> A plaintiff raising only a generally available grievance about government
> – claiming only harm to his and every citizen's interest in proper
> application of the Constitution and laws, and seeking relief that no more

[27] *Ash Creek Mining Co. v. Lujan*, 969 F.2d 868, 875 (10th Cir. 1992) (citations, quotations, and modifications omitted).

[28] *Allen*, 468 U.S. at 754.

[29] *Id.* at 752.

[30] *Santa Fe All. for Public Health & Safety*, 993 F.3d at 813.

[31] *See Lance*, 549 U.S. at 439 (dismissing for lack of Article III injury in fact the voters' challenge to redistricting plan); *Cogswell v. United States Senate*, 353 F. App'x 175, 175-76 (10th Cir. 2009) (affirming dismissal of generalized grievance alleging unconstitutional Senate delay in filling two district court vacancies).

7

directly and tangibly benefits him than it does the public at large – does
not state an Article III case or controversy.[32]

The allegations in Mr. Brunson's Complaint are insufficient to show how or why the purported

government wrongs pled in his causes of action show that he has suffered a "distinct and palpable

injury to [him]self." Indeed, Mr. Brunson's only claimed injury is that the Defendants did not

follow the law, which is not enough for this court to have jurisdiction under Article III over Mr.

Brunson's claims even the in context of an election.[33] Mr. Brunson's failure to plead an injury

that is concrete and personal to him fails to show that he has standing for any of his claims.[34]

Accordingly, his claims should be dismissed.

## II.     Mr. Brunson has Failed to Establish Waiver of Sovereign Immunity

Even if Mr. Brunson has established standing, he cannot show that the United States has

waived its sovereign immunity as to any of his causes of action. "The United States and its

officers enjoy immunity from suit except in instances where the United States has expressly

---

[32] *Lance*, 549 U.S. at 439.

[33] *See, e.g., Nolles v. State Comm. for Reorganization of Sch. Dists.*, 524 F.3d 892, 900 (8th Cir.
2008) (stating that voters lacked standing to challenge legislative action because they brought a
"generalized grievance shared by all the voters" who voted for a certain issue).

[34] In addition to failing to state an injury, Mr. Brunson lacks Article III standing for the additional
reason that the injuries he alleges may not be redressed by the equitable relief he seeks. For
example, courts lack the authority to remove members of Congress from office, to disqualify
them from holding future office, or to require Congress to investigate matters before them.
*Roudebush v. Hartke*, 405 U.S. 15, 18-19 (1972); *see Wright v. Brady*, 2006 WL 2371327, at *1
(S.D. Tex. Aug. 15, 2006) ("This court has no authority to order a sitting congressman removed
from Congress.").

waived that protection."[35] "The policy behind this rule is that the government should not be hampered in its performance of activities essential to the governing of the nation, unless it has given its consent."[36] "Thus, if the government has not consented to suit, the courts have no jurisdiction to either restrain the government from acting, or to compel it to act."[37] Simply put, "the existence of consent is a prerequisite for jurisdiction."[38]

"A waiver of sovereign immunity cannot be implied."[39] "The government consents to be sued only when Congress unequivocally expresses its intention to waive the government's sovereign immunity in the statutory text."[40] Moreover, even where the United States has waived its sovereign immunity via express and unequivocal statutory language, the claim or cause of

---

[35] *Flute v. United States*, 808 F.3d 1234, 1239 (10th Cir. 2015); *see also United States v. Mitchell*, 463 U.S. 206, 212 (1983) ("It is axiomatic that the United States may not be sued without its consent and that the existence of consent is a prerequisite for jurisdiction."); *Merida Delgado*, 428 F.3d at 919 ("In general, federal agencies and officers acting in their official capacities are also shielded by sovereign immunity."); *Judicial Watch, Inc. v. Schiff*, 474 F. Supp. 3d 305, 310 (D.D.C. 2020) (providing that sovereign immunity extends to Congress when sued as a branch of government "and makes members of Congress immune from liability for actions within their legislative sphere").

[36] *United States v. Murdock Mach. & Eng'g Co. of Utah*, 81 F.3d 922, 930 (10th Cir. 1996).

[37] *Id.* (internal quotation marks omitted).

[38] *Mitchell*, 463 U.S. at 212.

[39] *Irwin v. Department of Veterans Affairs*, 498 U.S. 89, 95 (1990).

[40] *Murdock Mach.*, 81 F.3d at 930; *see United States v. Mitchell*, 445 U.S. 535, 538 (1980) ("If waiver is not unequivocal from the text, the government retains its sovereign immunity.").

action must strictly comply with the statute's terms and requirements or be subject to dismissal.[41] In this case, Mr. Brunson has failed to identify any statutory language or other express provision that unequivocally waives sovereign immunity for his claims against Defendants in his constitutional, tort, and promissory estoppel claims, which are discussed in order below.

