**Raland J Brunson**
**4287 South Harrison Blvd., Apt 132**
**Ogden, Utah 84403**
Phone: 385-492-4898
Email: thedreamofthecentury@gmail.com
Pro Se

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| RALAND J BRUNSON, | **CERTIFICATE OF NO TRANSCRIPT** |
| Appellant, | Case No. 1:21-cv-00111-JNP |
| vs. | |
| ALMA S. ADAMS ; et al., | Trial Court Case No. 1:21-cv-00111-CMR |
| Appellees, | |

Notice is hereby given that Appellant Raland J. Brunson in the above named case hereby files this Certificate of no Transcript pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure, and states that there was no hearing as it relates to this appeal.

Humbly submitted this the 14th day of February 2022.

Raland J Brunson, Appellant

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2022 I personally placed in the United States Mail to the individuals named below low a true and correct copy of **CERTIFICATE OF NO TRANSCRIPT**.

ANDREA T. MARTINEZ
JOHN K. MANGUM
111 South Main Street, #1800
Salt Lake City, Utah 84111

Raland Brunson

1