Raland J Brunson
4287 South Harrison Blvd., Apt 132
Ogden, Utah 84403
Phone: 385-492-4898
Email: thedreamofthecentury@gmail.com
Pro Se

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| RALAND J BRUNSON, | ENTRY OF APPEARANCE PRO SE |
|---|---|
| Appellant, | Case No. 1:21-cv-00111-JNP |
| vs. | |
| ALMA S. ADAMS ; et al., | Trial Court Case No. 1:21-cv-00111-CMR |
| Appellees, | |

Raland J Brunson ("Brunson") hereby gives the clerk of this court notice that he is appearing pro se as the Appellant in this case. All notices regarding the case should be sent to Brunson at the address below. If Brunson's mailing address changes, Brunson will promptly notify the clerk in writing of his new address.

Raland J Brunson
4287 South Harrison Blvd., Apt 132
Ogden, Utah 84403
Phone: 385-492-4898
Email: thedreamofthecentury@gmail.com

Further, all parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption for this appeal.

Humbly submitted this the 14th day of February 2022.

_____
Raland J Brunson, Appellant

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2022 I personally placed in the United States Mail to the individuals named below low a true and correct copy of **ENTRY OF APPEARANCE PRO SE.**

ANDREA T. MARTINEZ
JOHN K. MANGUM
111 South Main Street, #1800
Salt Lake City, Utah 84111

*/s/ Raland Brunson*
Raland Brunson