# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 24, 2022

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:  Raland J. Brunson
     v. Alma S. Adams, et al.
     No. 22-380
     (Your No. 22-4007)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 20, 2022 and placed on the docket October 24, 2022 as No. 22-380.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst