**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

**October 6, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

RALAND BRUNSON,

     Plaintiff - Appellant,

v.

ALMA S. ADAMS, in their capacity as
United States House Representatives;
PETE AGUILAR, in their capacity as
United States House Representatives;
COLIN Z. ALLRED, in their capacity as
United States House Representatives;
MARK E. AMODEI, in their capacity as
United States House Representatives;
KELLY ARMSTRONG, in their capacity
as United States House Representatives;
JAKE AUCHINCLOSS, in their capacity
as United States House Representatives;
CYNTHIA AXNE, in their capacity as
United States House Representatives;
DON BACON, in their capacity as United
States House Representatives; TROY
BALDERSON, in their capacity as United
States House Representatives; ANDY
BARR, in their capacity as United States
House Representatives; NANETTE DIAZ
BARRAGAN, in their capacity as United
States House Representatives; KAREN
BASS, in their capacity as United States
House Representatives; JOYCE BEATTY,
in their capacity as United States House
Representatives; AMI BERA, in their
capacity as United States House
Representatives; GUS M. ILIRAKIS, in
their capacity as United States House
Representatives; DONALD S. BEYER,
JR., in their capacity as United States
House Representatives; SANDFORD D.

No. 22-4007
(D.C. No. 1:21-CV-00111-JNP)
(D. Utah)

BISHOP, JR., in their capacity as United
States House Representatives; EARL
BLUMENAUER, in their capacity as
United States House Representatives; LISA
BLUNT ROCHESTER, in their capacity as
United States House Representatives;
SUZANNE BONAMICI, in their capacity
as United States House Representatives;
CAROLYN BOURDEAUX, in their
capacity as United States House
Representatives; JAMAAL BOWMAN, in
their capacity as United States House
Representatives; BRENDAN F. BOYLE,
in their capacity as United States House
Representatives; KEVIN BRADY, in their
capacity as United States House
Representatives; ANTHONY G. BROWN,
in their capacity as United States House
Representatives; JULIA BROWNLEY, in
their capacity as United States House
Representatives; VERN BUCHANAN, in
their capacity as United States House
Representatives; KEN BUCK, in their
capacity as United States House
Representatives; LARRY BUCSHON, in
their capacity as United States House
Representatives; CORI BUSH, in their
capacity as United States House
Representatives; CHERI BUSTOS, in their
capacity as United States House
Representatives; G.K BUTTERFIELD, in
their capacity as United States House
Representatives; SALUD O. CARBAJAL,
in their capacity as United States House
Representatives; TONY CARDENAS, in
their capacity as United States House
Representatives; ANDRE CARSON, in
their capacity as United States House
Representatives; MATT CARTWRIGHT,
in their capacity as United States House
Representatives; ED CASE, in their
capacity as United States House
Representatives; SEAN CASTEN, in their

2

capacity as United States House
Representatives; KATHY CASTOR, in
their capacity as United States House
Representatives; JOAQUIN CASTOR, in
their capacity as United States House
Representatives; LIZ CHENEY, in their
capacity as United States House
Representatives; JUDY CHU, in their
capacity as United States House
Representatives; DAVID N. CICILLINE,
in their capacity as United States House
Representatives; KATHERINE M.
CLARK, in their capacity as United States
House Representatives; YVETTE D.
CLARKE, in their capacity as United
States House Representatives; EMANUEL
CLEAVER, in their capacity as United
States House Representatives; JAMES E.
CLYBURN, in their capacity as United
States House Representatives; STEVE
COHEN, in their capacity as United States
House Representatives; JAMES COMER,
in their capacity as United States House
Representatives; GERALD E.
CONNOLLY, in their capacity as United
States House Representatives; JIM
COOPER, in their capacity as United
States House Representatives; J. LUIS
CORREA, in their capacity as United
States House Representatives; JIM
COSTA, in their capacity as United States
House Representatives; JOE COURTNEY,
in their capacity as United States House
Representatives; ANGIE CRAIG, in their
capacity as United States House
Representatives; DAN CRENSHAW, in
their capacity as United States House
Representatives; CHARLIE CRIST, in
their capacity as United States House
Representatives; JASON CROW, in their
capacity as United States House
Representatives; HENRY CUELLAR, in
their capacity as United States House

