UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

November 28, 2022

Gary P. Serdar  
United States District Court for the District of Utah  
351 South West Temple  
Salt Lake City, UT 84101

**RE:** 22-4007, Brunson v. Adams, et al  
Dist/Ag docket: 1:21-CV-00111-JNP

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's October 6, 2022 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc:   Raland Brunson  
      John Mangum  
      Jennifer Paisner Williams

CMW/sls