First, Mr. Brunson has failed to establish a waiver of sovereign immunity for his claims based on the United States Constitution. The United States has not waived sovereign immunity for it, its agencies, or its employees in their official capacities, to be sued for damages for allegedly violating the Constitution.[42] Therefore, the court lacks jurisdiction to hear any of Mr. Brunson's constitutional claims.

Second, to the extent some or all of Mr. Brunson's causes of action might be construed as tort claims, the relevant waiver of sovereign immunity is the Federal Tort Claims Act ("FTCA").[43] Although the FTCA provides a limited waiver of the United States' sovereign immunity, that waiver does not apply to Mr. Brunson's claims against Defendants in this case. The FTCA's limited waiver of sovereign immunity makes the federal government liable to the

---

[41] *See United States v. Sherwood*, 312 U.S. 584, 590-91 (1941).

[42] *See, e.g., F.D.I.C. v. Meyer*, 510 U.S. 471, 478 (1994) ("[T]he United States simply has not rendered itself liable under § 1346(b) [of the Federal Tort Claims Act] for constitutional tort claims."); *Martinez v. Winner*, 771 F.2d 424, 442 (10th Cir. 1985) (concluding that there was no waiver of immunity to permit constitutional claims against the Department of Justice or its employees to be sued in their official capacities); *Coulibaly v. Kerry*, 213 F. Supp. 3d 93, 125-26 (2016) (providing that the FTCA does not extend to constitutional tort claims); *see also Flute,* 808 F.3d at 1239 (providing that sovereign immunity extends to requests for injunctive relief).

[43] *See generally* 28 U.S.C. §§ 2671-2680.

10

same extent as a private party for injuries caused by the negligent or wrongful acts or omissions

of government employees acting within the scope of their employment.[44] However, this limited

waiver allows only the United States, and not its officers – including the federal officer

defendants in this case – to be sued under the FTCA.[45] Thus, all the causes of action against the

individually named defendants that sound in tort must be dismissed.

Even though the FTCA provides a limited waiver of sovereign immunity against the

United States, such waiver applies only when the claimant has exhausted his administrative

remedies, which Mr. Brunson has failed to do.[46] To exhaust administrative remedies under the

FTCA, Congress requires a plaintiff to first present the claim to the agency whose employees

allegedly committed the negligent or wrongful act and wait six months for the agency to act

before filing suit.[47] The failure to exhaust administrative remedies precludes a court from

exercising subject matter jurisdiction over any alleged tort claim.[48] Relevant here, "[b]efore

---

[44] *See United States v. Orleans*, 425 U.S. 807, 813 (1976).

[45] 28 U.S.C. § 2679(a) & (b); *Smith v. United States*, 561 F.3d 1090, 1099 (10th Cir. 2009); *Coulibaly*, 213 F. Supp. 3d at 124 (providing that because the FTCA accords federal employees absolute immunity from common-law tort claims arising out of acts they undertake in the course of their official duties, a plaintiff "may not bring tort claims against federal officials in their official capacities or against federal agencies; the proper defendant is the United States itself").

[46] 28 U.S.C. § 2675(a).

[47] *Id.*

[48] *See, e.g., McNeil v. United States*, 508 U.S. 106, 113 (1993) ("The FTCA bars claimants from bringing suit in federal court until they have exhausted their administrative remedies. Because petitioner failed to heed that clear statutory command, the District Court properly dismissed his suit.").

initiating a lawsuit against a United States Senator, a plaintiff is first required to file an

administrative tort claim with the United States Senate under the FTCA."[49] Thus, even assuming,

*arguendo,* that Mr. Brunson had alleged claims falling within the limited waiver of sovereign

immunity under the FTCA, his failure to exhaust administrative remedies would nonetheless

preclude this court from exercising jurisdiction over those claims.[50] Therefore, the United States

has not waived it sovereign immunity to be sued under the FTCA for any of Mr. Brunson's

claims sounding in tort.

 Finally, Mr. Brunson has also failed to provide any basis for waiver of sovereign

immunity for the two causes of action couched in terms of "promissory estoppel."[51] For starters,

the there is no independent cause of action against the government founded on promissory

estoppel.[52] To the extent the promissory estoppel causes of action are more properly construed as

tort claims, the court lacks jurisdiction over those claims for the reasons set forth above.

---

[49] *DeMasi v. Schumer*, 608 F. Supp. 2d 516, 525 (S.D.N.Y. 2009).