3

Representatives; JOHN R. CURTIS, in
their capacity as United States House
Representatives; SHARICE DAVIDS, in
their capacity as United States House
Representatives; DANNY K. DAVIS, in
their capacity as United States House
Representatives; RODNEY DAVIS, in
their capacity as United States House
Representatives; MADELEINE DEAN, in
their capacity as United States House
Representatives; PETER A. DEFAZIO, in
their capacity as United States House
Representatives; DIANA DEGETTE, in
their capacity as United States House
Representatives; ROSA L. DELAURO, in
their capacity as United States House
Representatives; SUZAN K. DELBENE, in
their capacity as United States House
Representatives; ANTONIO DELGADO,
in their capacity as United States House
Representatives; MARK DESAULNIER,
in their capacity as United States House
Representatives; THEODORE E.
DEUTCH, in their capacity as United
States House Representatives; DEBBIE
DINGELL, in their capacity as United
States House Representatives; LLOYD
DOGGETT, in their capacity as United
States House Representatives; MICHAEL
F. DOYLE, in their capacity as United
States House Representatives; TOM
EMMER, in their capacity as United States
House Representatives; VERONICA
ESCOBAR, in their capacity as United
States House Representatives; ANNA G.
ESHOO, in their capacity as United States
House Representatives; ADRIANO
ESPAILLAT, in their capacity as United
States House Representatives; DWIGHT
EVANS, in their capacity as United States
House Representatives; RANDY
FEENSTRA, in their capacity as United
States House Representatives; A. DREW

4

FERGUSON, IV, in their capacity as
United States House Representatives;
BRIAN K. FITZPATRICK, in their
capacity as United States House
Representatives; LIZZIE LETCHER, in
their capacity as United States House
Representatives; JEFF FORTENBERRY,
in their capacity as United States House
Representatives; BILL FOSTER, in their
capacity as United States House
Representatives; LOIS FRANKEL, in their
capacity as United States House
Representatives; MARCIA L. FUDGE, in
their capacity as United States House
Representatives; MIKE GALLAGHER, in
their capacity as United States House
Representatives; RUBEN GALLEGO, in
their capacity as United States House
Representatives; JOHN GARAMENDI, in
their capacity as United States House
Representatives; ANDREW R.
GARBARINO, in their capacity as United
States House Representatives; SYLVIA R.
GARCIA, in their capacity as United States
House Representatives; JESUS G.
GARCIA, in their capacity as United States
House Representatives; JARED F.
GOLDEN, in their capacity as United
States House Representatives; JIMMY
GOMEZ, in their capacity as United States
House Representatives; TONY
GONZALES, in their capacity as United
States House Representatives; ANTHONY
GONZALEZ, in their capacity as United
States House Representatives; VICENTE
GONZALEZ, in their capacity as United
States House Representatives; JOSH
GOTTHEIMER, in their capacity as United
States House Representatives; KAY
GRANGER, in their capacity as United
States House Representatives; AL GREEN,
in their capacity as United States House
Representatives; RAUL M. GRIJALVA, in

5

their capacity as United States House
Representatives; GLENN GROTHMAN,
in their capacity as United States House
Representatives; BRETT GUTHRIE, in
their capacity as United States House
Representatives; DEBRA A. HAALAND,
in their capacity as United States House
Representatives; JOSH HARDER, in their
capacity as United States House
Representatives; ALCEE L. HASTINGS,
in their capacity as United States House
Representatives; JAHANA HAYES, in
their capacity as United States House
Representatives; JAIME HERRERA
BEUTLER, in their capacity as United
States House Representatives; BRIAN
HIGGINS, in their capacity as United
States House Representatives; J. FRENCH
HILL, in their capacity as United States
House Representatives; JAMES A.
HIMES, in their capacity as United States
House Representatives; ASHLEY
HINSON, in their capacity as United States
House Representatives; TREY
HOLLINGSWORTH, in their capacity as
United States House Representatives;
STEVEN HORSFORD, in their capacity as
United States House Representatives;
CHRISSY HOULAHAN, in their capacity
as United States House Representatives;
STENY H. HOYER, in their capacity as
United States House Representatives;
JARED HUFFMAN, in their capacity as
United States House Representatives; BILL
HUIZENGA, in their capacity as United
States House Representatives; SHEILA
JACKSON LEE, in their capacity as
United States House Representatives;
SARA JACOBS, in their capacity as
United States House Representatives;
PRAMILA JAYAPAL, in their capacity as
United States House Representatives;
HAKEEM S. JEFFRIES, in their capacity