[50] *Id.* (dismissing case against United States Senator for failure to allege compliance with exhaustion requirement).

[51] *See* ECF No. 2-1 at 15-18.

[52] *See, e.g., Jablon v. United States*, 657 F.2d 1064, 1070 (9th Cir. 1981) (dismissing promissory estoppel claim against government, stating "[w]e have not discovered, and the parties have not cited, any precedent in this circuit for an independent cause of action against the government founded upon promissory estoppel. Neither have we discovered a statute which would allow [plaintiff] to sue the United States in this instance."); *see also, e.g., Santoni v. Fed. Deposit Ins. Corp.*, 677 F.2d 174, 179 (1st Cir. 1982) (holding that claims based on promissory estoppel sounded in tort for misrepresentation and therefore were barred by the FTCA); *Coulibaly*, 213 F. Supp. 3d at 126-28 (dismissing promissory estoppel claims against federal government employees, regardless of whether claims sounded in tort or contract); *Orleans Parish*

To the extent the promissory estoppel causes of action could somehow be read as contract claims, subject matter jurisdiction would still be lacking. The Tucker Act provides a limited waiver of sovereign immunity with respect to certain claims "against the United States … upon any express or implied contract with the United States."[53] However, where a plaintiff seeks damages in excess of $10,000, as Mr. Brunson does here, the jurisdiction of the United States Court of Federal Claims is exclusive.[54] Accordingly, Mr. Brunson cannot show that the United States has waived its sovereign immunity for his estoppel, tort, or constitutional claims. Therefore, the court lacks subject matter jurisdiction over this action and should dismiss it.[55]

---

*Communication Dist. v. FEMA*, No. 11-209, 2011 WL 4829887, at *8 n.5 (E.D. La. Oct. 12, 2011) (same).

[53] 28 U.S.C. § 1491(a)(1).

[54] *Id.*; *Greenhill v. Spellings*, 482 F.3d 569, 573 (D.C. Cir. 2007) ("If [the plaintiff] explicitly or in essence seeks money damages in excess of $10,000, jurisdiction rests exclusively with the Court of Federal Claims."); *cf.* 28 U.S.C. § 1346(a)(2) (stating that the United States district courts exercise concurrent jurisdiction over "[a]ny … claim against the United States, *not exceeding $10,000 in amount*, founded … upon any express or implied contract with the United States" (emphasis added)).

[55] Mr. Brunson's claims against defendant members of Congress and former Vice President Pence, alleging failure to investigate election fraud prior to accepting the electoral college votes, are also likely barred by absolute legislative immunity under the Speech or Debate clause of the Constitution. Article I, section 6 of the Constitution provides: "The Senators and Representatives … for any speech or Debate in either House, … shall not be questioned in any other Place." This clause affords Members of Congress absolute immunity from all claims arising out of their conduct in the legislative sphere. *See, e.g.*, *Rockefeller v. Bingaman*, 234 F. App'x 852, 855 (10th Cir.) (holding that Speech or Debate immunity barred suit challenging the "decision of individual Congressmen not to take legislative action in response to [plaintiff's] prompts"), *cert. denied*, 552 U.S. 1022 (2007); *see also* *Rangel v. Boehner*, 785 F.3d 19, 23 (D.C. Cir. 2015) (providing that the "Supreme Court has consistently read the Speech or Debate Clause 'broadly' to achieve its purposes").

13

## **CONCLUSION**

Based on the foregoing analysis of sovereign immunity and standing, the court lacks

subject matter jurisdiction over the causes of action set forth in Mr. Brunson's Complaint.

Therefore, the court recommends that the action be dismissed, in its entirety, without prejudice

under Fed. R. Civ. P. 12(b)(1).

* * * * *

Copies of this Report and Recommendation are being sent to all parties, who are hereby

notified of their right to object.[56]  The parties must file any objection to this Report and

Recommendation within 14 days after being served with a copy of it.[57]  Failure to object may

constitute waiver of objections upon subsequent review.

DATED January 6, 2022.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[56] 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

[57] 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

14

FILED
2022 FEB 2 PM 3:55
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RALAND BRUNSON,<br><br>Plaintiff,<br><br>v.<br><br>ALMA S. ADAMS, et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING REQUEST TO AMEND COMPLAINT**<br><br>Case No. 1:21-cv-00111-JNP-JCB<br><br>Judge Jill N. Parrish |

Magistrate Judge Jared C. Bennett issued a Report and Recommendation that the court grant the defendants' motion to dismiss for two independent reasons. ECF No. 23. First, Judge Bennett reasoned that the court does not have subject matter jurisdiction over plaintiff Raland Brunson's action because he lacks standing to assert his claims. Second, Judge Benson determined that Brunson failed to establish that the United States has waived sovereign immunity for his claims.