6

as United States House Representatives;
DUSTY JOHNSON, in their capacity as
United States House Representatives;
EDDIE BERNICE JOHNSON, in their
capacity as United States House
Representatives; HENRY C. JOHNSON,
JR., in their capacity as United States
House Representatives; MONDAIRE
JONES, in their capacity as United States
House Representatives; DAVID P.
JOYCE, in their capacity as United States
House Representatives; KAIALI'I
KAHELE, in their capacity as United
States House Representatives; MARCY
KAPTURE, in their capacity as United
States House Representatives; JOHN
KATKO, in their capacity as United States
House Representatives; WILLIAM R.
KEATING, in their capacity as United
States House Representatives; RO
KHANNA, in their capacity as United
States House Representatives; DANIEL T.
KILDEE, in their capacity as United States
House Representatives; DEREK KILMER,
in their capacity as United States House
Representatives; ANDY KIM, in their
capacity as United States House
Representatives; YOUNG KIM, in their
capacity as United States House
Representatives; RON KIND, in their
capacity as United States House
Representatives; ADAM KINZINGER, in
their capacity as United States House
Representatives; ANN KIRKPATRICK, in
their capacity as United States House
Representatives; RAJA
KRISHNAMOORTHI, in their capacity as
United States House Representatives; ANN
M. KUSTER, in their capacity as United
States House Representatives; DARIN
LAHOOD, in their capacity as United
States House Representatives; CONOR
LAMB, in their capacity as United States

7

House Representatives; JAMES R.
LANGEVIN, in their capacity as United
States House Representatives; RICK
LARSEN, in their capacity as United States
House Representatives; JOHN B.
LARSON, in their capacity as United
States House Representatives; ROBERT E.
LATTA, in their capacity as United States
House Representatives; JAKE
LATURNER, in their capacity as United
States House Representatives; BRENDA L.
LAWRENCE, in their capacity as United
States House Representatives; AL
LAWSON, JR., in their capacity as United
States House Representatives; BARBARA
LEE, in their capacity as United States
House Representatives; SUSIE LEE, in
their capacity as United States House
Representatives; TERESA LEGER
FERNANDEZ, in their capacity as United
States House Representatives; ANDY
LEVIN, in their capacity as United States
House Representatives; MIKE LEVIN, in
their capacity as United States House
Representatives; TED LIEU, in their
capacity as United States House
Representatives; ZOE LOFGREN, in their
capacity as United States House
Representatives; ALAN S. LOWENTHAL,
in their capacity as United States House
Representatives; ELAINE G. LURIA, in
their capacity as United States House
Representatives; STEPHEN F. LYNCH, in
their capacity as United States House
Representatives; NANCY MACE, in their
capacity as United States House
Representatives; TOM MALINOWSKI, in
their capacity as United States House
Representatives; CAROLYN B.
MALONEY, in their capacity as United
States House Representatives; SEAN
PATRICK MALONEY, in their capacity
as United States House Representatives;

KATHY E. MANNING, in their capacity
as United States House Representatives;
THOMAS MASSIE, in their capacity as
United States House Representatives;
DORIS O. MATSUI, in their capacity as
United States House Representatives;
LUCY MCBATH, in their capacity as
United States House Representatives;
MICHAEL T. MCCAUL, in their capacity
as United States House Representatives;
TOM MCCLINTOCK, in their capacity as
United States House Representatives;
BETTY MCCOLLUM, in their capacity as
United States House Representatives; A.
ADONALD MCEACHIN, in their capacity
as United States House Representatives;
JAMES P. MCGOVERN, in their capacity
as United States House Representatives;
PATRICK T. MCHENRY, in their
capacity as United States House
Representatives; DAVID B. MCKINLEY,
in their capacity as United States House
Representatives; JERRY MCNERNEY, in
their capacity as United States House
Representatives; GREGORY W. MEEKS,
in their capacity as United States House
Representatives; PETER MEIJER, in their
capacity as United States House
Representatives; GRACE MENG, in their
capacity as United States House
Representatives; KWEISI MFUME, in
their capacity as United States House
Representatives; MARIANETTE
MILLER-MEEKS, in their capacity as
United States House Representatives;
JOHN R. MOOLENAAR, in their capacity
as United States House Representatives;
BLAKE D. MOORE, in their capacity as
United States House Representatives;
GWEN MOORE, in their capacity as
United States House Representatives;
JOSEPH D. MORELLE, in their capacity
as United States House Representatives;