Brunson filed an objection to the Report and Recommendation. The objection has two main components. First, Brunson argues that the court should not adopt the Report and Recommendation because it does not specifically address his response brief. Brunson contends that this failure to address his arguments violates the Due Process Clause of the Fourteenth Amendment and provisions of the Utah Constitution. Second, Brunson requests leave of court to file an amended complaint.

## I.   OBJECTION TO REPORT AND RECOMMENDATION

The court reviews de novo the portions of the Report and Recommendation to which Brunson has objected. FED. R. CIV. P. 72(b)(3). Brunson raises only one objection. He argues that the court should not adopt the Report and Recommendation because it does not specifically address

the arguments made in his response brief. He contends that this failure violates his rights under the Due Process Clause of the Fourteenth Amendment and the Due Process and Open Courts Clauses of the Utah Constitution.

The court overrules Brunson's objection. He cites no caselaw supporting his assertion that a reviewing court must specifically address arguments made in a brief. Brunson was afforded procedural due process by receiving notice of the motion to dismiss and having a reasonable opportunity to respond to it. *See United States v. James Daniel Good Real Prop.*, 510 U.S. 43, 48 (1993) (procedural due process requires "notice and an opportunity to be heard"). And the Open Courts Clause of the Utah Constitution does not guaranty specific responses to arguments in a response brief. *See Berry ex rel. Berry v. Beech Aircraft Corp.*, 717 P.2d 670, 675 (Utah 1985) (the Open Courts Clause "guarantees access to the courts and a judicial procedure that is based on fairness and equality").

Brunson does not raise any objection to the Report and Recommendation's conclusions that Brunson lacks standing to assert his claims and that the defendants are entitled to sovereign immunity. Thus, Brunson has waived any objection to these conclusions. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

## II.    REQUEST TO AMEND

Brunson also requests leave of court to amend his complaint. He states that the only proposed change to the complaint is to recast his breach of duty claim as a negligence claim. "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Bylin v. Billings*, 568 F.3d 1224, 1229 (10th Cir. 2009) (citation omitted).

The court finds that the requested amendments are futile. Brunson does not argue that the changes to his complaint would affect his lack of standing to bring his claims. And the court is unable to discern any way in which the proposed changes would affect his standing to sue members of Congress. Accordingly, Brunson's request to file an amended complaint is denied.

## CONCLUSION AND ORDER

For the foregoing reasons, the court ORDERS as follows:

1. The Report and Recommendation, ECF No. 23, is ADOPTED IN FULL.

2. The court GRANTS the defendants' motion to dismiss Brunson's action. ECF No. 3. Because the court lacks subject matter jurisdiction over this action, dismissal is without prejudice.

**DATED** February 2, 2022.

BY THE COURT:

JILL N. PARRISH
United States District Judge

3

FILED
2022 FEB 2 PM 3:55
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RALAND BRUNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ALMA S. ADAMS, et al.,<br><br>    Defendants. | **JUDGMENT**<br><br>Case No. 1:21-cv-00111-JNP-JCB<br><br>Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that plaintiff Raland Brunson's action is dismissed without prejudice.

**DATED** February 2, 2022.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge

FILED
2022 FEB 10 PM 1:35
CLERK
U.S. DISTRICT COURT

**Raland J Brunson**
**4287 South Harrison Blvd., Apt 132**
**Ogden, Utah 84403**
**Phone: 385-492-4898**
**Email: thedreamofthecentury@gmail.com**
**Pro Se**

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| RALAND J BRUNSON, | **NOTICE OF APPEAL** |
| Plaintiff, | |
| | Case No. |
| vs. | Trial Court Case No. 1:21-cv-00111-CMR |
| ALMA S. ADAMS ; et al., | |
| Defendants. | Judge: Jill N. Parrish |

Notice is hereby given that Plaintiff Raland J Brunson in the above named case hereby appeals to the United States Court of Appeals for the 10th Circuit from a final judgment known as *Judgment* entered in this action on February 2, 2022 [ECF 26] taken from the United States District Court For The District Of Utah.

Humbly submitted this the 10th day of February 2022.

Raland J Brunson, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2022 I personally placed in the United States Mail to the individuals named below low a true and correct copy of **NOTICE OF APPEAL**.


ANDREA T. MARTINEZ
JOHN K. MANGUM
111 South Main Street, #1800
Salt Lake City, Utah 84111



Raland Brunson