9

SETH MOULTON, in their capacity as
United States House Representatives;
FRANK J. MRVAN, in their capacity as
United States House Representatives;
STEPHANIE N. MURPHY, in their
capacity as United States House
Representatives; JERROLD NADLER, in
their capacity as United States House
Representatives; GRACE F.
NAPOLITANO, in their capacity as United
States House Representatives; RICHARD
E. NEAL, in their capacity as United States
House Representatives; JOE NEGUSE, in
their capacity as United States House
Representatives; DAN NEWHOUSE, in
their capacity as United States House
Representatives; MARIE NEWMAN, in
their capacity as United States House
Representatives; DONALD NORCROSS,
in their capacity as United States House
Representatives; ALEXANDRIA
OCASIO-CORTEZ, in their capacity as
United States House Representatives; TOM
O'HALLERAN, in their capacity as United
States House Representatives; ILHAN
OMAR, in their capacity as United States
House Representatives; FRANK
PALLONE, JR., in their capacity as United
States House Representatives; JIMMY
PANETTA, in their capacity as United
States House Representatives; CHRIS
PAPPAS, in their capacity as United States
House Representatives; BILL PASCRELL,
JR., in their capacity as United States
House Representatives; DONALD M.
PAYNE, JR., in their capacity as United
States House Representatives; NANCY
PELOSI, in their capacity as United States
House Representatives; ED
PERLMUTTER, in their capacity as
United States House Representatives;
SCOTT H. PETERS, in their capacity as
United States House Representatives;

DEAN PHILLIPS, in their capacity as
United States House Representatives;
CHELLIE PINGREE, in their capacity as
United States House Representatives;
MARK POCAN, in their capacity as
United States House Representatives;
KATIE PORTER, in their capacity as
United States House Representatives;
AYANNA PRESSLEY, in their capacity as
United States House Representatives;
DAVID E. PRICE, in their capacity as
United States House Representatives;
MIKE QUIGLEY, in their capacity as
United States House Representatives;
JAMIE RASKIN, in their capacity as
United States House Representatives; TOM
REED, in their capacity as United States
House Representatives; KATHLEEN M.
RICE, in their capacity as United States
House Representatives; CATHY
MCMORRIS RODGERS, in their capacity
as United States House Representatives;
DEBORAH K ROSS, in their capacity as
United States House Representatives;
CHIP ROY, in their capacity as United
States House Representatives; LUCILLE
ROYBAL-ALLARD, in their capacity as
United States House Representatives;
RAUL RUIZ, in their capacity as United
States House Representatives; C.A.
DUTCH RUPPERSBERGER, in their
capacity as United States House
Representatives; BOBBY L. RUSH, in
their capacity as United States House
Representatives; TIM RYAN, in their
capacity as United States House
Representatives; LINDA T. SANCHEZ, in
their capacity as United States House
Representatives; JOHN P. SARBANES, in
their capacity as United States House
Representatives; MARY GAY SCANLON,
in their capacity as United States House
Representatives; JANICE D.

11

SCHAKOWSKY, in their capacity as
United States House Representatives;
ADAM B. SCHIFF, in their capacity as
United States House Representatives;
BRADLEY SCOTT SCHNEIDER, in their
capacity as United States House
Representatives; KURT SCHRADER, in
their capacity as United States House
Representatives; KIM SCHRIER, in their
capacity as United States House
Representatives; AUSTIN SCOTT, in their
capacity as United States House
Representatives; DAVID SCOTT, in their
capacity as United States House
Representatives; ROBERT C. SCOTT, in
their capacity as United States House
Representatives; TERRI A. SEWELL, in
their capacity as United States House
Representatives; BRAD SHERMAN, in
their capacity as United States House
Representatives; MIKIE SHERRILL, in
their capacity as United States House
Representatives; MICHAEL K. SIMPSON,
in their capacity as United States House
Representatives; ALBIO SIRES, in their
capacity as United States House
Representatives; ELISSA SLOTKIN, in
their capacity as United States House
Representatives; ADAM SMITH, in their
capacity as United States House
Representatives; CHRISTOPHER H.
SMITH, in their capacity as United States
House Representatives; DARREN SOTO,
in their capacity as United States House
Representatives; ABIGAIL DAVIS
SPANBERGER, in their capacity as United
States House Representatives; VICTORIA
SPARTZ, in their capacity as United States
House Representatives; JACKIE SPEIER,
in their capacity as United States House
Representatives; GREG STANTON, in
their capacity as United States House
Representatives; PETE STAUBER, in their

capacity as United States House Representatives; MICHELLE STEEL, in their capacity as United States House Representatives; BRYAN STEIL, in their capacity as United States House Representatives; HALEY M. STEVENS, in their capacity as United States House Representatives; STEVE STIVERS, in their capacity as United States House Representatives; MARILYN STRICKLAND, in their capacity as United States House Representatives; THOMAS R. SUOZZI, in their capacity as United States House Representatives; ERIC SWALWELL, in their capacity as United States House Representatives; MARK TAKANO, in their capacity as United States House Representatives; VAN TAYLOR, in their capacity as United States House Representatives; BENNIE G. THOMPSON, in their capacity as United States House Representatives; MIKE THOMPSON, in their capacity as United States House Representatives; DINA TITUS, in their capacity as United States House Representatives; RASHIDA TLAIB, in their capacity as United States House Representatives; PAUL TONKO, in their capacity as United States House Representatives; NORMA J. TORRES, in their capacity as United States House Representatives; RITCHIE TORRES, in their capacity as United States House Representatives; LORI TRAHAN, in their capacity as United States House Representatives; DAVID J. TRONE, in their capacity as United States House Representatives; MICHAEL R. TURNER, in their capacity as United States House Representatives; LAUREN UNDERWOOD, in their capacity as United States House Representatives; FRED UPTON, in their capacity as United

States House Representatives; JUAN
VARGAS, in their capacity as United
States House Representatives; MARC A.
VEASEY, in their capacity as United
States House Representatives; FILEMON
VELA, in their capacity as United States
House Representatives; NYDIA M.
VELAZQUEZ, in their capacity as United
States House Representatives; ANN
WAGNER, in their capacity as United
States House Representatives; MICHAEL
WALTZ, in their capacity as United States
House Representatives; DEBBIE
WASSERMAN SCHULTZ, in their
capacity as United States House
Representatives; MAXINE WATERS, in
their capacity as United States House
Representatives; BONNIE WATSON
COLEMAN, in their capacity as United
States House Representatives; PETER
WELCH, in their capacity as United States
House Representatives; BRAD R.
WENSTRUP, in their capacity as United
States House Representatives; BRUCE
WESTERMAN, in their capacity as United
States House Representatives; JENNIFER
WEXTON, in their capacity as United
States House Representatives; SUSAN
WILD, in their capacity as United States
House Representatives; NIKEMA
WILLIAMS, in their capacity as United
States House Representatives;
FREDERICA S. WILSON, in their
capacity as United States House
Representatives; STEVE WOMACK, in
their capacity as United States House
Representatives; JOHN A. YARMUTH, in
their capacity as United States House
Representatives; DON YOUNG, in their
capacity as United States House
Representatives; TAMMY BALDWIN, in
their capacity as U.S. Senators; JOHN
BARRASSO, in their capacity as U.S.

14

Senators; MICHAEL F. BENNET, in their
capacity as U.S. Senators; MARSHA
BLACKBURN, in their capacity as U.S.
Senators; RICHARD BLUMENTHAL, in
their capacity as U.S. Senators; ROY
BLUNT, in their capacity as U.S. Senators;
CORY A. BOOKER, in their capacity as
U.S. Senators; JOHN BOOZMAN, in their
capacity as U.S. Senators; MIKE BRAUN,
in their capacity as U.S. Senators;
SHERROD BROWN, in their capacity as
U.S. Senators; RICHARD BURR, in their
capacity as U.S. Senators; MARIA
CANTWELL, in their capacity as U.S.
Senators; SHELLEY CAPITO, in their
capacity as U.S. Senators; BENJAMIN L.
CARDIN, in their capacity as U.S.
Senators; THOMAS R. CARPER, in their
capacity as U.S. Senators; ROBERT P.
CASEY, JR., in their capacity as U.S.
Senators; BILL CASSIDY, in their
capacity as U.S. Senators; SUSAN M.
COLLINS, in their capacity as U.S.
Senators; CHRISTOPHER A. COONS, in
their capacity as U.S. Senators; JOHN
CORNYN, in their capacity as U.S.
Senators; CATHERINE CORTEZ
MASTO, in their capacity as U.S. Senators;
TOM COTTON, in their capacity as U.S.
Senators; KEVIN CRAMER, in their
capacity as U.S. Senators; MIKE CRAPO,
in their capacity as U.S. Senators; STEVE
DAINES, in their capacity as U.S.
Senators; TAMMY DUCKWORTH, in
their capacity as U.S. Senators; RICHARD
J. DURBIN, in their capacity as U.S.
Senators; JONI ERNST, in their capacity
as U.S. Senators; DEB FISCHER, in their
capacity as U.S. Senators; KIRSTEN E.
GILLIBRAND, in their capacity as U.S.
Senators; LINDSEY GRAHAM, in their
capacity as U.S. Senators; CHUCK
GRASSLEY, in their capacity as U.S.

Senators; BILL HAGERTY, in their
capacity as U.S. Senators; MAGGIE
HASSAN, in their capacity as U.S.
Senators; MARTIN HEINRICH, in their
capacity as U.S. Senators; JOHN
HICKENLOOPER, in their capacity as
U.S. Senators; MAZIE HIRONO, in their
capacity as U.S. Senators; JOHN
HOEVEN, in their capacity as U.S.
Senators; JAMES INHOFE, in their
capacity as U.S. Senators; RON
JOHNSON, in their capacity as U.S.
Senators; TIM KAINE, in their capacity as
U.S. Senators; MARK KELLY, in their
capacity as U.S. Senators; ANGUS S.
KING, JR., in their capacity as U.S.
Senators; AMY KLOBUCHAR, in their
capacity as U.S. Senators; JAMES
LANKFORD, in their capacity as U.S.
Senators; PATRICK LEAHY, in their
capacity as U.S. Senators; MIKE LEE, in
their capacity as U.S. Senators; BEN
LUJAN, in their capacity as U.S. Senators;
CYNTHIA M. LUMMIS, in their capacity
as U.S. Senators; JOE MANCHIN, III, in
their capacity as U.S. Senators; EDWARD
J. MARKEY, in their capacity as U.S.
Senators; MITCH MCCONNELL, in their
capacity as U.S. Senators; ROBERT
MENENDEZ, in their capacity as U.S.
Senators; JEFF MERKLEY, in their
capacity as U.S. Senators; JERRY
MORAN, in their capacity as U.S.
Senators; LISA MURKOWSKI, in their
capacity as U.S. Senators; CHRISTOPHER
MURPHY, in their capacity as U.S.
Senators; PATTY MURRAY, in their
capacity as U.S. Senators; JON OSSOFF,
in their capacity as U.S. Senators; ALEX
PADILLA, in their capacity as U.S.
Senators; RAND PAUL, in their capacity
as U.S. Senators; GARY C. PETERS, in
their capacity as U.S. Senators; ROB

PORTMAN, in their capacity as U.S. Senators; JACK REED, in their capacity as U.S. Senators; JAMES E. RISCH, in their official capacity as U.S. Senators; MITT ROMNEY, in their capacity as U.S. Senators; JACKY ROSEN, in their capacity as U.S. Senators; MIKE ROUNDS, in their capacity as U.S. Senators; MARCO RUBIO, in their capacity as U.S. Senators; BERNARD SANDERS, in their capacity as U.S. Senators; BEN SASSE, in their capacity as U.S. Senators; BRIAN SCHATZ, in their capacity as U.S. Senators; CHARLES E. SCHUMER, in their capacity as U.S. Senators; RICK SCOTT, in their capacity as U.S. Senators; TIM SCOTT, in their capacity as U.S. Senators; JEANNE SHAHEEN, in their capacity as U.S. Senators; RICHARD C. SHELBY, in their capacity as U.S. Senators; KYRSTEN SINEMA, in their capacity as U.S. Senators; TINA SMITH, in their capacity as U.S. Senators; DEBBIE STABENOW, in their capacity as U.S. Senators; DAN SULLIVAN, in their capacity as U.S. Senators; JON TESTER, in their capacity as U.S. Senators; JOHN THUNE, in their capacity as U.S. Senators; THOM TILLIS, in their capacity as U.S. Senators; PATRICK J. TOOMEY, in their capacity as U.S. Senators; HOLLEN VAN, in their capacity as U.S. Senators; MARK R. WARNER, in their capacity as U.S. Senators; RAPHAEL G. WARNOCK, in their capacity as U.S. Senators; ELIZABETH WARREN, in their capacity as U.S. Senators; SHELDON WHITEHOUSE, in their capacity as U.S. Senators; ROGER F. WICKER, in their capacity as U.S. Senators; RON WYDEN, in their capacity as U.S. Senators; TODD YOUNG, in their capacity as U.S.

Senators; JOSEPH ROBINETTE BIDEN,
JR., in his capacity of President of the
United States; MICHAEL RICHARD
PENCE, in his capacity as former Vice
President of the United States; KAMALA
HARRIS, in her capacity as Vice President
of the United States,

      Defendants - Appellees.

---

### ORDER AND JUDGMENT[*]

---

Before **TYMKOVICH**, **BALDOCK** and **CARSON**, Circuit Judges.

---

Raland Brunson appeals the district court's dismissal of his action for lack of

jurisdiction.  Exercising jurisdiction under 28 U.S.C. § 1291, we affirm.

## I. Background

Mr. Brunson filed a pro se civil action in Utah state court against hundreds of

members of Congress, President Joseph Biden, Vice President Kamala Harris, and

former Vice President Michael Pence.  He alleged that before accepting the electoral

votes on January 6, 2021, defendants intentionally refused to investigate evidence

that the November 2020 presidential election was fraudulent.  Mr. Brunson likened

defendants' conduct to an act of war against the United States Constitution that

---

[*] After examining the briefs and appellate record, this panel has determined
unanimously to honor the parties' request for a decision on the briefs without oral
argument.  *See* Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G).  The case is therefore
submitted without oral argument.  This order and judgment is not binding precedent,
except under the doctrines of law of the case, res judicata, and collateral estoppel.  It
may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1
and 10th Cir. R. 32.1.

violated their oath to uphold the Constitution and his right to participate in an honest and fair election.  He advanced constitutional, tort, and promissory estoppel claims and sought almost three billion dollars in damages.  He also asked for injunctive relief including removal of defendants from office and reinstatement of Donald Trump as President of the United States.

Defendants removed the case to federal district court and filed a motion to dismiss under Federal Rules of Civil Procedure 12(b)(1) (lack of jurisdiction) and 12(b)(6) (failure to state a claim).  Mr. Brunson filed an opposition to the motion to dismiss.  A magistrate judge issued a report and recommendation (Recommendation) that the action be dismissed for two independent reasons:  (1) Mr. Brunson lacked constitutional standing because his claimed injury was not concrete and personal to him but only the same as any citizen, and (2) Eleventh Amendment sovereign immunity barred the claims against the defendants, who were sued in their official capacity only, and Mr. Brunson failed to identify any statute or other express provision that unequivocally waives that immunity for his claims.[1]

Mr. Brunson filed a timely objection to the Recommendation, arguing only that the magistrate judge did not address the arguments in his opposition to the motion to dismiss and thereby deprived him of due process.  The district court overruled the objection, concluding there was no authority for Mr. Brunson's proposition "that a reviewing court must specifically address arguments made in a

---

[1] The magistrate judge provided various alternative grounds for dismissal, but we need not consider them in this appeal.

brief," and finding he "was afforded procedural due process by receiving notice of the motion to dismiss and having a reasonable opportunity to respond to it." R. at 510. Because Mr. Brunson did not assert any objections to the magistrate judge's conclusions that he lacked standing or that the defendants were entitled to sovereign immunity, the district court determined he had "waived any objections to [those] conclusions." *Id.* The court then adopted the Recommendation in full, dismissed the action without prejudice for lack of jurisdiction, and entered a separate judgment. This appeal followed.

## II. Discussion

We review de novo a district court's dismissal of an action under Rule 12(b)(1). *Chance v. Zinke*, 898 F.3d 1025, 1028 (10th Cir. 2018). We construe Mr. Brunson's pro se filings liberally, but we may not act as his advocate. *Yang v. Archuleta*, 525 F.3d 925, 927 n.1 (10th Cir. 2008).

Mr. Brunson first argues that the district court's separate judgment is invalid because it fails to set forth the legal basis for the judgment.[2] This argument is frivolous. Federal Rule of Civil Procedure 58 requires a district court to set out its judgment in a document separate from the court's explanation of the reasons for the disposition. *See Taumoepeau v. Mfrs. & Traders Tr. Co. (In re Taumoepeau)*, 523 F.3d 1213, 1217 & n.4 (10th Cir. 2008). The district court's judgment did just

---

[2] The body of the judgment states: "IT IS ORDERED AND ADJUDGED that plaintiff Raland Brunson's action is dismissed without prejudice." R. at 512.

that, and the reasons for the dismissal were thoroughly explained in the

Recommendation and the district court's order adopting it.

Mr. Brunson next contests the merits of the magistrate judge's standing

analysis.  But as noted, in his objection, he did not address the standing analysis; he

only faulted the magistrate judge for not discussing the arguments he raised in his

opposition to the motion to dismiss.  This court has "adopted a firm waiver rule" with

regard to objections to a magistrate judge's findings and recommendations.  *United*

*States v. 2121 E. 30th St.*, 73 F.3d 1057, 1059 (10th Cir. 1996) (internal quotation

marks omitted).  To avoid waiving appellate review of factual and legal questions, "a

party's objections to [a] magistrate judge's report and recommendation must be both

timely *and specific*."  *Id.* at 1060 (emphasis added).  This means the objection must

be "sufficiently specific to focus the district court's attention on the factual and legal

issues that are truly in dispute."  *Id.*

Although Mr. Brunson's objection was timely, he did not specifically

challenge the magistrate judge's standing analysis.  The firm waiver rule therefore

applies unless the interests of justice dictate otherwise.[3]  "[F]actors this court has

considered in determining whether to invoke the [interests-of-justice] exception" are

"a *pro se* litigant's effort to comply, the force and plausibility of the explanation for

---

[3] This rule also does not apply when "a *pro se* litigant has not been informed of
the time period for objecting and the consequences of failing to object."
Morales-Fernandez v. INS, 418 F.3d 1116, 1119 (10th Cir. 2005).  But Mr. Brunson
received the proper warning in this case.

his failure to comply, and the importance of the issues raised." *Morales-Fernandez*

*v. INS*, 418 F.3d 1116, 1120 (10th Cir. 2005).

Mr. Brunson makes no effort to explain why he failed to specifically challenge

the magistrate judge's standing analysis.  The first two factors therefore weigh

against invoking the exception.

In considering the third factor, "the importance of the issues raised," we

conduct an analysis akin to plain-error review.  *See id.*  "Plain error occurs when

there is (1) error, (2) that is plain, which (3) affects substantial rights, and which

(4) seriously affects the fairness, integrity, or public reputation of judicial

proceedings." *Id.* at 1122–23 (internal quotation marks omitted).  We cannot say the

district court's conclusion that Mr. Brunson lacked standing is plainly erroneous.  As

the magistrate judge explained, the relevant Article III standing inquiry is "'whether

the party seeking relief has alleged such a personal stake in the outcome of the

controversy as to assure concrete adverseness.'"  R. at 395 (ellipsis and emphasis

omitted) (quoting *United States v. Richardson*, 418 U.S. 166, 173 (1974)).  And a

plaintiff like Mr. Brunson, who

> raise[s] only a generally available grievance about government—claiming
> only harm to his and every citizen's interest in proper application of the
> Constitution and laws, and seeking relief that no more directly and tangibly
> benefits him than it does the public at large—does not state an Article III
> case or controversy.

*Lujan v. Defs. of Wildlife*, 504 U.S. 555, 573–74 (1992).  Thus, the district court did

not plainly err in concluding Mr. Brunson lacked standing.

Mr. Brunson's argument does not persuade us otherwise.  Essentially, he contends that because he alleged the defendants acted fraudulently, and because "'fraud vitiates whatever it touches,'" Aplt. Opening Br. at 5 (quoting *Est. of Stonecipher v. Est. of Butts*, 591 S.W.2d 806, 809 (Tex. 1979)), he has an "unfettered right to sue the Defendants," *id.* at 2, and any federal law or case law is inapplicable if it "support[s] treason, acts of war or the violation of Brunson's inherent unalienable (God-given) rights," *id.* at 8.  But none of his supporting authorities suggests that allegations of fraud, acts of war, or the violation of allegedly "inherent unalienable (God-given) rights," *id.*, relieve a plaintiff from demonstrating Article III standing.

Finally, Mr. Brunson briefly mentions the magistrate judge's Eleventh Amendment sovereign immunity analysis, but he develops no argument addressing the magistrate judge's reasoning other than to direct us to his opposition to the motion to dismiss.  That is insufficient to meet this court's requirements for developing an argument on appeal.  *See United States v. Patterson*, 713 F.3d 1237, 1250 (10th Cir. 2013).  Thus, setting aside the antecedent inquiry whether the firm waiver rule precludes our review of this aspect of the dismissal, we conclude Mr. Brunson has waived appellate review of the sovereign-immunity basis for dismissal due to insufficient argument.  *See id.*[4]

---

[4] And even if we were to overlook this obstacle to review, Mr. Brunson's lack of success on the merits of his arguments relating to standing is, by itself, a sufficient basis for affirming the district court's judgment regardless of the merits of his

### III.  Conclusion

The district court's judgment is affirmed.

Entered for the Court

Bobby R. Baldock
Circuit Judge

---

argument relating to sovereign immunity.  *See Murrell v. Shalala*, 43 F.3d 1388, 1390 (10th Cir. 1994).

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 6, 2022

Raland Brunson
4287 South Harrison Boulevard, Apartment 132
Ogden, UT 84403

RE:      22-4007, Brunson v. Adams, et al
              Dist/Ag docket: 1:21-CV-00111-JNP

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has
entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:      Jennifer Paisner Williams

CMW/sls